# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,

*Petitioner*,

v.

T.J. WATSON, in his official
capacity as Complex Warden of U.S.;

*Respondent*.

No. 2:20-cv-599

**DEATH PENALTY CASE**

**EXECUTION DATE:**
November 19, 2020

## INDEX OF EXHIBITS TO
## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

| Exhibit Number | Description |
| --- | --- |
| Exhibit 1 | Indictment |
| Exhibit 2 | Verdict, Guilt |
| Exhibit 3 | Verdict, Penalty |
| Exhibit 4 | Sparling Manual Excerpt *available at Miller-El v. Dretke*, No. 03-9659, 2004 WL 2899955, *99-114 (2004) (joint appendix) |
| Exhibit 5 | Declaration of Scott Phillips |
| Exhibit 6 | Census Statistic for Additional Observations on the Merits (submitted in support of Mr. Hall's claim before the IACHR) |
| Exhibit 7 | Prospective Juror Questionnaire Cover Pages |
| Exhibit 8 | Trial Tr. Vol. 13 |
| Exhibit 9 | Trial Tr. Vol. 12 (*Batson* Hearing Transcript) |
| Exhibit 10 | Trial Tr. Vol. 9 |
| Exhibit 11 | Trial Tr. Vol. 10 |
| Exhibit 12 | Juror Questionnaire of Evans |
| Exhibit 13 | Government's Strike List for Preemptory Challenges |
| Exhibit 14 | Trial Tr. Vol. 2 |
| Exhibit 15 | Trial Tr. Vol. 3 |
| Exhibit 16 | Trial Tr. Vol. 4 |
| Exhibit 17 | Trial Tr. Vol. 5 |
| Exhibit 18 | Trial Tr. Vol. 7 |
| Exhibit 19 | Trial Tr. Vol. 11 |
| Exhibit 20 | Trial Tr. Vol. 6 |
| Exhibit 21 | Juror Questionnaire of Herring |

| Exhibit 22 | Juror Questionnaire of Harrell |
| --- | --- |
| Exhibit 23 | Trial Tr. Vol. 8 |
| Exhibit 24 | Juror Questionnaire of Donaldson |
| Exhibit 25 | Juror Questionnaire of Davis |
| Exhibit 26 | Juror Questionnaire of Cox |
| Exhibit 27 | Juror Questionnaire of Lee |
| Exhibit 28 | Juror Questionnaire of Boggess |
| Exhibit 29 | Juror Questionnaire of Perry |
| Exhibit 30 | Juror Questionnaire of Crittendon |
| Exhibit 31 | Trial Tr. Vol. 1 |
| Exhibit 32 | Declaration of Kevin McNally |
| Exhibit 33 | Hall's Motion to Dismiss, in Case No. 4:94-121-Y |
| Exhibit 34 | Gov't's Resp. to Hall's Motion to Dismiss, in Case No. 4:94-121-Y |
| Exhibit 35 | Order Denying Motion to Dismiss, in Case No. 4:94-121-Y |