# EXHIBIT 1

17-23
gist to agencies

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 2 1994

NANCY DOHERTY, CLERK
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | No. 4:94-CR-121-Y |
| | * | [Supersedes Indictment |
| BRUCE CARNEIL WEBSTER, | * | returned 11/4/94 as to |
| also known as B-Love (1) | * | MARVIN TERRANCE HOLLOWAY] |
| ORLANDO CORDIA HALL, | * | |
| also known as Lan (2) | * | |
| STEVEN CHRISTOPHER BECKLEY (3) | * | |
| DEMETRIUS KENYON HALL, | * | |
| also known as Jack Frost (4) | * | |
| MARVIN TERRANCE HOLLOWAY (5) | * | |

The Grand Jury charges:

## COUNT 1

On or about September 24, 1994, in the Fort Worth Division of the Northern District of

Texas and elsewhere, **BRUCE CARNEIL WEBSTER**, also known as B-Love, **ORLANDO**

**CORDIA HALL**, also known as Lan, **STEVEN CHRISTOPHER BECKLEY, DEMETRIUS**

**KENYON HALL**, also known as Jack Frost, and **MARVIN TERRANCE HOLLOWAY,**

defendants, aided and abetted by each other and others, did willfully and unlawfully seize,

confine, inveigle, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise,

Lisa Rene, and did willfully transport said Lisa Rene in interstate commerce from the Northern

District of Texas to a location in or near Pine Bluff, Arkansas; and as a result the death of Lisa

Rene occurred.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

15

Certified a true copy of an instrument
on file in my office on Sept 18, 1996
NANCY HALL DOHERTY, Clerk, U.S. District
Court, Northern District of Texas
By _____ Deputy

## COUNT 2

From at least on or about September 21, 1994, and continuing thereafter through on or about October 6, 1994, in the Fort Worth Division of the Northern District of Texas and elsewhere, **BRUCE CARNEIL WEBSTER,** also known as B-Love, **ORLANDO CORDIA HALL,** also known as Lan; **STEVEN CHRISTOPHER BECKLEY, DEMETRIUS KENYON HALL,** also known as Jack Frost; and **MARVIN TERRANCE HOLLOWAY,** defendants, willfully and unlawfully did combine, conspire, confederate and agree together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1).

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Northern District of Texas and elsewhere:

Indictment - Page 2

## OVERT ACTS

1.    On or about September 21, 1994, **ORLANDO CORDIA HALL** and **MARVIN TERRANCE HOLLOWAY**, defendants, had an interstate telephone conversation with each other regarding the loss of approximately $5,000.00 in cash which had been paid to obtain a quantity of marihuana.

2.    On or about September 23, 1994, **DEMETRIUS KENYON HALL**, defendant, went to the Polo Run Apartments, Arlington, Texas.

3.    On or about September 24, 1994, **MARVIN TERRANCE HOLLOWAY**, defendant transported **BRUCE CARNEIL WEBSTER**, defendant, to Little Rock Regional Airport and purchased an airline ticket in order for **WEBSTER** to travel to the Northern District of Texas.

4.    On or about September 24, 1994, **BRUCE CARNEIL WEBSTER**, defendant, traveled by airplane from Little Rock, Arkansas to the Northern District of Texas.

5.    On or about September 24, 1994, **STEPHEN CHRISTOPHER BECKLEY**, defendant, purchased duct tape and gloves from Payless Cashways, Irving, Texas.

6.    On or about September 24, 1994, **BRUCE CARNEIL WEBSTER, ORLANDO CORDIA HALL, STEVEN CHRISTOPHER BECKLEY,** and **DEMETRIUS KENYON HALL**, defendants, forcibly abducted Lisa Rene from apartment number 507, Polo Run Apartments, 1526 Chukka, Arlington, Texas, and transported her to Irving, Texas.

7.    On or about September 24, 1994, **BRUCE CARNEIL WEBSTER, DEMETRIUS KENYON HALL,** and **STEVEN CHRISTOPHER BECKLEY**, defendants, transported Lisa Rene from Irving, Texas to a location in or near Pine Bluff, Arkansas.

Indictment - Page 3

8.    On or about September 25, 1994, **ORLANDO CORDIA HALL,** defendant, concealed himself in an attic located in the residence at 3129 Tudor Lane, Irving, Texas.

9.    On or about September 25, 1994, **ORLANDO CORDIA HALL,** defendant, travelled by airplane from the Northern District of Texas to Little Rock, Arkansas.

10.    On or about September 25, 1994, **BRUCE CARNEIL WEBSTER,** defendant, rented Room 513 at the Pine Bluff Motel, Pine Bluff, Arkansas, where Lisa Rene was held captive.

11.    On or about September 26, 1994, **MARVIN TERRANCE HOLLOWAY,** defendant, allowed **ORLANDO CORDIA HALL,** defendant, to use **HOLLOWAY'S** red Nissan 240SX automobile.

12.    On or about September 26, 1994, **STEPHEN CHRISTOPHER BECKLEY,** defendant, rented Room 136 at the Town House Inn, Pine Bluff, Arkansas, where Lisa Rene was held captive.

13.    On or about September 26, 1994, **BRUCE CARNEIL WEBSTER, ORLANDO CORDIA HALL** and **STEVEN CHRISTOPHER BECKLEY,** transported Lisa Rene to Byrd Lake Park, Pine Bluff, Arkansas, where she was killed and buried.

14.    On or about September 26, 1994, **DEMETRIUS KENYON HALL,** defendant, remained at Room 136 at the Town House Inn, Pine Bluff, Arkansas, to clean the room.

