# EXHIBIT 2

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED

OCT 31 1995

NANCY DO...... CLERK

By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:94-CR-121-Y |
| | § | |
| ORLANDO CORDIA HALL (2) | § | |

## VERDICT OF THE JURY

### COUNT ONE

We, the jury, find the defendant ORLANDO CORDIA HALL ___*guilty*___ as to Count one of the Indictment.

### COUNT TWO

We, the jury, find the defendant ORLANDO CORDIA HALL ___*guilty*___ as to Count two of the Indictment.

### COUNT THREE

We, the jury, find the defendant ORLANDO CORDIA HALL ___*guilty*___ as to Count three of the Indictment.

## COUNT SIX

We, the jury, find the defendant ORLANDO CORDIA HALL _guilty_ as

to Count six of the Indictment.

_Jacquelyn K. Nelms_

PRESIDING JUROR

Date: _10/31/95_