# EXHIBIT 3

ORIGINAL

NORTHERN DISTRICT OF TEXAS

FILED

NOV - 6 1995

NANCY DOHERTY, CLERK

By _____
        Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:94-CR-121-Y |
| | § | |
| ORLANDO CORDIA HALL (2) | § | |

## SPECIAL FINDINGS FORM

### I.  PART ONE - THE ELEMENT OF INTENT

**Instructions**:  For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of the listed element of intent in the death of Lisa Rene beyond a reasonable doubt; answer "NO" if you do not so find:

I(A).  The defendant Orlando Cordia Hall intentionally killed Lisa Rene.

Unanimously     YES  _____

NO  _____ X _____

I(B).   The  defendant  Orlando  Cordia  Hall  intentionally inflicted serious bodily injury which resulted in the death of Lisa Rene.

Unanimously     YES  _____

NO  _____ X _____

H66

I(C).  The defendant Orlando Cordia Hall intentionally engaged in conduct intending that Lisa Rene would be killed or that lethal force be employed against Lisa Rene, and the death of Lisa Rene resulted.

Unanimously    YES  _____X_____

NO  _____

I(D).  The defendant Orlando Cordia Hall intentionally engaged in conduct which he knew would create a grave risk of death to Lisa Rene, and such conduct resulted in the death of Lisa Rene.

Unanimously    YES  _____X_____

NO  _____

**Instructions**:  If you answered "NO" with respect to all of the elements of intent listed in Part One, above, then stop your deliberations, fill out Decision Form A, and advise the Court that you have reached a decision.

If you answered "YES" with respect to one or more of the elements of intent listed in Part One, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Two.

## II. PART TWO - STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that statutory aggravating factor beyond a reasonable doubt; answer "NO" if you do not so find:

II(A).   The defendant Orlando Cordia Hall caused the death of Lisa Rene, or injury resulting in death of Lisa Rene, which occurred during the commission of the offense of kidnapping.

Unanimously     YES _____X_____

NO _____

II(B).   The defendant Orlando Cordia Hall committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to Lisa Rene.

Unanimously     YES _____X_____

NO _____

II(C).   The defendant Orlando Cordia Hall committed the killing of Lisa Rene after substantial planning and premeditation to cause the death of Lisa Rene.

Unanimously     YES _____

NO _____X_____

II(D).  The victim, Lisa Rene, was particularly vulnerable due to her age.

Unanimously    YES  _____

NO  _____X_____

**Instructions**:  If you answered "NO" with respect to all of the statutory aggravating factors in Part Two, above, then stop your deliberations, fill out Decision Form B, and advise the Court that you have reached a decision.

If you answered "YES" with respect to at least one of the statutory aggravating factors in Part Two, above, then continue your deliberations in accordance with the Court's instructions and proceed to Part Three.

## III. PART THREE - NON-STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" if you, the jury, unanimously find that the government has established the existence of that non-statutory aggravating factor beyond a reasonable doubt; answer "NO" if you do not so find:

III(A).   The defendant Orlando Cordia Hall constitutes a future danger to the lives and safety of other persons.

Unanimously   YES _____X_____

NO _____

III(B).   The effect of the instant offense on Lisa Rene's family.

Unanimously   YES _____X_____

NO _____

**Instructions**: Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Part Three, above, continue your deliberations in accordance with the Court's instructions and proceed to Part Four.

## IV.  PART FOUR - MITIGATING FACTORS

**Instructions**:  For each of the following mitigating factors, indicate the number of jurors who find the existence of each particular mitigating factor by a preponderance of the evidence; if none of the jurors find by a preponderance of the evidence that a particular mitigating factor exists, write the number "0" in the blank provided:

IV(A).     Another defendant or defendants, equally culpable in the crime, will not be punished by death.

Number of jurors who so find, if any     _____9_____

IV(B).     The age of the defendant at the time of the offense.

Number of jurors who so find, if any     _____1_____

IV(C).     The   circumstances   surrounding   the   defendant's upbringing.

Number of jurors who so find, if any     _____1_____

IV(D).     The defendant's acceptance of responsibility for his role in the offense.

Number of jurors who so find, if any     _____∅_____

IV(E).     The defendant's remorse.

Number of jurors who so find, if any     _____∅_____

IV(F).    Any other aspect of the defendant's character or background which calls for a sentence less than death.

Number of jurors who so find, if any    _____1_____


**Instructions:**  Continue your deliberations in accordance with the Court's instructions ~~by completing~~ *and then complete* either Decision Form C recommending a sentence of death, Decision Form D recommending a sentence of life imprisonment without the possibility of release, or Decision Form E recommending a sentence of life imprisonment without parole. Additionally, complete the certificate attached at the end of the decision forms and advise the Court that you have reached a decision.

## DECISION FORM A

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of one of the elements of intent.

_____
PRESIDING JUROR


Date:   _____, 1995

**DECISION FORM B**

We the jury have determined that a sentence of death should not be imposed because the government has failed to prove beyond a reasonable doubt the existence of any of the statutory aggravating factors.

_____
PRESIDING JUROR


Date: _____, 1995

## DECISION FORM C

Based upon consideration of whether the aggravating factors found to exist sufficiently outweigh any mitigating factor or factors found to exist, or in the absence of any mitigating factors, whether the aggravating factor or factors are themselves sufficient to justify a sentence of death, we recommend, by unanimous vote, that a sentence of death be imposed.

_____
PRESIDING JUROR


Date: _____11 - 06_____, 1995

## DECISION FORM D

We the jury recommend, by unanimous verdict, a sentence of life imprisonment without the possibility of release.

_____
PRESIDING JUROR


Date:    _____, 1995

## DECISION FORM E

We the jury recommend a sentence of life imprisonment without parole.

_____
PRESIDING JUROR


Date: _____, 1995

## CERTIFICATION

By signing below, each juror certifies that, in considering whether a sentence of death is justified, consideration of the race, color, religious beliefs, national origin, or sex of the defendant or the victim was not involved in reaching his or her individual decisions, and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant, or the victim.

**SIGNATURES OF ALL JURORS:**

_Mary Ann Herring_

_Gary Clarence Killian_

_Patsy Ann Brandon_

_Timothy R Nesbit_

_Benjamin T. McGowen_

_Jacqulyn K. Holmes_

_Linda Harrell_

_Ronald R. McCormick_

_Tracey Donaldson_

_Marcia Roberts Hanes_

_Cindy M Baker_

_Billy Dean_

PRESIDING JUROR

Date: _11/6_ , 1995