# EXHIBIT 7

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Rita_____ _Ka___ (Smith) _Sparks_____
    (first)       (middle)      (last)         (maiden, if applicable)

    DATE OF BIRTH: [REDACTED]   AGE: _49_  SEX: _F_  RACE: _white_

    BIRTHPLACE: _Wichita,____ _Kansas___  SSN: [REDACTED]
    (city / town)              (state)

2.  ADDRESS: _1324 Ridgewood___ _Arlington, Tx__ _76012_
    (number and street)           (city / town)        (zip)

    HOME PHONE: ( 817 ) _277-4455_ BUSINESS PHONE: ( 817 ) _460-8421_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _19 years_____

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _I have lived in Arlington since 1971._

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Arlington Independent School District_

6.  JOB TITLE OR DESCRIPTION: _teacher_

    BUSINESS HOURS: _8-4___  LENGTH OF PRESENT EMPLOYMENT: _5 years_

    SUPERVISOR: _Judy Lindermann_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _(mom)_
    _substitute teacher_
    _physical education teacher_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____
    _store clerk; camp counselor_

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Dane_     _Lynne_     _Crittendon_     _Shapiro_
         (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: █████████   AGE: _36_   SEX: _F_   RACE: _White_

    BIRTHPLACE: _Little Rock_     _Ar_   SSN: ████████████
                  (city / town)        (state)

2.  ADDRESS: _260 Green Oaks Ln_     _Southlake_   _Tx_   _76092_
              (number and street)        (city / town)        (zip)

    HOME PHONE: (_817_) _424-9136_     BUSINESS PHONE: (_817_) _370-2449_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _1 yr._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? _Austin - 5 yrs - DFW metroplex since_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Acme Brick Co._

6.  JOB TITLE OR DESCRIPTION: _Communications Mgr._

    BUSINESS HOURS: _8-5 m/F_   LENGTH OF PRESENT EMPLOYMENT: _10 yrs._

    SUPERVISOR: _Mike Bowen_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: _Tech Support Staff, Communications Analyst, Communications Mgr._

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Customer service/sales_

2

*Say Something in pencil – Front page* ③

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: Karen _____ Greer _____
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH ██████  AGE: 61  SEX: F  RACE: W

   BIRTHPLACE: Pontiac, MI _____  SSN: ██████
   (city / town)        (state)

2. ADDRESS: 4828 Melita  Ft. Worth  76133
   (number and street)        (city / town)        (zip)

   HOME PHONE: (817) 924-1814  BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: 11 Years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Arlington, TX  15 yrs.

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Retired Teacher

6. JOB TITLE OR DESCRIPTION: _____

   BUSINESS HOURS: _____  LENGTH OF PRESENT EMPLOYMENT: _____

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Teacher - Sp. Ed.

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? None

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _Patsy_ _JANE_ _DuVahh_ _____
      (first)   (middle)   (last)   (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: _47_ SEX: _F_ RACE: _White_

    BIRTHPLACE: _Ft. Worth_ _TX_ SSN: ▮▮▮▮▮
      (city / town)   (state)

2.  ADDRESS: _218 Stallion Drive Keller TX 76248_
      (number and street)   (city / town)   (zip)

    HOME PHONE: (_817_) _431-9492_ BUSINESS PHONE: (___) _None_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _4 yrs._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Ft Saginaw TX 11½ yrs._

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Acme Brick Company_ (Last Day was 9-21-95)

6.  JOB TITLE OR DESCRIPTION: _Traffic Clerk_

    BUSINESS HOURS: _8-5_ LENGTH OF PRESENT EMPLOYMENT: _5 yrs._

    SUPERVISOR: _Carl Sanders_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Secretary - Traffic Clerk_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

**PLEASE PRINT YOUR ANSWERS**

## PERSONAL

1.  NAME: _PATRICIA_   _ANN_   _GILLIES_   _PARYZEK_
    (first)     (middle)     (last)     (maiden, if applicable)

    DATE OF BIRTH: ███████████   AGE: _47_   SEX: _F_   RACE: _CAUC_

    BIRTHPLACE: _HARVEY_   _ILL_   SSN: ████████████
    (city / town)   (state)

2.  ADDRESS: _4024_   _HORIZON_   _FORT WORTH_   _76133_
    (number and street)   (city / town)   (zip)

    HOME PHONE: (_817_) _292-2669_   BUSINESS PHONE: (_817_) _921-7650 EXT 6741_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _12 years_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _FLORISSANT MO (12 years)_
    _FORT WORTH (12 years)_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _TEXAS CHRISTIAN UNIVERSITY_

6.  JOB TITLE OR DESCRIPTION: _CLERK (RECORDS COORDINATOR_

    BUSINESS HOURS: _8-5_   LENGTH OF PRESENT EMPLOYMENT: _2 3/4 years_

    SUPERVISOR: _SUSAN MOORE_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _SUBSTITUTE TEACHER FWISD 1989-1991_

    _TCU - CLERK FORTWORTH 1993-1995_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _SUBSTITUTE TEACHER_
    _ST LOUIS, MO. CLERK CHRISTIAN NORTHWEST HOSP. -FLORISSANT_
    _MO._

2



## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Sylvia_ _Medina-Tercero_

   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████  AGE: _26_  SEX: _F_  RACE: _H_

   BIRTHPLACE: _Ft. Worth,_  _TX_____  SSN: ████████

   (city / town)    (state)

2. ADDRESS: _1925  St. Louis Ave._    _Ft. Worth, TX 76110_

   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _921-1457_   BUSINESS PHONE: (_817_) _921-3013_

3. LENGTH OF TIME AT PRESENT ADDRESS: _May 1985_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY?_____

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _U. S. Crystal Corp._

6. JOB TITLE OR DESCRIPTION: _Assm._

   BUSINESS HOURS: _7A.M.-3:30PM_ LENGTH OF PRESENT EMPLOYMENT: _7years 3months_

   SUPERVISOR: _Sharlene Scheiner_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _____

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

**PLEASE PRINT YOUR ANSWERS**

## PERSONAL

1. NAME: DIANE & CAROL GEORGE SCHWARZ
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓▓▓ AGE: 37 SEX: F RACE: WHITE

   BIRTHPLACE: EAST BERNARD    TX   SSN: ▓▓▓▓▓▓
   (city / town)        (state)

2. ADDRESS: 6240 OAK HOLLOW    BURLESON TX 76028
   (number and street)        (city / town)        (zip)

   HOME PHONE: (817) 478-4491 BUSINESS PHONE: (214) 266-0944

3. LENGTH OF TIME AT PRESENT ADDRESS: 9 MTHS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? ARLINGTON SINCE 1/81 ; COLLEGE STATION, TX PRIOR TO THAT

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: NORTHROP GRUMMAN (VOUGHT)

6. JOB TITLE OR DESCRIPTION: MANAGER, SYSTEMS INTEGRATION

   BUSINESS HOURS: 8 - 4:30 LENGTH OF PRESENT EMPLOYMENT: 14 ¾ YRS

   SUPERVISOR: ART ROCH

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: ALL AT VOUGHT · VARIOUS RESPONSIBILITIES RELATED TO COMPUTER SYSTEMS & INCLUDING FUNCTIONAL MGMT, PROGRAM MGMT, PROGRAMMING.

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? VOUGHT IS THE ONLY PLACE SINCE COLLEGE · DURING COLLEGE I WORKED AT FAST FOOD BUSINESSES.

2



## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Frank_ _W._ _SNELL_
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓▓ AGE: _55_ SEX: _M_ RACE: _____

   BIRTHPLACE: _Colonial tramps mexico_ SSN: ▓▓▓▓▓
   (city / town)        (state)

2. ADDRESS: _3 200 Travis. Ave_ _Ft worth. tex 76110_
   (number and street)        (city / town)        (zip)

   HOME PHONE: (_817_) _527-0319_ BUSINESS PHONE: (_817_) _294-6289_

3. LENGTH OF TIME AT PRESENT ADDRESS: _7 years._

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _none._

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Self_

6. JOB TITLE OR DESCRIPTION: _Paint contractor._

   BUSINESS HOURS: _6 to 6_ LENGTH OF PRESENT EMPLOYMENT: _18_

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _____

   _Self Employed._

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Air Craft Painter_

2

108

9

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Leah_ ~~Land~~ _Diann_ _Nixon_ _Land_
    (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: [redacted]   AGE: _26_ SEX: _F_ RACE: _Caucasian_

    BIRTHPLACE: _Arlington_   _Tx_   SSN: [redacted]
    (city / town)    (state)

2.  ADDRESS: _5604 Lordsburg Trail_   _Arlington_   _76017_
    (number and street)      (city / town)      (zip)

    HOME PHONE: (_817_) _483-5876_   BUSINESS PHONE: (_817_) _996-9790_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _3 yrs._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Houston - 6 mo's._

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Tom Nabors DDS_

6.  JOB TITLE OR DESCRIPTION: _Dental Hygienist_

    BUSINESS HOURS: _7-3_   LENGTH OF PRESENT EMPLOYMENT: _5 yrs._

    SUPERVISOR: _Tom Nabors DDS_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Dental Hygienist - 5 yrs._
    _Sales of mini blinds - 2 yrs._
    _before that student._

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

_Think it would be impossible for gov to prove someone guilty. B.R.D_

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.    NAME: _Corrina_ _Anita_ _Goldsmith_ _Ellison_
      (first)        (middle)        (last)        (maiden, if applicable)

DATE OF BIRTH: �as▮    AGE: _30_  SEX: _F_  RACE: _CAU_

BIRTHPLACE: _Greenville_,  _Tx_   SSN: ▮▮▮
                  (city / town)        (state)

2.    ADDRESS: _6752 Starnes Rd_  _N.R.H._  _76180_
              (number and street)    (city / town)      (zip)

HOME PHONE: (_817_) _656-0747_  BUSINESS PHONE: (_817_) _485-7999_

3.    LENGTH OF TIME AT PRESENT ADDRESS: _6 mo_

4.    SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Arlington-12 yrs, Forest Hills -2 yrs_

## EMPLOYMENT

5.    PLACE OF EMPLOYMENT: _Harvest Child Developement Center_

6.    JOB TITLE OR DESCRIPTION: _Curriculum Coordinator_

BUSINESS HOURS: _8:00-3:00pm_ LENGTH OF PRESENT EMPLOYMENT: _1 yr_

SUPERVISOR: _Kristi Martin_

7.    PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _curriculum coordinator, relief receptionist, preschool teacher_

8.    WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _fabric store clerk, grocery cashier, telemarketing, childcare/private_

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: John     L     Beeck (Beck)
    (first)     (middle)     (last)     (maiden, if applicable)

    DATE OF BIRTH: [redacted]     AGE: 37   SEX: M   RACE: CAUC.

    BIRTHPLACE: SHEBOYGAN, WI     SSN: [redacted]
    (city / town)     (state)

2.  ADDRESS: 1522   ROCKWOOD DR     KELLER     76248
    (number and street)     (city / town)     (zip)

    HOME PHONE: (817) 656-9057   BUSINESS PHONE: (214) 724-3950

3.  LENGTH OF TIME AT PRESENT ADDRESS: 8 YRS

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? BLOOMINGTON, IL 3 1/2 YRS ; MARION, OH 4 YRS IRVING, TX - 6 MO's , KELLER, TX 8 YRS

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: GTE

6.  JOB TITLE OR DESCRIPTION: CORPORATE STAFF MANAGER
    BUSINESS HOURS: 7:30 / 4:30 PM   LENGTH OF PRESENT EMPLOYMENT: 4 YRS · 15 YRS - GTE
    SUPERVISOR: DON LENZ

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS:

    BUILDING ENGINEER; BUILDING & ENERGY STAFF

    MANAGER; CORPORATE STAFF MANAGER - SUPPORT ASSETS.