15.    On or about September 26, 1994, **BRUCE CARNEIL WEBSTER,** defendant, took the clothing of Lisa Rene and burned it in a vacant field located in Pine Bluff, Arkansas.

In violation of Title 18, United States Code, Section 1201(c).

Indictment - Page 4

## COUNT 3

On or about September 21, 1994, in the Fort Worth Division of the Northern District of Texas and elsewhere, **ORLANDO CORDIA HALL**, also known as Lan, defendant, aided and abetted by **MARVIN TERRANCE HOLLOWAY**, defendant, did knowingly travel in interstate commerce from Pine Bluff, Arkansas, to the Northern District of Texas, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, carrying on of an unlawful activity, namely, a business enterprise involving the possession of marihuana, a Schedule I controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and thereafter, **ORLANDO CORDIA HALL** performed and attempted to perform an act in furtherance of this business enterprise, namely, on or about September 21, 1994, in the Northern District of Texas, **ORLANDO CORDIA HALL** met with Neil Rene and Stanfield Vitalis in an effort to purchase marihuana.

In violation of Title 18, United States Code, Sections 1952 and 2.

Indictment - Page 5

## COUNT 4

On or about September 22, 1994, in the Fort Worth Division of the Northern District of Texas and elsewhere, **ORLANDO CORDIA HALL**, also known as Lan, and **MARVIN TERRANCE HOLLOWAY**, defendants, aided and abetted by each other, did knowingly use a facility in interstate commerce, namely a telephone, to engage in a long distance telephone conversation between **ORLANDO CORDIA HALL**, in the Northern District of Texas, and **MARVIN TERRANCE HOLLOWAY**, in Pine Bluff, Arkansas, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, namely, extortion, in violation of Title 18, United States Code, Section 1951, and thereafter **MARVIN TERRANCE HOLLOWAY**, performed and attempted to perform an act in furtherance of this business enterprise, namely, on or about September 23, 1994, in Pine Bluff, Arkansas, **MARVIN TERRANCE HOLLOWAY**, contacted **BRUCE CARNEIL WEBSTER**, defendant, in order to request that **WEBSTER** travel to Texas.

In violation of Title 18, United States Code, Sections 1952 and 2.

Indictment - Page 6

## COUNT 5

On or about September 24, 1994, in the Fort Worth Division of the Northern District of Texas and elsewhere, **BRUCE CARNEIL WEBSTER**, also known as B-Love, defendant, aided and abetted by **MARVIN TERRANCE HOLLOWAY**, defendant, did knowingly travel in interstate commerce from Pine Bluff, Arkansas, to the Northern District of Texas, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, namely, extortion, in violation of Title 18, United States Code, Section 1952, and thereafter **BRUCE CARNEIL WEBSTER**, defendant, performed and attempted to perform an act in furtherance of this business enterprise, namely, on or about September 24, 1994, in the Northern District of Texas, **WEBSTER** and others, forcibly abducted Lisa Rene.

In violation of Title 18, United States Code, Sections 1952 and 2.

Indictment - Page 7

## COUNT 6

On or about September 24, 1994, in the Fort Worth Division of the Northern District of Texas and elsewhere, **BRUCE CARNEIL WEBSTER**, also known as B-Love, **ORLANDO CORDIA HALL**, also known as Lan, **STEVEN CHRISTOPHER BECKLEY**, and **DEMETRIUS KENYON HALL**, also known as Jack Frost, defendants, aided and abetted by each other, did knowingly use and carry, firearms, during and in relation to a crime of violence, namely, kidnapping, in violation of Title 18, United States Code, Section 1201(a)(1) and conspiracy to commit kidnapping, in violation Title 18, United States Code, Section 1201(c), crimes for which the defendants may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL.

_____
FOREMAN

PAUL E. COGGINS
UNITED STATES ATTORNEY

_____
RICHARD B. ROPER
ASSISTANT UNITED STATES ATTORNEY
State Bar of Texas Number 17233700
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
Telephone Number: 817/334-3291

_____
PAUL D. MACALUSO
ASSISTANT UNITED STATES ATTORNEY
State Bar of Texas Number 12770000
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
Telephone Number: 817/334-3291

_____
DELONIA A. WATSON
ASSISTANT UNITED STATES ATTORNEY
State Bar of Texas Number 20937500
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
Telephone Number: 817/334-3291

Indictment - Page 8

No.    4:94-CR-124-Y

[Superseding Indictment as to defendant MARVIN TERRANCE HOLLOWAY]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

---

### THE UNITED STATES OF AMERICA

### VS.

BRUCE CARNEIL WEBSTER, also known as B-Love (1)
ORLANDO CORDIA HALL, also known as Lan (2)
STEVEN CHRISTOPHER BECKLEY (3)
DEMETRIUS KENYON HALL, also known as Jack Frost (4)
MARVIN TERRANCE HOLLOWAY* (5)

---

### INDICTMENT

18 U.S.C. §§ 1201(a)(1), 1201(c), 1952, 924(c), and 2

KIDNAPPING,
CONSPIRACY TO COMMIT KIDNAPPING,
INTERSTATE TRAVEL IN AID OF A RACKETEERING ENTERPRISE,
CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE,
AID AND ABET.

(6 COUNTS)

---

A True bill,

---

Fort Worth                                    _____ FOREMAN

Filed in open court this _____ day of _____, A.D. 19__

---

                                                          CLERK

WARRANT TO ISSUE FOR EACH DEFENDANT

UNITED STATES DISTRICT JUDGE

---

Magistrate Complaint number 4-94-153-M as to Defendant HOLLOWAY
Magistrate Complaint number 4-94-165-M as to Defendants WEBSTER,
ORLANDO CORDIA HALL, BECKLEY, and DEMETRIUS KENYON HALL.