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? NONE

2



108

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _Bradley_    _Charles_    _Kull_    _____
    (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: [REDACTED]    AGE: _24_ SEX: _M_ RACE: _White_

    BIRTHPLACE: _South Bend_    _In_    SSN: [REDACTED]
    (city / town)        (state)

2.  ADDRESS: _1502 Connally_    _Arlington_    _76010_
    (number and street)        (city / town)        (zip)

    HOME PHONE: (817) 277-3249  BUSINESS PHONE: (214) 421-9091

3.  LENGTH OF TIME AT PRESENT ADDRESS: _2 years_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? _Houston  1 year_

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Pilgrims Pride_

6.  JOB TITLE OR DESCRIPTION: _Truck Driver_

    BUSINESS HOURS: _6am-4pm_ LENGTH OF PRESENT EMPLOYMENT: _1 year 9 mo._

    SUPERVISOR: _Russell Hawkins_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: _any thing_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Cook, Cashier,_
    _Kennel Help, Security Gaurd, and_
    _Stunt Man_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _TALAT_      _M_      _HUSSAIN_
        (first)          (middle)          (last)          (maiden, if applicable)

    DATE OF BIRTH: ██████████  AGE: _45_  SEX: _M_  RACE: _ASIAN_

    BIRTHPLACE: _BAHAWALPUR_  _PAKISTAN_ SSN: ████████████
                    (city / town)          (state)

2.  ADDRESS: _1104 TRENTON LN., EULESS TX 76040_
                (number and street)          (city / town)          (zip)

    HOME PHONE: (_817_) _545-5363_  BUSINESS PHONE: (_214_) _402-5502_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _5 YRS_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _DALLAS - 5 YRS; IRVING - 4 YRS_ _RICHARDSON - 4 YRS; EULESS - 5 YRS_

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _ADVENTIS_

6.  JOB TITLE OR DESCRIPTION: _Computer Operator_

    BUSINESS HOURS: _23:30 - 08:00_ LENGTH OF PRESENT EMPLOYMENT: _5 YRS_

    SUPERVISOR: _KEN GRATTON_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Computer Operations_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

    _McDonald's Restaurant_

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _DEBRA_ _ANN_ _HILLHOUSE_
       (first)      (middle)      (last)      (maiden, if applicable)

    DATE OF BIRTH [redacted]   AGE: _35_ SEX: _F_ RACE: _WH (HISPANIC)_

    BIRTHPLACE: _HONDO_   _TX_   SSN: [redacted]
                (city / town)    (state)

2.  ADDRESS: _9108 WINDRUSH DR. S. #705_ _FORT WORTH_ _TX_ _76116_
             (number and street)      (city / town)      (zip)

    HOME PHONE: (_617_) _560-1837_ BUSINESS PHONE: _(214) 263-2251_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _4 MO_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Sllemya AFB AK 1985-1992, ARLINGTON TX 1992-1995, FT WORTH / MISAWA, JAPAN 1980-1985, Melbourne, FL 1985_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _TRINITY RIVER AUTHORITY_

6.  JOB TITLE OR DESCRIPTION: _Sr Secretary to BIDS/purchasing._

    BUSINESS HOURS: _8-5_   LENGTH OF PRESENT EMPLOYMENT: _3 yr 3 mo_

    SUPERVISOR: _KAY FOSTER_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _1985-1992 BENDIX CORP. COMMUNICATION OP._
    _1992-1995 current TRINITY RIVER AUTHORITY_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _COMM OP - HARRIS CORP. - Melbourne, FL. 1985 AIRMAN - USAF (1980-1985) Current parttime Job see to TEXAS WATER UTILITIES ASS. Northern Region._

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Timothy Ray Nesbit
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: ▓▓▓▓▓▓ AGE: 46 SEX: M RACE: CAU

    BIRTHPLACE: Bedford Ohio SSN: ▓▓▓▓▓▓
    (city / town)    (state)

2.  ADDRESS: 2327 River Rd Granbury 76048
    (number and street)    (city / town)    (zip)

    HOME PHONE: (817) 573-7809 BUSINESS PHONE: (817) 897-5108

3.  LENGTH OF TIME AT PRESENT ADDRESS: 5 years

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Memphis TN - 7 years, Mazon IL - 1 year

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Texas Utilities

6.  JOB TITLE OR DESCRIPTION: Engineering Technician

    BUSINESS HOURS: 7-3 LENGTH OF PRESENT EMPLOYMENT: 12 yrs

    SUPERVISOR: Lisa Hughes Edwards

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Texas Utilities as Auxiliary Operator and Engineering Tech

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Air Traffic Controller for FAA - DOT

2

43
45-49

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: __Charles___ __Dennis___ __Edwards___ __Jr___
   (first)     (middle)     (last)     (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮ AGE: __40__ SEX: __M__ RACE: __White__

   BIRTHPLACE: __Sherman___ __TX___ SSN: ▮▮▮▮▮▮▮
   (city / town)     (state)

2. ADDRESS: __565 Longhorn___ __Granbury___ __76049__
   (number and street)     (city / town)     (zip)

   HOME PHONE: (_817_) _279 0199_ BUSINESS PHONE: (_817_) _897 0250_

3. LENGTH OF TIME AT PRESENT ADDRESS: __12 yrs__

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? __San Diego___ __California__ __4 yrs__

_Does he know Nesbitt?_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: __Texas Utilities (CPSES)__

6. JOB TITLE OR DESCRIPTION: __Sr. Nuclear Engineering Tech__

   BUSINESS HOURS: _0700 - 330_ LENGTH OF PRESENT EMPLOYMENT: __13 yrs__

   SUPERVISOR: __Goldston__

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: __Texas Utilites__

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? __Electrician__

2

*She does not feel comfortable w/ this presumption does not feel comfortable w/ this presumption provider given but NOT printed B.R.D.* **17**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: Joyce Darlene McGough
   (first)   (middle)   (last)   (maiden, if applicable)

   McGill

   DATE OF BIRTH: ▮▮▮▮ AGE: 54 SEX: F RACE: W

   BIRTHPLACE: Colo Spgs, Colo SSN: ▮▮▮▮
   (city / town)   (state)

2. ADDRESS: 1504 FM 1708 Weatherford, Tx 76087
   (number and street)   (city / town)   (zip)

   HOME PHONE: (817) 596 4519 BUSINESS PHONE: (817) 594-0245

3. LENGTH OF TIME AT PRESENT ADDRESS: 15 yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? N/A

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Iron Skillet Rest.

6. JOB TITLE OR DESCRIPTION: Bookkeeper

   BUSINESS HOURS: 8- 3 LENGTH OF PRESENT EMPLOYMENT: 14 yrs

   SUPERVISOR: Bonnie Chapman

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: See above

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.   NAME: Barbara Yancy Houtanen
     (first)      (middle)      (last)      (maiden, if applicable)

DATE OF BIRTH: ████████  AGE: 43 SEX: F  RACE: (W)

BIRTHPLACE: Houston        TX   SSN: ████████
            (city / town)   (state)

2.   ADDRESS: 8225 OBrian        N Richland Hills 76118
              (number and street)      (city / town)      (zip)

HOME PHONE: (817) 485-6305 BUSINESS PHONE: (817) 354-7979

3.   LENGTH OF TIME AT PRESENT ADDRESS: ~13 yrs

4.   SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Bedford, Tx  2 yrs

### EMPLOYMENT

5.   PLACE OF EMPLOYMENT: St Vincents School

6.   JOB TITLE OR DESCRIPTION: teacher

BUSINESS HOURS: 8-2/  LENGTH OF PRESENT EMPLOYMENT: 10 yrs

SUPERVISOR: Janet Blakeman

7.   PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: teaching

8.   WHAT OTHER TYPES OF JOBS HAVE YOU HELD? jewelry sales, travel agent

2

*19*

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: <u>Laurette</u>　<u>Joy</u>　<u>May</u>　<u>Shipman</u>
   (first)　　(middle)　　(last)　　(maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮ AGE: <u>37</u> SEX: <u>F</u> RACE: <u>white</u>

   BIRTHPLACE: <u>Merced,</u>　<u>Calif.</u> SSN: ▮▮▮▮
   (city / town)　　(state)

2. ADDRESS: <u>1613 Azteca Dr.</u>　<u>FTW</u>　<u>76112</u>
   (number and street)　　(city / town)　　(zip)

   HOME PHONE: (<u>817</u>)<u>457-2085</u> BUSINESS PHONE: (<u>817</u>) <u>496-7458</u>

3. LENGTH OF TIME AT PRESENT ADDRESS: <u>1 year</u>

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? <u>N/a - none</u>

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: <u>FWISD - Handley middle School</u>

6. JOB TITLE OR DESCRIPTION: <u>Secretary</u>

   BUSINESS HOURS: <u>8:30-4:30</u> LENGTH OF PRESENT EMPLOYMENT: <u>9 1/2 year</u>

   SUPERVISOR: <u>William D. Roper</u>

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: <u>School Secretary</u>

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? <u>Bookkeeper,</u> <u>Computer input, Food service.</u>

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: George Anthony Garcia
    (first) (middle) (last) (maiden, if applicable)

    DATE OF BIRTH: [redacted] AGE: 27 SEX: M RACE: HISPANIC

    BIRTHPLACE: San Angelo TX SSN: [redacted]
    (city / town) (state)

2.  ADDRESS: 1528 S. Main S Latrium Place Apt A Arlington 76018
    (number and street) (city / town) (zip)

    HOME PHONE: (817) 461-6228 BUSINESS PHONE: (817) 921-3431

3.  LENGTH OF TIME AT PRESENT ADDRESS: ~3 yrs

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? San Angelo, TX - 6yrs Ruidosa, NM-2yrs El PASO, TX - 2yrs, Lubbock, TX - 3yrs

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: TCHD - John Peter Smith

6.  JOB TITLE OR DESCRIPTION: Manager of Community Based Ancillary Svcs

    BUSINESS HOURS: 8 - 5 LENGTH OF PRESENT EMPLOYMENT: 9 months

    SUPERVISOR: Marilyn Anderson

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Supervisor - 5yrs
    Student - 5yrs

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? RRT, CRTT, RCP, ERT, ACLS instructor, CPR instructor, life time student, carpentar, student assistant, grocery sacker

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Randall_ _N_ _Clay_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: [redacted]    AGE: _36_    SEX: _m_    RACE: _Anglo_

   BIRTHPLACE: _Antlers_    _Oklahoma_    SSN: [redacted]
   (city / town)    (state)

2. ADDRESS: _1004 W, Lovers Ln_    _Arlington, Tx_    _76013_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _295-7561_    BUSINESS PHONE: (_817_) _885-4418_

3. LENGTH OF TIME AT PRESENT ADDRESS: _5 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Bedford (3yrs), Tyler (4yrs), Paris (2yrs)_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Cook Children's Medical Center_

6. JOB TITLE OR DESCRIPTION: _Security/Parking_

   BUSINESS HOURS: _5:45a - 2:15p_ LENGTH OF PRESENT EMPLOYMENT: _5½ yrs_

   SUPERVISOR: _Carl Mogavero_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Parking Supervisor, Theater, Manager, Nightclub Manager, Telemarketing_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Grocery Store Clerk, Retail Sales_

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Gloria L. Leiderman -married Daniels
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: [redacted]    AGE: 51    SEX: F    RACE: caucl.

    BIRTHPLACE: Mt Clemens - Michigan    SSN: [redacted]
    (city / town)    (state)

2.  ADDRESS: 5113 Yeary    Ft. worth    761 -
    (number and street)    (city / town)    (zip)

    HOME PHONE: (817) 6354.. is    BUSINESS PHONE: (..7) 585  '77

3.  LENGTH OF TIME AT PRESENT ADDRESS: 15 Yeary

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Mt. Clemens, 10 months

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Marvel Communications

6.  JOB TITLE OR DESCRIPTION: Assembly

    BUSINESS HOURS: 8-4 30 LENGTH OF PRESENT EMPLOYMENT: 3 yrs

    SUPERVISOR: Ann Pilgrim

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Anteco - CB Antennas
    Motorola - electronics

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Sales
    Child Care

2

## PLEASE PRINT YOUR ANSWERS

*Wed; 12:45*

## PERSONAL

1.  NAME: _Onald Robert Mc Cormick_
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: ▇▇▇▇▇▇ AGE: _65_ SEX: _M_ RACE: _W_

    BIRTHPLACE: _Lehighton, Pa._    SSN: ▇▇▇▇▇▇
    (city / town)    (state)

2.  ADDRESS: _60    Las Robles    Arlington, TX 76006_
    (number and street)    (city / town)    (zip)

    HOME PHONE: (_817_) _633-4491_ BUSINESS PHONE: _817_ _280-2011_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _5 months_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Bell Helicopter_

6.  JOB TITLE OR DESCRIPTION: _Machinist_

    BUSINESS HOURS: _3:30-12:00 p.m._ LENGTH OF PRESENT EMPLOYMENT: _1974_

    SUPERVISOR: _Monty Bagley_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Machinist_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None_

2

.PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Paula_ _Dee_ _Larkin_ _Addison_
   (first)      (middle)      (last)      (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮  AGE: 46  SEX: 7  RACE: White

   BIRTHPLACE: _Abilene_      _TX_  SSN: ▮▮▮▮▮▮
   (city / town)      (state)

2. ADDRESS: _3728 Bluff Court_  _Weatherford_      _76087_
   (number and street)      (city / town)      (zip)

   HOME PHONE: (817) 441-8276  BUSINESS PHONE: (817) 347-3870

3. LENGTH OF TIME AT PRESENT ADDRESS: _17 Years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _American Health and Life Insurance Co._

6. JOB TITLE OR DESCRIPTION: _Vice President / Treasurer_

   BUSINESS HOURS: _8:30 - 5:30_ LENGTH OF PRESENT EMPLOYMENT: _17 years_

   SUPERVISOR: _Mary McDowell_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Same as above_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Worked with visually handicapped, long distance operator_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: JEAN MARIE Ebeahimi
    (first)   (middle)   (last)   (maiden, if applicable)

    DATE OF BIRTH: ▓▓▓▓▓ AGE: 49 SEX: F. RACE: CAUCACEAN

    BIRTHPLACE: DAGENHAM  EngLand SSN: ▓▓▓▓▓
    (city / town)   (state)

2.  ADDRESS: 301 E NORTH St. ArLinglon Tx 76011
    (number and street)   (city / town)   (zip)

    HOME PHONE: (817) 261-5404  BUSINESS PHONE: 214 296-3080

3.  LENGTH OF TIME AT PRESENT ADDRESS: 1 Yr.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? CHICAGO - 20yrs, HARLINGEN Tx 2yrs
    San Antonio / DALLAS Tx 8yrs Arlington 8yrs.

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: JC PeNNer

6.  JOB TITLE OR DESCRIPTION: Hair stylist

    BUSINESS HOURS: 8-4  LENGTH OF PRESENT EMPLOYMENT: 10yrs

    SUPERVISOR: Sue WerNER

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: HAir stylist , JC PeNNey

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? NONE.

2

**26**

11  95  11
81  96  121

## PLEASE PRINT YOUR ANSWERS

*Excused Student*

## PERSONAL

Go by: (Bebe)

1.  NAME: Bärbel        Beheler        Hinojosa
       (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: [REDACTED]        AGE: 44   SEX: F   RACE: W

   BIRTHPLACE: Rio Grande City, TX   SSN: [REDACTED]
               (city / town)        (state)

2.  ADDRESS: 3545 Mission   Fort Worth, TX   76109
            (number and street)        (city / town)        (zip)

   HOME PHONE: (817) 924-4585   BUSINESS PHONE: (817) 926-8706

3.  LENGTH OF TIME AT PRESENT ADDRESS: 23 years

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? N-A

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: University United Methodist Preschool

6.  JOB TITLE OR DESCRIPTION: Director

   BUSINESS HOURS: 1:30-5:30 LENGTH OF PRESENT EMPLOYMENT: 3 years

   SUPERVISOR: Don Scott

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Director of Preschool last 3 years Previous 20 years Account Operations Analyst for IBM

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Sales clerk - Secretary - Assistant Director

2

**27**

<u>PLEASE PRINT YOUR ANSWERS</u>

Strong on D.P.

## PERSONAL

1. NAME: JON    KENT    DICKERSON
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓    AGE: 35    SEX: M    RACE: CAUCASIAN

   BIRTHPLACE: LINCOLN    NE    SSN: ▓▓▓▓
   (city / town)    (state)

2. ADDRESS: 2 FT WORTH CT    MANSFIELD    76063
   (number and street)    (city / town)    (zip)

   HOME PHONE: ( 817 ) 473-2026    BUSINESS PHONE: ( 817 ) 572-0081

3. LENGTH OF TIME AT PRESENT ADDRESS: 9 YRS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? KEENE TX (2 YRS) LONGVIEW TX (2 YRS) BURLESON TX (2 YRS)

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: BURTON ADVENTIST ACADEMY

6. JOB TITLE OR DESCRIPTION: TEACHER

   BUSINESS HOURS: 8-4    LENGTH OF PRESENT EMPLOYMENT: 11 YRS

   SUPERVISOR: JOHN HOPPS

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS:

   TEACHING HIGH SCHOOL MATH AND SCIENCE

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?

   NONE

2

28

## PLEASE PRINT YOUR ANSWERS

*Would not want someone like herself on jury*

### PERSONAL

1. NAME: NATALIE KATHLEEN (MITCHELL) HARRIS *
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: [redacted] AGE: 45 SEX: F RACE: BLACK

   BIRTHPLACE: WASHINGTON DC    SSN: [redacted]
   (city / town)    (state)

2. ADDRESS: 3300 SOUTHLAKE PARK ROAD, SOUTHLAKE, TX
   (number and street)    (city / town)    (zip)
   76092-8316

   HOME PHONE: (817) 481-3158 BUSINESS PHONE: (214) 280-6928

3. LENGTH OF TIME AT PRESENT ADDRESS: 7 YEARS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? SALEM, OREGON 1°; MURPHY, TX 2°; ELMSFORD, NY 1YR; MURPHY, TX 4°; SOUTHLAKE, TX 7yrs

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: IBM

6. JOB TITLE OR DESCRIPTION: MARKET MANAGEMENT/OPPORTUNITY ANALYST

   BUSINESS HOURS: 8:30-5:15 LENGTH OF PRESENT EMPLOYMENT: 18 yrs
   MANAGER:
   SUPERVISOR: CHARLENE BUCHHAGEN

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: IBM: REVENUE PLANNING, BUSINESS OPPORTUNITY ANALYST, COMPETITIVE ASSESSMENT ANALYST, BUSINESS PROGRAM MANAGER, BUSINESS PLANNER, INVESTMENT ANALYST + CURRENT POSITION 1985

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? MARKET RESEARCH FOR IBM + THE STATE OF OREGON, IBM: SYSTEMS ENGINEER, SUPPORT ANALYST

※ I GO BY MY MAIDEN NAME !!

2

52(a)
77

Would not like Juror like herself
on jury

29

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Rosana  Galdos-Bridgewater  (Galdos)
       (first)        (middle)         (last)      (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: 43 SEX: F RACE: Hispanic
                                                      White
    BIRTHPLACE: Cuzco, Peru (South SSN: ▮▮▮▮▮
    (Naturalized 1984)  (city/town)  America)
                                      (state)

2.  ADDRESS: 3717 Wren  FT. Worth TX 76133
             (number and street)    (city / town)   (zip)

    HOME PHONE: (817) 292-0770  BUSINESS PHONE: (817) 740-5380

3.  LENGTH OF TIME AT PRESENT ADDRESS: Since 1990 (Aug) - 5 yrs.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? Silver City, N Mexico; El Paso, TX.
    4 years in Silver City, 4 years in El Paso

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Diamond Hill Elementary
    School - FWISD

6.  JOB TITLE OR DESCRIPTION: Bilingual School Librarian

    BUSINESS HOURS: 8^10 - 3^40 LENGTH OF PRESENT EMPLOYMENT: 4 years

    SUPERVISOR: Oscar Flores (Principal) & Joan Leach, Director
                          (D. Hill Elem.)  of FWISD Library Media
7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) Services
    YEARS: Bilingual School Librarian for 14 years
    (~~Psychologist Assistant/Part Time~~
    ~~~~)

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

    Psychologist Assistant/Part
    Time Basis (Husband is Licenced
    Psychologist) 5 years.

**30**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _LINDA_   _FAYE_   _PALMER_   _WARD_
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: ████████   AGE: _49_   SEX: _F_   RACE: _W_

   BIRTHPLACE: _FORT WORTH, TX_   SSN: ████████
   (city / town)   (state)

2. ADDRESS: _Rt 7, Box 207-B   DECATUR, TX   76234_
   (number and street)   (city / town)   (zip)

   HOME PHONE: (_817_) _627-0109_   BUSINESS PHONE: (___) _N/A_

3. LENGTH OF TIME AT PRESENT ADDRESS: _3 MONTHS_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
   YOU LIVE IN EACH CITY? _to to 1983 · AZLE, TX_
   _1983-1995 · CHICO, TX_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Self-Emp_

6. JOB TITLE OR DESCRIPTION: _REAL ESTATE_

   BUSINESS HOURS: _NONE_   LENGTH OF PRESENT EMPLOYMENT: _17 yrs_

   SUPERVISOR: _NONE_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
   YEARS: _SAME AS ABOVE_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _CLERICAL & WEDDING
   CATERING_

2

P22

31

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: Carla A. Cannon Bopp
    (first)  (middle)  (last)  (maiden, if applicable)

    DATE OF BIRTH: ███████ AGE: 42 SEX: F RACE: Caucasian

    BIRTHPLACE: Tarentum PA SSN: ████████
    (city / town)  (state)

2.  ADDRESS: 1701 Big Sur # 712 Arlington TX 76006
    (number and street)  (city / town)  (zip)

    HOME PHONE: (817) 861-0522 BUSINESS PHONE: (214) 603-9220

3.  LENGTH OF TIME AT PRESENT ADDRESS: 3 months

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Arlington, TX since 1980

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Loral Vought Systems Corp.

6.  JOB TITLE OR DESCRIPTION: Lead Personnel Representative

    BUSINESS HOURS: 7:30 AM - 5:15 PM - Mon-Thurs LENGTH OF PRESENT EMPLOYMENT: 12 yrs. 7:30 - 4:15 (every other Fri) (since June, 1983)

    SUPERVISOR: Gayle Crawford

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Same as above - However, I have held different positions for this company.

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Secretary / Clerical Office Manager, Supervisor, Office Services Forms Control Administrator, Cashier at Dept. Store.

2

**32**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: ~~HARDIN~~ SANDRA   KAY   HARDIN   BEAVER
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮   AGE: 51   SEX: F   RACE: WC

   BIRTHPLACE: LOS ANGELES   CA   SSN: ▮▮▮
   (city / town)   (state)

2. ADDRESS: 6749 GREEN ACRES   FT WORTH   76180
   (number and street)   (city / town)   (zip)

   HOME PHONE: (817) 485-7869   BUSINESS PHONE: (817) 336-6016

3. LENGTH OF TIME AT PRESENT ADDRESS: 4 YEARS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? MILPITAS, CA   2 YR. 4 MO.

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: MEDICAL AIR SUPPLY

6. JOB TITLE OR DESCRIPTION: ADMIN. ASST.

   BUSINESS HOURS: 9-5   LENGTH OF PRESENT EMPLOYMENT: 9 MO.

   SUPERVISOR: KELLI EDWARDS

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS:

   DEC. 94-PRESENT- MAS ; JAN. 92 - DEC 94 - Self Emply
   85-92 - LEGAL SECRETARY

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?

   GROCERY CLERK, SCHOOL SECRETARY,
   STENOGRAPHER,

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: PAUL _____ ERNEST _____ LONG _____ _____
   (first)           (middle)           (last)           (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮  AGE: 43  SEX: M  RACE: CAUCASIAN

   BIRTHPLACE: DALLAS _____ TEXAS _____ SSN: ▮▮▮▮▮▮▮
                (city / town)      (state)

2. ADDRESS: 7305 ELKS ROAD  FORT WORTH, TEXAS  76112
            (number and street)      (city / town)      (zip)

   HOME PHONE: (817) 496-5852  BUSINESS PHONE: (214) 266-4765

3. LENGTH OF TIME AT PRESENT ADDRESS: EIGHT YEARS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? HURST, THREE YEARS; TOKYO, 4 MONTHS; ARLINGTON, ONE YEAR; FORT WORTH; FORT WORTH, NINE YEARS.

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: NORTHROP GRUMMAN

6. JOB TITLE OR DESCRIPTION: EDITOR, EMPLOYEE COMMUNICATIONS

   BUSINESS HOURS: 8 A.M. - 4:30 PM  LENGTH OF PRESENT EMPLOYMENT: 5½ YRS.

   SUPERVISOR: LOUISE GILBREATH

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: PUBLIC RELATIONS, PARKLAND MEMORIAL HOSPITAL; REPORTER, LEWISVILLE DAILY LEADER; STAFF WRITER, THE ASSOCIATED PRESS; STAFF WRITER, FORT WORTH STAR-TELEGRAM.

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

   _____

   _____

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

~Berea 214-848-2158 12.45

1.   NAME: _Cindy      Marie      Boggess      Pruitt_
          (first)         (middle)          (last)        (maiden, if applicable)

DATE OF BIRTH: ▓▓▓▓▓▓ AGE: _33_ SEX: _F_ RACE: _____

BIRTHPLACE: _Roanoke, Va._ SSN: ▓▓▓▓▓▓▓
                (city / town)       (state)

2.   ADDRESS: _1904 Ida      Arlington, TX    76010_
              (number and street)      (city / town)          (zip)

HOME PHONE: (817) 548-0453   BUSINESS PHONE: (214) 660-0500

3.   LENGTH OF TIME AT PRESENT ADDRESS: _6 years_

4.   SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _NA_

## EMPLOYMENT

5.   PLACE OF EMPLOYMENT: _Air Liquide America Corp._

6.   JOB TITLE OR DESCRIPTION: _Region Credit Mgr._

BUSINESS HOURS: _8-5_   LENGTH OF PRESENT EMPLOYMENT: _13 yrs_

SUPERVISOR: _Jay Goldman_

7.   PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _@ Air Liquide only_

8.   WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _in High School worked at Six Flags, Arlington Stadium. Currently have a part time job in sales @ Foleys for 2 wks_

2

**35**

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Judith          Marie          Dallinger          Schwiderski
        (first)          (middle)          (last)          (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮▮▮  AGE: 42  SEX: F  RACE: White

    BIRTHPLACE: Streator          Illinois  SSN: ▮▮▮▮▮▮▮
              (city / town)          (state)

2.  ADDRESS: 4113  Dogwood  Ln          Ft. Worth          76137
            (number and street)          (city / town)          (zip)

    HOME PHONE: (817) 847-1464          BUSINESS PHONE: (815) 581-5413

3.  LENGTH OF TIME AT PRESENT ADDRESS: 7 years

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Sterling Il. - 6 months  Rockford Il. - 1 year  Topeka, Ks  6 years

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Birdville Independent School Dist.

6.  JOB TITLE OR DESCRIPTION: Elementary School Library Media Specialist

    BUSINESS HOURS: 7:30-4:00  LENGTH OF PRESENT EMPLOYMENT: 2 years

    SUPERVISOR: Maxie Mullins

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Librarian - public school  2 years; Librarian - private school - 5 years; Pre-School teacher - 3 years

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Public librarian; Clerk at public university; sales clerk; child care provider

2

Pg 15
NO R/V
11

36

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Veronica E Cameau O'Brien
   (first) (middle) (last) (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓ AGE: 49 SEX: F RACE: Caucasian

   BIRTHPLACE: NYC NY SSN: ▓▓▓▓
   (city / town) (state)

2. ADDRESS: 1301 Crest Drive Colleyville 76034
   (number and street) (city / town) (zip)

   HOME PHONE: (817) 656-7625 BUSINESS PHONE: (214) 574-8760

3. LENGTH OF TIME AT PRESENT ADDRESS: 9 yrs.

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Mountainside, NJ = 8 yes.

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: DFW Airport Board

6. JOB TITLE OR DESCRIPTION: Sec'y

   BUSINESS HOURS: 8³⁰-5⁰⁰ LENGTH OF PRESENT EMPLOYMENT: 6yes

   SUPERVISOR: Belynda Figueriedo

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Sec'y - DFW Airport Board
   Clerk - Bell Helicopter

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?
   Telephone Operator (High School)

2

52a

**37**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: Vicki Diane Lane
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮   AGE: 41   SEX: F   RACE: Anglo

   BIRTHPLACE: Levelland, TX   SSN: ▮▮▮
   (city / town)   (state)

2. ADDRESS: 4400 Kingswick Arl, TX 76016
   (number and street)   (city / town)   (zip)

   HOME PHONE: (817) 654-0878   BUSINESS PHONE: (214) 296-0015

3. LENGTH OF TIME AT PRESENT ADDRESS: 7 years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Only Arlington

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: First Baptist Church Oak Cliff

6. JOB TITLE OR DESCRIPTION: Min. of Childhood Ed.

   BUSINESS HOURS: 8-5   LENGTH OF PRESENT EMPLOYMENT: 19 months

   SUPERVISOR: Phil Childress

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: East Meadows Baptist Church 1984-1994 Minister of Children + Preschool

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Director of Senior Citizens Center, Cashier, Librarian, Key Punch operator

2

35
37-38

**38**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Benjamin        Travis        McGowen
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ■■■■■■    AGE: 21  SEX: m  RACE: white

   BIRTHPLACE: Temple        Texas    SSN: ■■■■■■
   (city / town)        (state)

2. ADDRESS: 4313 Pheasant Walk    Fort Worth    Tx.    76135
   (number and street)        (city / town)        (zip)

   HOME PHONE: ( 817 ) 263 0019    BUSINESS PHONE: ( 817 ) 732 6022

3. LENGTH OF TIME AT PRESENT ADDRESS: 2 yrs.

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Clarksville Tenn. 4yrs   Nürenburg Germany 3yrs   Yuma Arizona 2yrs  Fairbanks, Alaska  1 month   Cresbury Tx 3yrs  Fort Worth 2yr.

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: Bennigan's

6. JOB TITLE OR DESCRIPTION: Waiter

   BUSINESS HOURS: 11:00am  2:00am    LENGTH OF PRESENT EMPLOYMENT: 3weeks

   SUPERVISOR: Steve Tracy

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Waiter  Cook  Sacker  life gaurd

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Chris_ — _Isbell_ —
    (first)          (middle)                    (last)                (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: _46_ SEX: _M_ RACE: _C_

    BIRTHPLACE: _Ennis_ _Texas_ SSN: ▮▮▮▮▮
                (city / town)        (state)

2.  ADDRESS: _5312 Ammons_ _Haltom City_ _76117_
             (number and street)      (city / town)      (zip)

    HOME PHONE: (_817_) _656·0860_  BUSINESS PHONE: (___) _____

3.  LENGTH OF TIME AT PRESENT ADDRESS: _18 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? _None_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _____

6.  JOB TITLE OR DESCRIPTION: _Fire Alarm Business_

    BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

    SUPERVISOR: _____

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: _General Dynamics / Lockheed_
    _555 Grants Lane  Ft Worth Texas_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Aircraft mfg_
    _Truck & forklift driver_

2

**40**

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Mary    Ellen    Getting    Fennessy
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: ███████ AGE: 43  SEX: F  RACE: Caucasian

    BIRTHPLACE: Dubuque    Iowa  SSN: ████████
    (city / town)    (state)

2.  ADDRESS: 5025 Savannah Club Dr Arlington 76017
    (number and street)  #522    (city / town)    (zip)

    ✳ HOME PHONE: (817) 572-0479 BUSINESS PHONE: (214) 855-6800

3.  LENGTH OF TIME AT PRESENT ADDRESS: 3 weeks

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? None

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Storey Armstrong Steger & Martin

6.  JOB TITLE OR DESCRIPTION: Legal Assistant / Paralegal

    BUSINESS HOURS: 8:30 - 5:00 LENGTH OF PRESENT EMPLOYMENT: since 2/95

    SUPERVISOR: Tom Brooks, firm administrator

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: Paralegal

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Inventory control
    clerk, branch administration manager

2

**41**

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: Melinda Jo Motley Absnaider
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████  AGE: 36  SEX: F  RACE: White

   BIRTHPLACE: Taylor Texas SSN: ███████
   (city / town)    (state)

2. ADDRESS: 6521 Timber Creek Arlington 76017
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 483 8769  BUSINESS PHONE: (214) 623-1280

3. LENGTH OF TIME AT PRESENT ADDRESS: 1½ yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Austin, TX — 18 yrs

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Prime Constructors

6. JOB TITLE OR DESCRIPTION: ofc mgr. —

   BUSINESS HOURS: 8:30 4:30  LENGTH OF PRESENT EMPLOYMENT: 10 mos

   SUPERVISOR: Chuck Latham

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Robert Brackeen CPA — 3 mo.    Staff acct.
   Barringer Brackeen + Co — 2 yrs
   Barringer, Panter + Maudy CPA's — 4 yrs
   NurseFinders, Inc. — 4 yrs

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? receptionist —

2

72

**42**

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.   NAME: Gregory     Allen     Perry
     (first)        (middle)        (last)        (maiden, if applicable)

     DATE OF BIRTH: ▮▮▮▮▮  AGE: 36  SEX: M  RACE: White

     BIRTHPLACE: Booneville     MO     SSN: ▮▮▮▮▮
                  (city / town)    (state)

2.   ADDRESS: 4117 Grace Ln        Grapevine     76051
              (number and street)     (city / town)     (zip)

     HOME PHONE: (817) 354-7571  BUSINESS PHONE: (214) 269-3589
     7571

3.   LENGTH OF TIME AT PRESENT ADDRESS: 2½ yrs

4.   SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
     YOU LIVE IN EACH CITY? Converse, TX through Jan 87
     and Mililani, HI from 1987 through Dec 92

## EMPLOYMENT

5.   PLACE OF EMPLOYMENT: Hensley Field, NAS Dallas, Dallas, TX 75211

6.   JOB TITLE OR DESCRIPTION: Environmental Engineer

     BUSINESS HOURS: 0630-1715 LENGTH OF PRESENT EMPLOYMENT: 2½ yrs

     SUPERVISOR: Major Jill Collins

7.   PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
     YEARS: Employed full time with the Texas Air National
     Guard for the past 2½ yrs and active duty
     Air Force for 10 yrs prior to that.

8.   WHAT OTHER TYPES OF JOBS HAVE YOU HELD? No other
     full time employment.

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.   NAME: Lydia      Elise      Miles      French
         (first)        (middle)        (last)      (maiden, if applicable)

DATE OF BIRTH: [redacted]   AGE: 31   SEX: F   RACE: W

BIRTHPLACE: Ft. Worth      Tx.      SSN: [redacted]
         (city / town)        (state)

2.   ADDRESS: 1708 Malibar Rd. Ft. Worth      76116
         (number and street)        (city / town)      (zip)

HOME PHONE: (817) 738-8153   BUSINESS PHONE: (817) 377-7380

3.   LENGTH OF TIME AT PRESENT ADDRESS: 1 yr 10 mos.

4.   SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? none

## EMPLOYMENT

5.   PLACE OF EMPLOYMENT: South Hi Mount Elem.

6.   JOB TITLE OR DESCRIPTION: teacher

BUSINESS HOURS: 8:10-3:40 LENGTH OF PRESENT EMPLOYMENT: 8+ yrs.

SUPERVISOR: Bettye Reyes

7.   PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: teacher in the FWISD

8.   WHAT OTHER TYPES OF JOBS HAVE YOU HELD? none

2

**44**

**PLEASE PRINT YOUR ANSWERS**

## PERSONAL

1. NAME: LISA Christine Chaffin DOUGLASS
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: 26 SEX: F RACE: White

   BIRTHPLACE: Ft Worth TX SSN: ███████
   (city / town)    (state)

2. ADDRESS: 300 DELMAR CT #19 Ft Worth 76108
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 367-2562 BUSINESS PHONE: (___)_____

3. LENGTH OF TIME AT PRESENT ADDRESS: 5 yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? ————

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: ———

6. JOB TITLE OR DESCRIPTION: ———

   BUSINESS HOURS: ——— LENGTH OF PRESENT EMPLOYMENT: ———

   SUPERVISOR: ———

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS:

   Training Depot (DAycARE teacher) Full time
   CAtholic Center (office gopher) Temporary
   6 to 7 mths

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD?

   Volunteered for 1 year at a GED Learning center
   help Watch + teach nursery at church

PLEASE PRINT YOUR ANSWERS    52a  100  118  121  82  88  **45**

## PERSONAL

1.  NAME: Tempie Elizabeth Griffin Shelton
    (first)     (middle)     (last)     (maiden, if applicable)

    DATE OF BIRTH: [redacted]  AGE: 49  SEX: Female  RACE: Cacusian

    BIRTHPLACE: Shreveport  La  SSN: [redacted]
    (city / town)    (state)

2.  ADDRESS: 1013 Valentine St  Hurst  76053
    (number and street)    (city / town)    (zip)

    HOME PHONE: (817) 282 6904  BUSINESS PHONE: (800) _____

3.  LENGTH OF TIME AT PRESENT ADDRESS: Twenty Eight yrs.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? None

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Lone Star Gas Co.

6.  JOB TITLE OR DESCRIPTION: Cst Ast. Rep

    BUSINESS HOURS: 8am-5PM  LENGTH OF PRESENT EMPLOYMENT: 2 years

    SUPERVISOR: Faye Ferguson

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: McDonald's Rest. (Supervisor 1985 to 1992)

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? home maker full time,

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _John E. Breidenbach_
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮  AGE: _48_  SEX: _M_  RACE: _White_

    BIRTHPLACE: _Tiffin, Ohio_    SSN: ▮▮▮▮▮
    (city / town)    (state)

2.  ADDRESS: _532 Baldwin Ave, Crowley, Tx, 76036_
    (number and street)    (city / town)    (zip)

    HOME PHONE: (_817_)_297-1974_    BUSINESS PHONE: (___) _____

3.  LENGTH OF TIME AT PRESENT ADDRESS: _15 yr._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Stearns Airport Equip. (Trinity Ind.)_

6.  JOB TITLE OR DESCRIPTION: _Welder_

    BUSINESS HOURS: _7:00-3:30_   LENGTH OF PRESENT EMPLOYMENT: _3 yr_

    SUPERVISOR: _Tommy Reed_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Welder/Assembly - Stearns - 2.5 yr. (under Hobart)_ _Layoff - 1yr. — Welder - Stearns - 3 yr. (under Trinity)_ _5 yr. - Foreman Kinard's Inc - Sheet Metal_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Just Welding or Sheet Metal Type Work_

2

**47**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _RANDAL DRUE DAVIS_
    (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: [redacted] AGE: _35_ SEX: _M_ RACE: _W_

    BIRTHPLACE: _ABILENE_ _TX_ SSN: [redacted]
    (city / town)        (state)

2.  ADDRESS: _208 W Simmons Weatherford, TX 76086_
    (number and street)        (city / town)        (zip)

    HOME PHONE: (_817_) _596-9245_ BUSINESS PHONE: (_817_) _596-0050_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _2 YRS_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _SPRINGTOWN, TX    28 YRS_

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _KEN DAVIS Chrysler Plymouth Dodge_

6.  JOB TITLE OR DESCRIPTION: _PARTNER / GENERAL MGR._

    BUSINESS HOURS: _7:30 - 8:00_ LENGTH OF PRESENT EMPLOYMENT: _9 YRS_

    SUPERVISOR: _KEN DAVIS_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _1985 - 87 CRAWFORD & CO INS ADJUSTERS_ _1987 to Present - KEN DAVIS CHRYSLER_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None Since College_

2

**48**

PLEASE PRINT YOUR ANSWERS                              116

## PERSONAL

1.  NAME: _Thomas_ _Michael_ _Mearse_ _____
       (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: ███████ AGE: _46_ SEX: _M_ RACE: _W_

    BIRTHPLACE: _Sweetwater_ _Texas_ SSN: ██████████
                   (city / town)       (state)

2.  ADDRESS: _711 East Murco_ _Mineral Wells_ _76067_
                (number and street)       (city / town)       (zip)

    HOME PHONE: ( _817_ ) _325-9349_ BUSINESS PHONE: ( _817_ ) _325-0761_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _15 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY? _Mathis, Texas_ _1968 - 1982_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _City National Bank_

6.  JOB TITLE OR DESCRIPTION: _Vice President Loan Officer_

    BUSINESS HOURS: _8:00 - 5:00_ LENGTH OF PRESENT EMPLOYMENT: _Since 1982_

    SUPERVISOR: _Jimmy Seay_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: _City National Bank Vice President_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None_

2

**49**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Angelika Puscher Critchett
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: 48 SEX: F RACE: W

   BIRTHPLACE: Germany        SSN: ██████████
   (city / town)    (state)

2. ADDRESS: 4749 Moss Rose Dr    Fort Worth    Tx/37
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 485 7752 BUSINESS PHONE: (817) 245 6251

3. LENGTH OF TIME AT PRESENT ADDRESS: 15 Years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? ~~illegible~~

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: Motorola

6. JOB TITLE OR DESCRIPTION: Librarian

   BUSINESS HOURS: M-F 8-5 LENGTH OF PRESENT EMPLOYMENT: 6 years

   SUPERVISOR: Bryan Cullen

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Librarian FWISD, FWPL

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? teacher

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: "MARY ANN" HERRING FRY
    (first)   (middle)      (last)    (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮  AGE: 50  SEX: F  RACE: Caucasian

    BIRTHPLACE: FORT WORTH  TX  SSN: ▮▮▮▮▮
    (city / town)   (state)

2.  ADDRESS: 508 REMUDA DR.  FORT WORTH  76108
    (number and street)   (city / town)   (zip)

    HOME PHONE: (817) 448-9531  BUSINESS PHONE: (817) 737-6678

3.  LENGTH OF TIME AT PRESENT ADDRESS: 8 YRS.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? N/A

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: WISEDA CORP.

6.  JOB TITLE OR DESCRIPTION: ACCOUNTING

    BUSINESS HOURS: 8-5  LENGTH OF PRESENT EMPLOYMENT: 3½ YRS

    SUPERVISOR: Norm. Thoennes
    NORM THOENNES

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Same AS ABOVE - ACCOUNTING - 3½ (3/92 -PRE.

    ACCOUNTING + GENERAL MANAGER 6 YRS

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? INSURANCE CLERK,

    LONG DISTANCE OPERATOR, PROPERTY MANAGEMENT

2

*Excused*

**51**

<u>PLEASE PRINT YOUR ANSWERS</u>

<u>PERSONAL</u>

1. NAME: _Natalie_ _Kay_ _Byers_
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: 32 SEX: F RACE: White

   BIRTHPLACE: _Muncie_ _IN_ SSN: ███████
   (city / town)   (state)

2. ADDRESS: _750 E. Mid-Cities Blvd #414_ _Euless, TX_ _76039_
   (number and street)              (city / town)            (zip)

   HOME PHONE: (817) 267-7569  BUSINESS PHONE: (214) 590-5493

3. LENGTH OF TIME AT PRESENT ADDRESS: _5 months_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Portage, MT - 10 yrs., Baton Rouge, LA - 1yr._
   _Arlington, TX - 13yrs._

<u>EMPLOYMENT</u>

5. PLACE OF EMPLOYMENT: _Parkland Memorial Hospital_

6. JOB TITLE OR DESCRIPTION: _Coding / Reimbursement_

   BUSINESS HOURS: _2-10:30pm_ LENGTH OF PRESENT EMPLOYMENT: _1½ yrs_

   SUPERVISOR: _Frances Gardner_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _1) Parkland Hospital - May '94 - present_
   _2) Washington Inventory - 1985 - 1993_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Jacquelyn_ _Annette_ _Gattis_
       (first)         (middle)         (last)         (maiden, if applicable)

    DATE OF BIRTH: ▓▓▓▓▓▓  AGE: _33_  SEX: _F_  RACE: _White_

    BIRTHPLACE: _Midland_  _Tx_  SSN: ▓▓▓▓▓▓▓▓
          (city / town)         (state)

2.  ADDRESS: _6510 Springfield Dr._  _Arlington_  _76016_
         (number and street)         (city / town)         (zip)

    HOME PHONE: (_817_) _572-5447_  BUSINESS PHONE: (_817_) _483-8316_ ?

3.  LENGTH OF TIME AT PRESENT ADDRESS: _8 yrs. 6 mo._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Nacogdoches - 6 mo., Cleburne - 1 yr._

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Arlington I.S.D._

6.  JOB TITLE OR DESCRIPTION: _Teacher_

    BUSINESS HOURS: _8:40 - 4:10_  LENGTH OF PRESENT EMPLOYMENT: _3 mo._

    SUPERVISOR: _Ann Brazel_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Burleson ISD - Teacher/Coach, Birdville ISD - Teacher/Coach, Duncanville ISD - Teacher_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Volleyball & Basketball Summer Camps, Volleyball Official_

2

**53**

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: <u>Charles        Emony        Compton   II.</u>
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ████████  AGE: <u>64</u> SEX: <u>M</u> RACE: <u>C</u>

   BIRTHPLACE: <u>Depew</u>        <u>OKIA</u> SSN: ████████
   (city / town)        (state)

2. ADDRESS: <u>4500 Jim Mitchell Tr. W., Colleyville, Tx 76034</u>
   (number and street)        (city / town)        (zip)

   HOME PHONE: (<u>817</u>) <u>267-7322</u> BUSINESS PHONE: <u>214</u>) <u>915 -4212</u>

3. LENGTH OF TIME AT PRESENT ADDRESS: <u>15 years</u>

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY?_____

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: <u>Silver Burdett Ginn Publishers</u>

6. JOB TITLE OR DESCRIPTION: <u>Sales Manager</u>

   BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: <u>14 yrs</u>

   SUPERVISOR: <u>George Delano</u>

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: <u>Sales Manager - Publishing</u>

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? <u>teaching,</u> <u>Sales</u>

2

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: <u>Jane</u>   <u>Elizabeth</u>   <u>Blackburn</u>   <u>TURNER</u>
   (first)      (middle)      (last)      (maiden, if applicable)

   DATE OF BIRTH: ████   AGE: <u>48</u>   SEX: <u>F</u>   RACE: <u>Caucasian</u>

   BIRTHPLACE: <u>Gastonia</u>   <u>NC</u>   SSN: ████
   (city / town)   (state)

2. ADDRESS: <u>4315 Kelly Hill Dr.</u>   <u>Arlington</u>   <u>76017</u>
   (number and street)   (city / town)   (zip)

   HOME PHONE: (<u>817</u>) <u>483-6576</u>  BUSINESS PHONE: (<u>817</u>) <u>451-6311</u>

3. LENGTH OF TIME AT PRESENT ADDRESS: <u>9 yrs.</u>

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? <u>Boone, NC  1965-1969, 1971-1982</u>

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: <u>Arlington I.S.D.</u>

6. JOB TITLE OR DESCRIPTION: <u>"Educator" ✗</u>

   BUSINESS HOURS: <u>8:05 - 3:35</u> ⌐usually stay until 7-8 PM  LENGTH OF PRESENT EMPLOYMENT: <u>10 yrs.</u>

   SUPERVISOR: <u>Mrs. Janna Graham</u>

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: <u>Educator - Grade 5</u>

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? <u>School counselor, sales clerk, camp counselor, college graduate teaching assistant, school psychologist-testing</u>

2

**87**

**55**

108

120-21

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.   NAME: Mary Louise _____ Lake _____
         (first) / (middle)      (last)      (maiden, if applicable)

DATE OF BIRTH: ▓▓▓▓▓▓▓▓  AGE: 69  SEX: F  RACE: W.h

BIRTHPLACE: Battle Creek  Mich.  SSN: ▓▓▓▓▓▓▓▓
                (city / town)     (state)

2.   ADDRESS: 6305 Prospect Hill     Granbury      76049
              (number and street)   (city / town)    (zip)

HOME PHONE: ( 817 ) 573-5610  BUSINESS PHONE: (___)_____

3.   LENGTH OF TIME AT PRESENT ADDRESS: 3 mo.

4.   SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? none

## EMPLOYMENT

5.   PLACE OF EMPLOYMENT: not employed

6.   JOB TITLE OR DESCRIPTION: _____

BUSINESS HOURS: _____  LENGTH OF PRESENT EMPLOYMENT: _____

SUPERVISOR: _____

7.   PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: none

8.   WHAT OTHER TYPES OF JOBS HAVE YOU HELD? part time in Audit Dept at Sears as data entry

2



PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: Dilorah Kayu Woland
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: 34 SEX: F RACE: White

   BIRTHPLACE: Hopkinsville Ky. SSN: ████████
   (city / town)   (state)

2. ADDRESS: 1004 Hansbarger Everman Tx, 76140
   (number and street)   (city / town)   (zip)

   HOME PHONE: (817) 293-4497 BUSINESS PHONE: (817) 292-2664

3. LENGTH OF TIME AT PRESENT ADDRESS: 23 yrs.

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _____

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Burger King

6. JOB TITLE OR DESCRIPTION: Cook & Cashier

   BUSINESS HOURS: 9-4:00 LENGTH OF PRESENT EMPLOYMENT: About 6 months

   SUPERVISOR: Bucky

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Mrs. Crocketts Kitchen Expanco, Tandy Craft Zines

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Fast, Food

2

**57**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Linda        Sue        Berry        Talbott
   (first)            (middle)   (last)       (maiden, if applicable)

   DATE OF BIRTH: ███████    AGE: 43   SEX: F   RACE: W

   BIRTHPLACE: Ft Worth        TX     SSN: ███████
   (city / town)               (state)

2. ADDRESS: 5641 Coventry Park Dr   #1072   Haltom City, TX  76117
   (number and street)              (city / town)      (zip)

   HOME PHONE: (817) 428·6647   BUSINESS PHONE: (817) 332·9762

3. LENGTH OF TIME AT PRESENT ADDRESS: 1½ yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Mineral Wells 6yrs   ALBQ, N.m 3mo   Ft Worth Rest of time

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: Texas Rehabilitation Commission

6. JOB TITLE OR DESCRIPTION: RST III

   BUSINESS HOURS: 7-4   LENGTH OF PRESENT EMPLOYMENT: 8 yrs

   SUPERVISOR: Sandy Smith

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS:

   William C. Berry, CPA (Divorced)

   Mt. Olivet Funeral Home then TRC

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Scott a white Hosp.

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.    NAME: _Elizabeth Ann Goss_
      (first)         (middle)         (last)         (maiden, if applicable)

      DATE OF BIRTH: ███████  AGE: _57_ SEX: _F_ RACE: _White_

      BIRTHPLACE: _Springfield, MO_  SSN: ████████
                  (city / town)    (state)

2.    ADDRESS: _1312 Sunset Lane        Bedford  TX  76021_
               (number and street)      (city / town)      (zip)

      HOME PHONE: (_817_) _283-8385_ BUSINESS PHONE: (___) _____

3.    LENGTH OF TIME AT PRESENT ADDRESS: _3 yrs_

4.    SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Chicago - 2 yrs , St. Louis, 2 yrs_

## EMPLOYMENT

5.    PLACE OF EMPLOYMENT: _____

6.    JOB TITLE OR DESCRIPTION: _____

      BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

      SUPERVISOR: _____

7.    PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _All Seasons Crafts - 1989-1991_

      _Bloomtown Florist - 1987-1989_

8.    WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _General Office , Teachers Aide_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Jacqulyn_ _Kay_ _Holmes_
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: [redacted] AGE: _36_ SEX: _F_ RACE: _W_

   BIRTHPLACE: _Dallas, Tx_ SSN: [redacted]
   (city / town)   (state)

2. ADDRESS: _5011 Wage Dr._ _Arlington, Tx_ _76018_
   (number and street)   (city / town)   (zip)

   HOME PHONE: (817) 467-7572 BUSINESS PHONE: (817) 496-7521

3. LENGTH OF TIME AT PRESENT ADDRESS: _2 yrs, 2 months_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Seagoville, Tx - 2 yrs, Kaufman Tx - 6 yr Mesquite, Tx - 8 yrs, Dallas, Tx - 3 yrs._

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Ryder Truck Rental, Inc._

6. JOB TITLE OR DESCRIPTION: _Vehicle Administrator_

   BUSINESS HOURS: _8 Am - 5 pm_ LENGTH OF PRESENT EMPLOYMENT: _9 yrs, 7 mont_

   SUPERVISOR: _Jeffrey Gaskins_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Ryder Truck Rental, Inc. - various clerical positions_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Secretarial, wrecker dispatcher, fast food as a teenager_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Jo_ _Evelyn_ _Dotson_ _French_
   (first)  (middle)  (last)  (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮ AGE: _64_ SEX: _F_ RACE: _W_

   BIRTHPLACE: _Rockwood_, _TX_ SSN: _____
   (city / town)  (state)

2. ADDRESS: _4223 Altamesa Blvd. FtWorth, TX 76133_
   (number and street)  (city / town)  (zip)

   HOME PHONE: (_817_) _346-7603_ BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: _4 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Part time FWISD_

6. JOB TITLE OR DESCRIPTION: _Teacher - Supervisor_

   BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _1 year_

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Teacher - FWISD_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Secretarial - Clerical, Sales - Retail_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: __LINDA__ __LOUISE__ __HARRELL__
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: [redacted]    AGE: _45_ SEX: _F_ RACE: _Caucasion_

   BIRTHPLACE: _Ft. Worth_ _Texas_ SSN: [redacted]
   (city / town)        (state)

2. ADDRESS: _3636_ _Aurora_ _Ft Worth_ _76117_
   (number and street)        (city / town)        (zip)

   HOME PHONE: (_817_) _838-5341_ BUSINESS PHONE: (_817_) _831-5775_

3. LENGTH OF TIME AT PRESENT ADDRESS: _18 yrs._

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _n/a_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Birdville I.S.D._

6. JOB TITLE OR DESCRIPTION: _Secretary_

   BUSINESS HOURS: _8-4¹⁵_ LENGTH OF PRESENT EMPLOYMENT: _9 mo._

   SUPERVISOR: _Jennifer Bedwell_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Accounting & Credit Manager_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Doris_ _Marie_ _Manning_ _____
    (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: [redacted] AGE: _57_ SEX: _F_ RACE: _White_

    BIRTHPLACE: _Marietta_ , _Texas_ SSN: [redacted]
    (city / town)    (state)

2.  ADDRESS: _P.O. Box 14209_ _Arlington_ _76094-1209_
    (number and street)        (city / town)        (zip)

    HOME PHONE: ( _817_ ) _274-2252_ BUSINESS PHONE: ( _817_ ) _275-9543_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _3 mos._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Kennedale (2 yrs) Arlington (13 yrs)_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Quick Wash (Coin Operated Ltd)_

6.  JOB TITLE OR DESCRIPTION: _Manager of Laundromat_

    BUSINESS HOURS: _6:30-10:00 / 1:30-3:30_ LENGTH OF PRESENT EMPLOYMENT: _5½ yrs._

    SUPERVISOR: _Billy Russell_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Assembler – Laundromat – Housewife – Snack Bar_

    _Attendant_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None_

2

63

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Joyce_ _Dean_ _Browning_ _Bates_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓▓ AGE: _64_ SEX: _F_ RACE: _W_

   BIRTHPLACE: _Carter County_ _ok_   SSN: ▓▓▓▓▓
   (city / town)    (state)

2. ADDRESS: _Rt 1 Box 174_ _Boyd_ _76023_
   (number and street)    (city / town)    (zip)

   *mornings only* HOME PHONE: (_817_) _523-4411_  BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: _26 YRS_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY?_____

   _____

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _FAULK Co._

6. JOB TITLE OR DESCRIPTION: _Custodian_

   BUSINESS HOURS: _1:30 PM - 10 PM_ LENGTH OF PRESENT EMPLOYMENT: _5 YRS_

   SUPERVISOR: _Bruce Logan_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Self Employed before Present Job_

   _____

   _____

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _P.B.X. Operator,_
   _Waitress, Agriculture Dept_

   _____

2

**64**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _WILLIAM_   _THOMAS_   _MERRILL  (JR.)_
       (first)              (middle)              (last)         (maiden, if applicable)

    DATE OF BIRTH: [REDACTED]   AGE: _46_   SEX: _M_   RACE: _WHITE_

    BIRTHPLACE: _MARSHALL_    _TX_   SSN: [REDACTED]
                    (city / town)        (state)

2.  ADDRESS: _2305   ENGLEFORD_    _ARLINGTON_    _76015_
                    (number and street)              (city / town)         (zip)

    HOME PHONE: (_817_) _261-9375_   BUSINESS PHONE: (_817_) _640-6466_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _17 YEARS_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _____

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _US POST OFFICE - ARLINGTON_

6.  JOB TITLE OR DESCRIPTION: _MAIL CARRIER_

    BUSINESS HOURS: _7-530_   LENGTH OF PRESENT EMPLOYMENT: _2 YRS._

    SUPERVISOR: _BILL HARRIGAN_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _MILLER BUSINESS SYSTEMS -BUSINESS INTERIORS_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

    _AMERICAN ROLLER CO._

    _HABITAT ARTS._

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Patsy_     _A._     _Brandon_
     (first)          (middle)          (last)          (maiden, if applicable)

     DATE OF BIRTH: ███████ AGE: _57_ SEX: _F_ RACE: _W_

     BIRTHPLACE: _Hamburg_     _Iowa_     SSN: ████████
          (city / town)          (state)

2.  ADDRESS: _2205 Pin Oak Ln,     ArLington, TX     76012_
          (number and street)          (city / town)          (zip)

     HOME PHONE: (_817_) _265-6374_ BUSINESS PHONE: (_817_) _460-8171_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _15 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _NONE_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _(Ret.) SW BeLL     1/1991_

6.  JOB TITLE OR DESCRIPTION: _Secy. Div. MGR. OPR. Svcs._

     BUSINESS HOURS: _‒_ LENGTH OF PRESENT EMPLOYMENT: _‒_

     SUPERVISOR: _____

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Retired Jan 1991 from SWBeLL - work out of several temp services (Personnel +) and (Imprimis)_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Various Bell System jobs (28 yrs) Various Clerical/Secretarial work_

2

*66*

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: Ricky Paul Lynn
    (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮▮ AGE: 37 SEX: M RACE: W

    BIRTHPLACE: Linden Tx. SSN: ▮▮▮▮▮▮
    (city / town)        (state)

2.  ADDRESS: 709 Cimarron Tr Southlake 76092
    (number and street)        (city / town)        (zip)

    HOME PHONE: (817) 379 9317 BUSINESS PHONE: (817) 335 7493

3.  LENGTH OF TIME AT PRESENT ADDRESS: 11 yrs.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Dallas 7 yrs.

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Paccar

6.  JOB TITLE OR DESCRIPTION: Foreman

    BUSINESS HOURS: 5:00a 12:00p LENGTH OF PRESENT EMPLOYMENT: 2 yrs

    SUPERVISOR: Calvin Strauch

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Foreman - Paccar

    Lend Lease

    Ryder

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Diesel mechanic

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: Delynah    L.    Barker    Bryant
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮    AGE: 36  SEX: Female RACE: WHITE

   BIRTHPLACE: FORT WORTH    TX    SSN: ▮▮▮▮▮▮▮
   (city / town)    (state)

2. ADDRESS: 10212  MARIA  DR.  FT WORTH  76108
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 246-1198  BUSINESS PHONE: (817) 377-6774

3. LENGTH OF TIME AT PRESENT ADDRESS: 6 weeks

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? FT Worth

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Houston General Ins.

6. JOB TITLE OR DESCRIPTION: Asst. Underwriter

   BUSINESS HOURS: 7:30 + 4:00 LENGTH OF PRESENT EMPLOYMENT: 16 yrs

   SUPERVISOR: Sandee Drinkard

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: 

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Book Store Clerk
   iN "77"  K-MART iN "76"

2

**PLEASE PRINT YOUR ANSWERS**

## PERSONAL

1. NAME: Susan K. Norman
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████    AGE: 47    SEX: F    RACE: W

   BIRTHPLACE: Paris    TX    SSN: ███████
   (city / town)    (state)

2. ADDRESS: 303 Young Road    Millsap    76066
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 682-4942    BUSINESS PHONE: (817) 740-6379

3. LENGTH OF TIME AT PRESENT ADDRESS: 7 1/2 years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Fort Worth - 3 yrs
   Abilene, TX - 5 yrs

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Texas Department of Human Services

6. JOB TITLE OR DESCRIPTION: Word Processor Operator

   BUSINESS HOURS: 8-4:30    LENGTH OF PRESENT EMPLOYMENT: 8 yrs

   SUPERVISOR: Mary Guzman

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: 
   Clerical

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? I have a Part-time Craft Business. I have worked in Convience stores, Fast Foods, Assembly Line work

*64*

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Jon_ _Allen_ _Carstens_
   (first)       (middle)      (last)       (maiden, if applicable)

   DATE OF BIRTH: █████████ AGE: _33_ SEX: _Male_ RACE: _Caucasion_

   BIRTHPLACE: _Pipestone_ _MN_ SSN: █████████
   (city / town)    (state)

2. ADDRESS: _1518 Laguna Vista Way_ _Grapevine_ _TX_ _76051_
   (number and street)       (city / town)    (zip)

   HOME PHONE: (_817_) _488-5154_ BUSINESS PHONE: (_214_) _369-0898_
   2nd Job    214  956-8800  The mens club

3. LENGTH OF TIME AT PRESENT ADDRESS: _8 yrs_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
   YOU LIVE IN EACH CITY? _Abilene 1½ yrs /Chicago 10 mths /St.Louis 3mths_
   _Sioux Falls SD. 2 yrs/ Irving TX 9mths_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _American Airlines /and/The mens Club of Dallas_

6. JOB TITLE OR DESCRIPTION: _Sales Rep.  /  Maitre D_
   BUSINESS HOURS: _8:30A-5:30P and 6:30P-1:30A_ LENGTH OF PRESENT EMPLOYMENT: AA / T.M.C. _9yrs / 9 mths_
   AA                                    T.M.C.
   SUPERVISOR: _Nancy Brown / Nick Nemeth_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
   YEARS: _American Airlines  9yrs  — SATO TVI DYESS_
   _AFB. Abilene 1½ yrs_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _retail Sales_

2

70

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: _Ronald        Gene        Martin        Jr_
   (first)            (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓▓ AGE: _54_ SEX: _M_ RACE: _W_

   BIRTHPLACE: _Bowie        Tex_____ SSN: ▓▓▓▓▓
   (city / town)        (state)

2. ADDRESS: _4200 old Benbrook Rd #17 Ft. Worth   76116_
   (number and street)        (city / town)        (zip)
   817 246-2842
   HOME PHONE: (_817_) _731-1637_ BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: _1 Yr._

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY?_____

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Omni Engine Rebuilding_

6. JOB TITLE OR DESCRIPTION: _Machinest_

   BUSINESS HOURS: _6 AM 3 PM_ LENGTH OF PRESENT EMPLOYMENT: _3 Yr._

   SUPERVISOR: _Otto Stiger_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Machinest_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Larry_    _Edward_    _Brogdon_ _____
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: _____ AGE: _33_ SEX: _M_ RACE: _Caucasin_

   BIRTHPLACE: _Amarillo_    _Texas_ SSN: _____
   (city / town)    (state)

2. ADDRESS: _10705 Holly Grove Dr._    _Ft. Worth_    _76108_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _246-1803_    BUSINESS PHONE: (_817_) _277-7977_

3. LENGTH OF TIME AT PRESENT ADDRESS: _seven years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _I have lived in Ft. Worth since 1980._

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _ITW C-PAK_

6. JOB TITLE OR DESCRIPTION: _Process Engineer_

   BUSINESS HOURS: _8-5_ LENGTH OF PRESENT EMPLOYMENT: _2yrs 3mo._

   SUPERVISOR: _Imran Malik_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _GD - Calibration Technician/ QC Engineer 1987- 1993. Northern Telecom - Electronic Technician 1982 - 1987._

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Shoe sales, grocery stocker._

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _GARY_____ _CLARENCE_____ _Killion_____ _____
   (first)          (middle)          (last)          (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮▮▮ AGE: _46_ SEX: _M_ RACE: ~~Black~~ _White_

   BIRTHPLACE: _W'ford_____ _Texas_____ SSN: _____
   (city / town)          (state)

2. ADDRESS: _7209 Bethel Rd.,_ _W'ford_____ _76087_
   (number and street)          (city / town)          (zip)

   HOME PHONE: (_817_) _596-9152_  BUSINESS PHONE: (_817_) _594-7106_

3. LENGTH OF TIME AT PRESENT ADDRESS: _18 yr_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _N+T Riddle INC_

6. JOB TITLE OR DESCRIPTION: _Operator_

   BUSINESS HOURS: _7-5_  LENGTH OF PRESENT EMPLOYMENT: _10yr_

   SUPERVISOR: _Thomas Riddle_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _N+T Riddle_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Cement Work_
   _Pushed Tools for D&B Drilling INC._
   _Oil Field_

**2**

80, 81, 82

73

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Wanda_    _Sue_    _Mills_    _Mc Fadden_
       (first)         (middle)       (last)      (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮▮ AGE: _49_ SEX: _F_ RACE: _white_

    BIRTHPLACE: _Haskell_    _Texas_ SSN: ▮▮▮▮▮▮▮
                 (city / town)    (state)

2.  ADDRESS: _2430 Heathercrest_    _Arlington, Tx. 76018_
              (number and street)      (city / town)      (zip)

    HOME PHONE: (_817_) _472-8542_  BUSINESS PHONE: (_817_) _261-6311_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _7½ yrs._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Graham, TX.    11 years_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Collins Park Florist_

6.  JOB TITLE OR DESCRIPTION: _Floral Designer_

    BUSINESS HOURS: _8:30 - 5:00_ LENGTH OF PRESENT EMPLOYMENT: _6 yrs._

    SUPERVISOR: _Sandy Allen_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Sept 1989 to present employ Florist_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Office work & factory work_

2

*Excused*

74

117
121

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1.  NAME: Goldie        Ann        Nunley        Mangus
        (first)        (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮    AGE: 33   SEX: F   RACE: White

    BIRTHPLACE: Logan        W.V.    SSN: ▮▮▮▮▮
                (city / town)        (state)

2.  ADDRESS: 8053 Eagle Mt. Cir. Ft. Worth, Tx.    76135
                (number and street)        (city / town)        (zip)

    HOME PHONE: (817) 237-0615    BUSINESS PHONE: (817) 498-3290

3.  LENGTH OF TIME AT PRESENT ADDRESS: 6 yrs.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Man. W.V. 17 yrs.
    Burleson, Tx. 2 yrs.

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Austin Pump & Supply

6.  JOB TITLE OR DESCRIPTION: Accounting

    BUSINESS HOURS: 8:00 A.M - 5:00 P.M LENGTH OF PRESENT EMPLOYMENT: 5 yrs.

    SUPERVISOR: Calvin Hale

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Accounting

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Accounting (only)

2



## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: FRANCES M. Miller BENSON
    (first)       (middle)      (last)      (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: 52 SEX: F RACE: BLACK

    BIRTHPLACE: FORT WORTH, TX SSN: ▮▮▮▮▮
    (city / town)      (state)

2.  ADDRESS: 4409 IDA WAY FORT WORTH, 76119
    (number and street)      (city / town)      (zip)

    HOME PHONE: (817) 534-7203 BUSINESS PHONE: (817) 762-2023

3.  LENGTH OF TIME AT PRESENT ADDRESS: 25 yrs

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? NONE

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: LOCKHEED/MARTIN

6.  JOB TITLE OR DESCRIPTION: Supervisor/PRODUCTION Spec.

    BUSINESS HOURS: 7:30-4:15 LENGTH OF PRESENT EMPLOYMENT: 18 yrs

    SUPERVISOR: MARK Miller

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: LOCKHEED/MARTIN — Supervisor, PRODUCTION SPECIALIST, MFG CONTROL SPARES CLERK

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? VARITYPIST, CAT WALKER (TX INSTRUMENTS)

2

*Excused*

97
104
110 - Know Roper
118

**PLEASE PRINT YOUR ANSWERS**

## PERSONAL

1. NAME: _Patti_ _Sue_ _Ammann_ _(Howard)_
   (first)     (middle)     (last)     (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮ AGE: _53_ SEX: _F_ RACE: _W_

   BIRTHPLACE: _Houston_ _TX_ SSN: _____
   (city / town)     (state)

2. ADDRESS: _93 Crown Rd_ _Weatherford_ _76087_
   (number and street)     (city / town)     (zip)

   HOME PHONE: ( _817_ ) _441-6368_ BUSINESS PHONE: ( ___ ) _N/A_

3. LENGTH OF TIME AT PRESENT ADDRESS: _8 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Fort Worth - 20 years_
   _Weatherford - 8 years_

## EMPLOYMENT

- Cougar Ent. - Gen. Contractors

5. PLACE OF EMPLOYMENT: _Retired - Comptroller, Off. Mgr._

6. JOB TITLE OR DESCRIPTION: _Retired Comptroller, Off. Mgr._

   BUSINESS HOURS: _—_ LENGTH OF PRESENT EMPLOYMENT: _—_

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Comptroller, Office Mgr._

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Secretary,_
   _bookkeeper_

2

108
117
121

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Lawrence_ _Rogers_ _Barrett_
        (first)          (middle)          (last)          (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: _45_ SEX: _M_ RACE: _B_

    BIRTHPLACE: _Palestine_ _TX_ SSN: ▮▮▮▮▮
        (city / town)     (state)

2.  ADDRESS: _209 AFTON RD_ _FortWorth TX 76134_
        (number and street)     (city / town)          (zip)

    HOME PHONE: (_817_) _551-0545_ BUSINESS PHONE: (_817_) _294-0830_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _11 years_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Century 21 A Barree Co._

6.  JOB TITLE OR DESCRIPTION: _Real Estate Salesman_

    BUSINESS HOURS: _8-5_ LENGTH OF PRESENT EMPLOYMENT: _1yr. 9 months_

    SUPERVISOR: _Aubrey Barree-Broker_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Universal Blueprint Paper Co. 1968-1993_
    _Production, Century 21 A Barree 1993-Present_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None_

2

**78**

PLEASE PRINT YOUR ANSWERS

PERSONAL

1. NAME: Jackie    Elaine    Hester    Hamilton
   (first)         (middle)      (last)       (maiden, if applicable)

   DATE OF BIRTH: _____    AGE: 47    SEX: Female    RACE: Caucasian

   BIRTHPLACE: Sweetwater    TX    SSN: _____
   (city / town)    (state)

2. ADDRESS: 302 Freedom Lane    Arlington    76018
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 472-8956    BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: 8 yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _____

EMPLOYMENT

5. PLACE OF EMPLOYMENT: National Rx Pharmacy

6. JOB TITLE OR DESCRIPTION: Customer Service Rep.

   BUSINESS HOURS: 7-5:30 Mon-Thurs    LENGTH OF PRESENT EMPLOYMENT: 1 yr

   SUPERVISOR: Diane Harrison

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Customer Service - Stewart Engineering
   Bookkeeping - Rolling Meadows Baptist Church & Daycare

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

P.23,24

79

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _George   Edward   Knoll_
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮   AGE: _44_   SEX: _M_   RACE: _W_

   BIRTHPLACE: _Blanco_        _TX_   SSN: ▮▮▮▮▮▮▮▮
   (city / town)        (state)

2. ADDRESS: _1250 Ollie St._        _Stephenville, TX_   _76401_
   (number and street)        (city / town)        (zip)

   HOME PHONE: (817) 968-2882   BUSINESS PHONE: (817) 968-9256

3. LENGTH OF TIME AT PRESENT ADDRESS: _Dec, '78_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _N/A_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Tarleton State University_

6. JOB TITLE OR DESCRIPTION: _Director Student Development Ctr._

   BUSINESS HOURS: _8-5_   LENGTH OF PRESENT EMPLOYMENT: _Jan '78_

   SUPERVISOR: _Dr. Wanda Mercer_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Student Center Director_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Orientation & Mobility Instructor for the adult blind / Summer Camp Counselor / & Resident Hall Supervisor in College_

2

**80**

## PLEASE PRINT YOUR ANSWERS

21
88
108

### PERSONAL

1. NAME: DAVID THOMAS CHEATHAM
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: [redacted]   AGE: 51   SEX: M   RACE: WHITE, ANGLO

   BIRTHPLACE: TERRELL    TX    SSN: [redacted]
   (city / town)    (state)

2. ADDRESS: 2311 MIMOSA    STEPHENVILLE    76401
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 968-3902    BUSINESS PHONE: (817) 965-3163

3. LENGTH OF TIME AT PRESENT ADDRESS: 15 YRS

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? NONE

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: CHEATHAM & LAWSFORD, CPAs

6. JOB TITLE OR DESCRIPTION: PARTNER

   BUSINESS HOURS: 8-5    LENGTH OF PRESENT EMPLOYMENT: 22 yrs

   SUPERVISOR: NONE

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: CPA - 27 YRS

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? SERVICE STATION ATTEND. CONSTRUCTION, HIGHWAY DEPT. AIDE NEWSPAPER DELIVERY

2



## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: Terri          L.          Jackman          Heflin
    (first)          (middle)          (last)          (maiden, if applicable)

    DATE OF BIRTH: ███████    AGE: 36   SEX: F   RACE: Cau.

    BIRTHPLACE: Arlington          Texas          SSN: ███████
    (city / town)          (state)

2.  ADDRESS: 4338 Washington Irving  Ft. Worth          76114
    (number and street)          (city / town)          (zip)

    HOME PHONE: (817) 626-2644    BUSINESS PHONE: (817) 738 5293

3.  LENGTH OF TIME AT PRESENT ADDRESS: 1½ yrs.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? Texarkana-6
    Waco-3  Austin-18mo.  Red Oak-1  Arlington-5

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Albertsons

6.  JOB TITLE OR DESCRIPTION: Scan Coordinator

    BUSINESS HOURS: 6-3    LENGTH OF PRESENT EMPLOYMENT: 4½ yrs.
    SUPERVISOR: Bill Harrison

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _____

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Insurance Clerk-medical
    Retail Sales, Receptionist

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: BILLY   DWAYNE   DEAN
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: 28 SEX: M RACE: WHITE

   BIRTHPLACE: FORT WORTH   TX   SSN: ███████
   (city / town)        (state)

2. ADDRESS: 4555 DOVE TREE CT   FORT WORTH TX 76137
   (number and street)        (city / town)        (zip)
   4200 ME
   HOME PHONE: (817) 656-3885   BUSINESS PHONE: (214) 425-4214 ADMIN

3. LENGTH OF TIME AT PRESENT ADDRESS: 1 yr 6 mo

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? RICHLAND HILLS, TX. - 2 yr.
   BEDFORD, TX. - SINCE '80

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: AMERICAN AIRLINES

6. JOB TITLE OR DESCRIPTION: FLEET SERVICE CLERK

   BUSINESS HOURS: ALL   LENGTH OF PRESENT EMPLOYMENT: 6 yr

   SUPERVISOR: JAMES WOOD

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: AA - 6 years, JC Penney - 3 years, student

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Retail, industrial, sales, mfg.

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: Amy Louise Evans Jackson
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: ███  AGE: 35  SEX: F  RACE: B

    BIRTHPLACE: Fort Worth  Texas  SSN: ███
    (city / town)    (state)

2.  ADDRESS: 3404 Carriage Hill Dr. Forest Hill, TX 76140
    (number and street)    (city / town)    (zip)

    HOME PHONE: (817) 478-7566  BUSINESS PHONE: (817) 568-6471

3.  LENGTH OF TIME AT PRESENT ADDRESS: 1 1/2 years

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? N/A

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Olsten's Temporary Service

6.  JOB TITLE OR DESCRIPTION: Secretary / Clerk

    BUSINESS HOURS: 8-5 pm  LENGTH OF PRESENT EMPLOYMENT: 1 1/2 yrs

    SUPERVISOR: Gayla

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Fort Worth Ind. School District – Secretary

    77 - 93

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? none

2

120, 124

43
46, 48, 49
72, 7677
28
95-96
105, 107, 108
118

84

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Douglas          Harry          Riley_____
       (first)              (middle)         (last)         (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮▮ AGE: _42_ SEX: _M_ RACE: _W_

    BIRTHPLACE: _Alexandria      Minn_ SSN: ▮▮▮▮▮▮▮
                   (city / town)      (state)

2.  ADDRESS: _2120  Riverforest Dr      Arlington    TX 76011_
                (number and street)       (city / town)        (zip)

    HOME PHONE: (_817_) _472-9154_ BUSINESS PHONE: (_817_) _640-0326_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _4 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID
    YOU LIVE IN EACH CITY?_Arlington_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Animal Hospital & Clinic of Arlington_

6.  JOB TITLE OR DESCRIPTION: _Dr of Veterinary Medicine_

    BUSINESS HOURS: _8-6_ LENGTH OF PRESENT EMPLOYMENT: _18 yrs_

    SUPERVISOR: _Me_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
    YEARS: _Same_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None_

2

72  P. 20
78
96
108
85

<u>PLEASE PRINT YOUR ANSWERS</u>

## PERSONAL

1. NAME: Thomas Anthony O'Malley
   (first)     (middle)     (last)     (maiden, if applicable)

   DATE OF BIRTH: [redacted]  AGE: 48  SEX: M  RACE: CAU

   BIRTHPLACE: Ashland  KY  SSN: [redacted]
   (city / town)     (state)

2. ADDRESS: 202 Southridge lakes Pkwy So Lake Tx 7609
   (number and street)     (city / town)     (zip)

   HOME PHONE: (817) 329-2149  BUSINESS PHONE: (214) 444-4958

3. LENGTH OF TIME AT PRESENT ADDRESS: 5 years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? 1980 - 1989  Blue Bell, PA

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Exxon Aviation Services.

6. JOB TITLE OR DESCRIPTION: Pilot - CAPTAIN - Airplane

   BUSINESS HOURS: on Call 7 day LENGTH OF PRESENT EMPLOYMENT: 3 years

   SUPERVISOR: Fred E Perera

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Corporate Pilot Gulfstream III + IV

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? None

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Billie        JP        Lee        West
         (first)       (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ████  AGE: 52  SEX: F  RACE: B

   BIRTHPLACE: Pittsburg        Texas    SSN: ████
               (city / town)    (state)

2. ADDRESS: 3144 Valley Forge        Ft Worth        76140
            (number and street)      (city / town)    (zip)

   HOME PHONE: ( 817 ) 293 - 5622 BUSINESS PHONE: ( 817 ) 922 - 6600

3. LENGTH OF TIME AT PRESENT ADDRESS: Since 1973

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? None

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: FWISD

6. JOB TITLE OR DESCRIPTION: Teacher - Language Arts

   BUSINESS HOURS: 8 - 3:30 LENGTH OF PRESENT EMPLOYMENT: 1965-present

   SUPERVISOR: Nita Whiteside

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: FWISD

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Texas Instruments employee; American Airlines (telemarketor)

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _E. Stacey    Leigh    Donaldson    Boaz_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮  AGE: _26_  SEX: _F_  RACE: _White_

   BIRTHPLACE: _Ft. Worth_    _Texas_  SSN: ▮▮▮▮▮▮
   (city / town)    (state)

2. ADDRESS: _3013 Forest Avenue    Ft. Worth    76112_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _496-4637_  BUSINESS PHONE: (_817_) _472-2417_

3. LENGTH OF TIME AT PRESENT ADDRESS: _4 years 3 months_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Arlington, 1½ years_
   _Breckenridge, 18 years._

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Home Depot_

6. JOB TITLE OR DESCRIPTION: _Interior Designer_

   BUSINESS HOURS: _8:00 - 5:00_ LENGTH OF PRESENT EMPLOYMENT: _6 months_

   SUPERVISOR: _Trish Johnson_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Interior Designer_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Sales, cashier,_
   _daycare teacher,_

2

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Erma_ _Belle_ _Felts_ _Keay_
    (first)       (middle)       (last)       (maiden, if applicable)

    DATE OF BIRTH: ▮▮▮▮▮ AGE: _56_ SEX: _F_ RACE: _White_

    BIRTHPLACE: _Bismarck_   _Mo_ SSN: ▮▮▮▮▮▮
    (city / town)       (state)

2.  ADDRESS: _P.O. Box 185_ _1302 FM 156 Rd_   _Haslet_, _TX_   _76052_
    (number and street)       (city / town)       (zip)

    HOME PHONE: (_817_) _439-3021_ BUSINESS PHONE: (___) _____

3.  LENGTH OF TIME AT PRESENT ADDRESS: _12 yrs._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Camarillo Cal - 7yrs     Haslet, TX 12yrs_

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _____

6.  JOB TITLE OR DESCRIPTION: _____

    BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

    SUPERVISOR: _____

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Northwest I.S.D._

    _Arby's Blue Mound - 6 1/2 yrs._

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Tandy- Corp_

2

82
103

89

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Patricia_ _Lumb_
   (first)     (middle)     (last)     (maiden, if applicable)

   DATE OF BIRTH: ██████  AGE: 61  SEX: F  RACE: W

   BIRTHPLACE: _Houston_ _Texas_ SSN: ████████
   (city / town)     (state)

2. ADDRESS: _2300 Shady Turf, Bedford, TX 76022_
   (number and street)     (city / town)     (zip)

   HOME PHONE: (817) 283-7059 BUSINESS PHONE: (214) 746-2426

3. LENGTH OF TIME AT PRESENT ADDRESS: _3 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Houston, Texas (52 years in Houston before moving to Bedford)_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Dallas County Community College District_

6. JOB TITLE OR DESCRIPTION: _Executive Secretary to the Chancellor_

   BUSINESS HOURS: _8:30 AM to 5:30 PM_  LENGTH OF PRESENT EMPLOYMENT: _1 year_

   SUPERVISOR: _Dr. J. William Wenrich_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Secretary_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Legal Secretary, Legal Ass't (short term), Accounts Receivable Agent_

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Dennis        George        Doka
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: ████████    AGE: 31    SEX: M    RACE: W

   BIRTHPLACE: Pomton Plains        NJ    SSN: ████████
   (city / town)        (state)

2. ADDRESS: Rt 1 Box 252        Boyd        76023
   (number and street)        (city / town)        (zip)

   HOME PHONE: (817) 433-5857    BUSINESS PHONE: (817) 246-3191

3. LENGTH OF TIME AT PRESENT ADDRESS: 15 yrs

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _____

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: Self

6. JOB TITLE OR DESCRIPTION: Carpenter/Sub contractor

   BUSINESS HOURS: _____    LENGTH OF PRESENT EMPLOYMENT: ap. 8 yrs

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Carpenter ~~~~~~ Musician/installer

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Feed Store, delivery.

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _Marcia_ _Dawn_ _Graves_ _Roberts_
    (first)      (middle)      (last)      (maiden, if applicable)

    DATE OF BIRTH: ███████ AGE: _36_ SEX: _F_ RACE: _caucasion_

    BIRTHPLACE: _Ft. Worth_ _Tx_ SSN: ████████
    (city / town)      (state)

2.  ADDRESS: _1007 Meadowlark Ln Granbury Tx 76048_
    (number and street)      (city / town)      (zip) _3972_

    HOME PHONE: (_817_) _279 6579_ BUSINESS PHONE: (_817_) _882-3978_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _11 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Ft. Worth   5yrs._

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Harris Methodist Fort Worth_

6.  JOB TITLE OR DESCRIPTION: _Dept. Manager_ _Cardio Respiratory Neurodiagnostic Services_

    BUSINESS HOURS: _9-5_ LENGTH OF PRESENT EMPLOYMENT: _17yrs_

    SUPERVISOR: _Barkley Berdan_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Respiratory Therapy Clinical Coordinator_ _& position above listed in #6_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Movie Theatre cashier, sales person, Musical Theatre Actress_

2

**92**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Richard_ _Allen_ _Graham_ ____
   (first)      (middle)      (last)      (maiden, if applicable)

   DATE OF BIRTH: ████  AGE: _34_ SEX: _M_ RACE: _Caucasion_

   BIRTHPLACE: _Louisville_ _KY_ SSN: ████
   (city / town)      (state)

2. ADDRESS: _2858 Park Meadow CT FT Worth Tx 76112_
   (number and street)      (city / town)      (zip)

   HOME PHONE: ( _817_ ) _496-8297_   BUSINESS PHONE: ( _817_ ) _457-4718_

3. LENGTH OF TIME AT PRESENT ADDRESS: _4 yrs_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Colorado Spring, CO - 4 yrs_
   _Mountain Home, ID - 6 yrs    Sacramento, Cal - 2 yrs_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Express One Int'l, Inc_

6. JOB TITLE OR DESCRIPTION: _Captain - B727_

   BUSINESS HOURS: _9 - 5:30_   LENGTH OF PRESENT EMPLOYMENT: _3 yrs_

   SUPERVISOR: _Mark Bryant_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _USAF : Electronic Warfare Officer_
   _Pilot_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Real Estate Developer_

2

108

**93**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Virginia_ _M._ _HARN_ _CABRERA_
   (first) (middle) (last) (maiden, if applicable)

   DATE OF BIRTH: [redacted] AGE: _37_ SEX: _F_ RACE: _W + Hispanic_

   BIRTHPLACE: _Manhattan_ _New York_ SSN: [redacted]
   (city / town) (state)

2. ADDRESS: _2525 Clayton Oaks Grand Prairie, 75052_
   (number and street) (city / town) (zip)

   HOME PHONE: (_214_) _660-6726_ BUSINESS PHONE: (_214_) _438-0322_

3. LENGTH OF TIME AT PRESENT ADDRESS: _11 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Grand Prairie - 15 year_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _NCH Corporation_

6. JOB TITLE OR DESCRIPTION: _Administrative Svcs. Mgr_

   BUSINESS HOURS: _8:30 - 5:30_ LENGTH OF PRESENT EMPLOYMENT: _5 years_

   SUPERVISOR: _Rosemary Hobart_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _NCH Corporation 10-90 / 10-95_
   _Life Investors Ins. Co. July 88 - Feb 89_
   _F & I Mbrt July 84 - July 88_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Same Field_

2

95
96
101
104

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: _Peter_    _Mark_    _Pruitt_    _____
        (first)         (middle)        (last)        (maiden, if applicable)

    DATE OF BIRTH: ███████    AGE: _24_  SEX: _M_  RACE: _CAU_

    BIRTHPLACE: _Arlington_    _Texas_  SSN: ███████
            (city / town)            (state)

2.  ADDRESS: _6212_  _Chendan_  _Rd_  _Arlington_  _Texas_  _76017_
            (number and street)        (city / town)        (zip)

    HOME PHONE: (_817_) _465-1017_    BUSINESS PHONE: (_214_) _249-4566_

3.  LENGTH OF TIME AT PRESENT ADDRESS: _20 yrs_

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_ _____

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Pruitt Electric_

6.  JOB TITLE OR DESCRIPTION: _Master Electrician_

    BUSINESS HOURS: _7-5_    LENGTH OF PRESENT EMPLOYMENT: _10 yrs_

    SUPERVISOR: _Myself_

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Pruitt Electric_

    _Homes + land Magazine_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____

2

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: *PATRICIA* *JEANNE* *COX* *BIANCOSINO*
   (first)   (middle)   (last)   (maiden, if applicable)

   DATE OF BIRTH: ▉▉▉▉▉▉ AGE: *47* SEX: *F* RACE: *CAUCASIAN*

   BIRTHPLACE: *Ft. Worth*        *TX* SSN: ▉▉▉▉▉▉
   (city / town)        (state)

2. ADDRESS: *6359 Newport Ct.*      *Ft. Worth*      *TX*
   (number and street)      (city / town)      (zip)

   HOME PHONE: (*817*) *732-5635* BUSINESS PHONE: (*817*) *735-4983*
                                                          *817 735-8697*

3. LENGTH OF TIME AT PRESENT ADDRESS: *6 ½ yrs.*

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? *Ft. Worth since 1973.*

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: *O'Rourke Companies, Inc.*

6. JOB TITLE OR DESCRIPTION: *Director*

   BUSINESS HOURS *8-5*      LENGTH OF PRESENT EMPLOYMENT: *4 yrs.*

   SUPERVISOR: *Dennis O'Rourke*

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: *Consultant in oil & gas /pulp + paper - 6 yrs.*
   *Cantey, Hanger - 1 ½ yrs*
   *TCU Faculty - MJ Neeley School of Bus. - 6 yrs*

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____
   *Faculty part-time at NTSU and TCJC.*

2

**96**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Nancy_ _Sue_ _Hackney_ _Money_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮ AGE: _54_ SEX: _F_ RACE: _W_

   BIRTHPLACE: _Shreveport,_ _LA._ SSN: ▮▮▮▮▮
   (city / town)    (state)

2. ADDRESS: _316 Simmons_ _Hurst Tx_ _76053_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _282-7537_ BUSINESS PHONE: (___)_____

3. LENGTH OF TIME AT PRESENT ADDRESS: _23 yrs_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY?_____

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _____

6. JOB TITLE OR DESCRIPTION: _____

   BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Teacher Assistant_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Clerical-_

2

**97**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: _Josephine E._ _Ivy_
    (first) (middle) (last) (maiden, if applicable)

    DATE OF BIRTH: ██████ AGE: _53_ SEX: _F_ RACE: _White_

    BIRTHPLACE: _Alto_ _TX_ SSN: ████████
    (city / town) (state)

2.  ADDRESS: _2520 N. Main_ _Mansfield_ _76063_
    (number and street) (city / town) (zip)

    HOME PHONE: (_817_) _561-0858_ BUSINESS PHONE: (___) _____

3.  LENGTH OF TIME AT PRESENT ADDRESS: _18 yrs._

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _None_

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: _Retired Sept. 1, 1995_

6.  JOB TITLE OR DESCRIPTION: _____

    BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

    SUPERVISOR: _____

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _I worked for 14 yrs. Mansfield ISD_

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Baby sit_

2

**98**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: Paula Eugenia Elena Moore   Johnson
    (first)      (middle)      (last)      (maiden, if applicable)

    DATE OF BIRTH: ███████  AGE: 35  SEX: F  RACE: Black

    BIRTHPLACE: Fort Worth   Texas   SSN: ███████
    (city / town)      (state)

2.  ADDRESS: 6101 Boca Raton   Fort Worth   76112
    (number and street)      (city / town)      (zip)

    HOME PHONE: (817) 446-5637  BUSINESS PHONE: (817) 283-7412

3.  LENGTH OF TIME AT PRESENT ADDRESS: 6 mos.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? None

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: Comet Cleaners

6.  JOB TITLE OR DESCRIPTION: Presser/washer

    BUSINESS HOURS: 6:30 until  LENGTH OF PRESENT EMPLOYMENT: 1½ rs.

    SUPERVISOR: K T   (Tareen)

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Comet Cleaners; Rio Grande Cleaners Cowboy Cleaners

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? Post officer,

2

p 2V        99

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1.  NAME: KELVIN    BERNARD    JOHNSON
    (first)    (middle)    (last)    (maiden, if applicable)

    DATE OF BIRTH: [redacted]    AGE: 25   SEX: M   RACE: B

    BIRTHPLACE: VICTORVILLE , CALIFORNIA    SSN: [redacted]
    (city / town)    (state)

2.  ADDRESS: 1012 WEST PIONEER PKWY. #8   ARLINGTON , TX   76013
    (number and street)    (city / town)    (zip)

    HOME PHONE: (817) 460-3401   BUSINESS PHONE: (214) 583-3264

3.  LENGTH OF TIME AT PRESENT ADDRESS: 3 YEARS

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? ABILENE, TX (8 YRS.)   WACO, TX (2 YRS) GRANDPRAIRIE (2 YRS.)   DALLAS, TX (6 MNTHS.)

## EMPLOYMENT

5.  PLACE OF EMPLOYMENT: GLITSCH, INC. (DALLAS, TX)

6.  JOB TITLE OR DESCRIPTION: PROJECT MANAGER

    BUSINESS HOURS: 7-6    LENGTH OF PRESENT EMPLOYMENT: 5 YRS.

    SUPERVISOR: JEFF EAST

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: PROJECT MANAGER - CURRENT ;   STORE CLERK ; JANITOR

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? NONE

2

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: Linda K Eidd Turner
(first)        (middle)        (last)        (maiden, if applicable)

DATE OF BIRTH: ████████  AGE: 42  SEX: F  RACE: White

BIRTHPLACE: Enid, Okla
(city / town)        (state)        SSN: ████████

2. ADDRESS: 301 Dickey Dr. Euless, Tex 76040
(number and street)        (city / town)        (zip)

HOME PHONE: (817) 267-2089  BUSINESS PHONE: (817) 738-7361

3. LENGTH OF TIME AT PRESENT ADDRESS: 16 years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? None

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: Stripling : Cox

6. JOB TITLE OR DESCRIPTION: Store Manager & Mens Buyer

BUSINESS HOURS: 8-6  LENGTH OF PRESENT EMPLOYMENT: 5½ yr.

SUPERVISOR: Carriel Nipp

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Monning's Department Store. - Mens buyers.

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? None

2