# EXHIBIT 12

PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: _Amy___Louise___Evans___Jackson_
   (first)         (last)         (maiden, if applicable)

   DATE OF BIRTH: ████ AGE: _35_ SEX: _F_ RACE: _B_

   BIRTHPLACE: _Fort Worth___Texas_ SSN: ████
   (city / town)      (state)

2. ADDRESS: _3404 Carriage Hill Dr. Forest Hill, TX 76140_
   (number and street)        (city / town)         (zip)

   HOME PHONE: (_817_) _478-7566_ BUSINESS PHONE: (_817_) _568-6471_

3. LENGTH OF TIME AT PRESENT ADDRESS: _1 1/2 years_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _N/A_

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Olsten's Temporary Service_

6. JOB TITLE OR DESCRIPTION: _Secretary / Clerk_

   BUSINESS HOURS: _8-5 pm_ LENGTH OF PRESENT EMPLOYMENT: _1 1/2 yrs_

   SUPERVISOR: _Gayla_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Fort Worth Ind. School District - Secretary_
   _77 - 93_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _none_

2

If you could change your profession, what would you change it to? _NURSE_

## FAMILY

9.   MARTIAL STATUS: (circle appropriate answer(s))

a). (Married)   b). Single   c). Separated  d). Divorced   e). Spouse Deceased

f).   Previously Divorced (how many times ___)    g). Living With Someone

10.  NAME OF SPOUSE: _Leonard_   _Brady_   _Evans_
     (first)          (middle)        (last)      (maiden, if applicable)

11.  SPOUSE'S EMPLOYER: _AST Research_

     Job Title Or Description: _Inventory Analyst_

     Length Of Present Employment: _1 year_

     What Other Types Of Jobs Has Your Spouse Held? _Warehouse Related_

12.  PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
     Under $10,000 _____         $10,000 to $30,000 _____
     $30,000 to $50,000 _$37,000_     $50,000 to $70,000 _____
     $70,000 to $100,000 _____   Over $100,000 _____

13.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Gerald V. Evans | M | 11 | Forest Hill Elem |
| b. | Jason L Evans | M | 7 | Forest Hill Elem. |
| c. | | | | |
| d. | | | | |

3

e. _____

f. _____

14. IF YOU HAVE GRANDCHILDREN, HOW MANY? _12 Step grandchildren_

15. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | Corlis D. Jackson | 58 | FW, TX | | General Motors |
| Mother: | Mamie L. Jackson | 56 | FW, TX | | FWISD - Bus Attendant |
| Stepfather: | N/A | | | | |
| Stepmother: | N/A | | | | |

Were Your Parents Ever Divorced? ~~Yes~~ No

16. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Kit L. Jackson | M | 39 | N/A |
| b. | Corlis D. Jackson, Jr | M | 38 | FWISD - Campus Monitor |
| c. | Jonathan D. Jackson | M | 31 | General Motors |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17. PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
*High School Graduate and 2 Semisters of College (Tarrant County Junior College)*

18. PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
*High School Graduate — Attended Tarrant County. Jr. College Graduate of Southern Bible Institute*

19. ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT? IF SO, PLEASE GIVE DETAILS: _____ *No* _____

## MILITARY

20. HAVE YOU EVER SERVED IN THE MILITARY? *No* IF SO, PLEASE GIVE THE FOLLOWING INFORMATION: Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties: _____

Did you serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did you participate in any
Courts Martial? _____ Please Explain: _____

Did you ever serve in the military police? _____

21. HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? *Yes* IF SO, PLEASE GIVE THE FOLLOWING INFORMATION: Branch *Air-Force*, Years of Service *4*, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: *Sergeant*
Duties: *Served in Vietnam War*

Did he/she serve in combat? *Yes* Year Discharged? _____
Type of Discharge: *Honorable* Did he/she participate in any
Courts Martial? *No* Please Explain: _____

Did he/she ever serve in the military police? *?*

5

## RELIGION

22. RELIGIOUS PREFERENCE: *Baptist*
Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: *Philemon Missionary Bapt.Ch.*
*4829 Trentman, FW, TX 76119*

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? *NO*

23. HOW OFTEN DO YOU ATTEND? *Regular (Every Wk)* Past, or present church offices held: *Church Clerk and Work with Youth )*
Other than attendance, what activities do you participate in at your church? *Work with Choir and Youth Org.*
Have there been any recent changes in your religious activities? Yes _____
No __✓__ Please explain: _____

24. WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? __*No*__ IF SO, PLEASE EXPLAIN: _____

25. DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? *No* IF SO, PLEASE EXPLAIN: _____

26. DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? *Yes* IF SO, PLEASE INDICATE WHICH MINISTRY: *Frederick K.C. PRICE*

27. DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes _____ No __✓__ If yes, please state it: _____
_____
_____
_____

## POLITICAL

28. DO YOU HAVE A POLITICAL PREFERENCE? _____
Democrat __✓__          Republican_____
Independent_____          Other_____
Does your spouse have a different preference? __*No*__ If so, please explain: __

6

29.    DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE?
       Democrat _____ ✓ _____                    Republican _____
       Independent _____                 Other_____
       Is your spouse a member or supporter of a different party? ___ no ___
       If so, please explain: _____

30.    DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-
       ATE, OR LIBERAL? _____ Moderate _____ Does your
       spouse have a different political philosophy? ___ no ___ If so,
       please explain: _____

31.    HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? ___ no ___
       If yes, please give details: _____
       _____

32.    HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR
       A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN
       ENFORCEMENT OF A LAW? ___ no ___
       If so, please describe: _____
       _____


       ## PHYSICAL/MEDICAL

33.    DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? ___ no ___
       If so, please explain: _____

34.    DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY
       OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP
       FOR YOU? ___ no ___ If so, please explain: _____
       _____

35.    ARE YOU CURRENTLY TAKING ANY MEDICATION? ___ Yes ___
       If so, please give the name of the medication and the reason you take it:
       Phenterimine (Diet Pills)
       _____
       _____

36.    ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING
       TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR
       JURY SERVICE? ___ no ___
       If so, please explain: _____
       _____

7

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? _____Yes_____ If so, please give details (including the name of the hospital and/or doctor/counselor seen): Brother (Corlis D. Jackson) - Substance Abuse - Name Unknown Magnolia Street

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? _____No_____

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND? If so, please describe: _____Yes - Harris Hospital - Husband (Janitor) 2 Brothers - Osteopathic Hosp. (House keeping)

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION? If so, please describe: _____No_____

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: _____No_____

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: _____No_____

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? _____No_____ If so, please explain: _____

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____ NO _____✓_____

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

8

YES ✓ NO ____ Please explain: _All Dependent upon the nature of the crime._

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY? YES ✓ NO ____ If so, what purpose or purposes do you believe that it serves? _Hopefully as a means of deterrant from comitting the crime_

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

    a.   "I believe that the death penalty is appropriate for all crimes involving murder."

    **(b.)**  "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

    c.   "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

    d.   "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

    e.   "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

    f.   None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? _Brutal senseless murders_

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? _Same as it has been_

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES ____ NO ✓ If yes, what position has it

9

taken? _____

Does this conflict with your own personal feelings regarding the death penalty? *No*
_____

50a. DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES ✓ NO ___ IF YES, HOW DO THEY CONFLICT? *I'm sure that he disagrees with the death penalty in any case because of religion*

51. DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES ✓ NO ___ PLEASE EXPLAIN: *I believe in the past that more minorities where being executed which may also be contributed to lack of knowledge.*

52. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES ___ NO ✓ If yes, please explain: _____

52a. IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES ✓ NO ___ Please explain: *Dependant upon the nature of the crime - would probably lean more to the life sentence*

## PERSONAL

53. DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? *No*

54. WHAT KIND OF VEHICLE DO YOU DRIVE? *Sable and Lincoln Town Car* WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? *Both*

55. TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY: *None*

10

_____

_____

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZA-
TION? If so, please describe: _Church in which I'm affiliated_

_____

_____

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A
MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME
PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please
describe: _____

_____

58. WHAT ARE YOUR HOBBIES? _Jigsaw Puzzles, T.V., Walking_

_____

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES _✓_
NO _____ If yes, which one(s): _Ft. Worth Star Telegram_

_____

60. WHAT ARE YOUR FAVORITE MOVIES? _None in particular_

_____

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU
REGULARLY WATCH? _Murder She Wrote, Diagnosis Murder,
New York Undercover, Living Single, Fresh Prince_

_____

_____

62. WHAT WAS THE LAST BOOK YOU READ? _N/A_

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? _N/A_
_Not much time for reading_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _____ NO _✓_
Which book or trial? _____

65. WHAT IS YOUR FAVORITE RADIO STATION? _KHVN, 100.3, KJO4, 89.3_

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _____
NO _✓_ If so, which one(s)? _____

_____

67.   HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO __✓__ If so, about what subject? _____
_____

68.   DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES_____ NO __✓__ If yes, what was the message: _____
_____

69.   HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION?  YES __✓__ NO _____ If so, did you express your opposition?   Yes _____ No __✓__ How? _____
_____

70.   HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO __✓__ If yes, what was the message: _____

71.   LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _____None in particular_____
_____
_____

72.   HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERI-ENCE WITH A PERSON OF ANOTHER RACE? YES _____ NO __✓__ If yes, please explain: _____
_____
_____
_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY  MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.)   OF A CRIME OTHER THAN A TRAFFIC TICKET?   YES _____ NO __✓__ If yes, please give details: _____
_____
_____

74.   HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?  YES __✓__ NO _____ If yes, please give details and name of attorney: _____Child Support_____
_____

75.   DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

12

FRIENDS WHO ARE ATTORNEYS?   YES _____   NO __✓__   If yes, please give attorneys' names and the types of practice they have: _____

_____

76.   WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? _____
*no opinion*

77.   WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL?
*no opinion*

78.   PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

_____   For a jury to find a guilty person "not guilty;"
____✓____   For a jury to find an innocent person "guilty."

79.   PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

_____3_____   Punishment/retribution
_____1_____   Deterrence/prevention
_____2_____   Rehabilitation/reform

80.   DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES __✓__ NO _____   If yes, please give details:
*Brother-in-law - Been to Prison - Murder*
*"    "    "   - In Prison - Habitual Offender*

81.   HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITA-TION OF PERSONS CONVICTED OF A CRIME? YES _____ NO __✓__   If yes, please give details: _____

_____

_____

82.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES __✓__ NO _____   If yes, please give details: *O.J. Simpson Case*
*Very public case*

83.   HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE? YES __✓__ NO _____ If yes, for what reason: _____

*County - Jury Duty*

84.   HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)? YES _____ NO __✓__ If yes, please give details: _____

85.   HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY? YES _____ NO __✓__ If yes, please give details: _____

86.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE? YES _____ NO __✓__ Who (i.e. you, your spouse, or both)? _____ When? _____ What type of case? _____ Were you/spouse the foreperson? Yes _____ No _____ What Court was it in? _____ Did the jury assess damages? Yes _____ No _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes ____ No _____ If yes, please give details: _____

87.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES_____ NO __✓__ Who (i.e. you, your spouse, or both)?_____ _____ When? _____ What type of case? _____ Were you/spouse the foreperson? Yes _____ No _____ What Court was it in? _____ Did the jury reach a verdict? Yes ____ No _____ What was your verdict? _____ Was the jury called upon to assess punishment? Yes ____ No ____ What was the punishment assessed: _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____ No _____ If yes, please give details: _____

88.   HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION? (Example: city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?) If so, please give name and describe: _____ *No* _____

14

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: _____ No _____

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY? If so, please describe: _____ No _____

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES _____ NO _✓_ If yes, please give details: _____

92. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT? YES _____ NO _✓_ If yes, please give details: _____

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE? If so, please give details: _Yes - Spouse (security service) less than 6 months - in between jobs_

94. DO YOU HAVE ANY STRONG PERSONAL FEELINGS ABOUT LAW ENFORCEMENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR? YES _____ NO _✓_ If yes, please explain: _____

95. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? _I believe the system works as fairly as it can - we're all human_

96. DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES _____ NO _✓_ If so, what changes could be made? _____

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES?  YES _✓_ NO ____ What factors about the jury trial system make you feel this way? _It equally gives both parties a fair shake for either a conviction or acquital_

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _By JURY unless punishment can not be decide, then jud,_

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? _Jury_ Why do you believe this method is more appropriate? _Because the individual has a better opportunity to a fair trial because, he has 12 instead of one person deciding his/her fate_

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? _NO_

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? _IN MOST INSTANCES_

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? _Yes, to the best of their belief and circumstances_

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: _Yes, (trivial) Misplacing or Moving things_

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL?  YES _____ NO __✓__ If yes, what was your impression? _____

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITATING/REFORMING PERSONS CONVICTED OF CRIME?  YES _✓_ NO ____  Please

16

explain your answer: _Some persons after being confined have had a tendency to not want to return therefore changes to prevent such_

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _Yes_

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _More_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _Population increase and less respect for others and property - possibly due to employment situations_

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _Yes_
If so, what facts or purported facts and from what source: _I'm not sure but believe I heard about incident on T.V when it happened - Not big on reading newspaper Or watching news_

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO __✓__ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO __✓__ If yes, how do you know them or what have you heard about them?

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO __✓__ If yes, in what capacity?

17

112. DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO __✓__ If yes, in what capacity? _____

113. DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO __✓__ If yes, who and in what capacity? _____
_____

113a. HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO __✓__ If yes, why, when, and how long were you at each place? _____
_____
_____
_____

114. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

115. DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

116. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____
_____
_____

117. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____, NO _____ If yes, please explain: _If the trial lasts too long It may be a financial burden to my family - Household Requires 2 incomes_

118. IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _____
_____
_____

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? _Uncomfortable_ _Somewhat - Never gave Some of them much thought_

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO _✓_ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _____ NO _✓_ Please explain: _Who wants to serve in or on any case?_

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO _✓_ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _No_ If so, what reason is there? _____

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | | |
|---|---|---|---|
| (1) | Tom Hayden | Yes _____ | No _✓_ |
| (2) | Sean L. Wheetley | Yes _____ | No _✓_ |
| (3) | Byron Nelson | Yes _____ | No _✓_ |
| (4) | Ingrid Stromberg | Yes _____ | No _✓_ |
| (5) | Sammie Riley | Yes _____ | No _✓_ |
| (6) | Greg Long | Yes _____ | No _✓_ |
| (7) | Paul E. Rios, Jr. | Yes _____ | No _✓_ |
| (8) | Lynette Dean | Yes _____ | No _✓_ |
| (9) | Thelma Laird | Yes _____ | No _✓_ |
| (10) | Steven Beckley | Yes _____ | No _✓_ |
| (11) | Trina Washington | Yes _____ | No _✓_ |
| (12) | John Stanton | Yes _____ | No _✓_ |
| (13) | Rachel Cherry | Yes _____ | No _✓_ |
| (14) | Officer William A. Sanders | Yes _____ | No _✓_ |
| (15) | Officer Rick Pritzen | Yes _____ | No _✓_ |

19

| | | | |
|---|---|---|---|
| (16) | Special Agent Todd McCall | Yes _____ | No ✓ |
| (17) | Special Agent David Greenberg | Yes _____ | No ✓ |
| (18) | Special Agent Bill Eppright | Yes _____ | No ✓ |
| (19) | Stanfield Vitalis | Yes _____ | No ✓ |
| (20) | Neil Rene | Yes _____ | No ✓ |
| (21) | Lena Patel | Yes _____ | No ✓ |
| (22) | Howard Williams | Yes _____ | No ✓ |
| (23) | Mike Patel | Yes _____ | No ✓ |
| (24) | Jay Patel | Yes _____ | No ✓ |
| (25) | Demetrius Hall | Yes _____ | No ✓ |
| (26) | Marvin Holloway | Yes _____ | No ✓ |
| (27) | Latasha Holloway | Yes _____ | No ✓ |
| (28) | Special Agent Eric Mason | Yes _____ | No ✓ |
| (29) | Officer Ruben Puente | Yes _____ | No ✓ |
| (30) | Special Agent Andy Farrell | Yes _____ | No ✓ |
| (31) | Special Agent Steve Caruso | Yes _____ | No ✓ |
| (32) | Craig Chandler | Yes _____ | No ✓ |
| (33) | Greg Barber | Yes _____ | No ✓ |
| (34) | James Bennett | Yes _____ | No ✓ |
| (35) | Kenneth Bersano | Yes _____ | No ✓ |
| (36) | Garrett O. Floyd | Yes _____ | No ✓ |
| (37) | Jim Ford | Yes _____ | No ✓ |
| (38) | Bob Oakley | Yes _____ | No ✓ |
| (39) | Mike Davis | Yes _____ | No ✓ |
| (40) | Pearl Rene | Yes _____ | No ✓ |
| (41) | Agnes Rene | Yes _____ | No ✓ |
| (42) | Bob Crewdson | Yes _____ | No ✓ |
| (43) | Oscar T. Eubanks | Yes _____ | No ✓ |
| (44) | Henry Byron | Yes _____ | No ✓ |
| (45) | Charles Fields | Yes _____ | No ✓ |
| (46) | LaShante Dones | Yes _____ | No ✓ |
| (47) | Phyllis Carmen | Yes _____ | No ✓ |
| (48) | Sylvia Henry | Yes _____ | No ✓ |
| (49) | LaTonya Anders | Yes _____ | No ✓ |
| (50) | Cassandra Ross | Yes _____ | No ✓ |
| (51) | Jerry Ross | Yes _____ | No ✓ |
| (52) | Augustus Lee | Yes _____ | No ✓ |
| (53) | Erma Willis | Yes _____ | No ✓ |
| (54) | Lakeisha Schultz | Yes _____ | No ✓ |
| (55) | Kenyatta Silas | Yes _____ | No ✓ |
| (56) | Geren Willis | Yes _____ | No ✓ |
| (57) | Dexter Smart | Yes _____ | No ✓ |
| (58) | Rico Jackson | Yes _____ | No ✓ |
| (59) | Trinity Travis | Yes _____ | No ✓ |
| (60) | Terry Johnson | Yes _____ | No ✓ |

| | | | |
|---|---|---|---|
| (61) | Tim Ford | Yes _____ | No |
| (62) | Officer Gary Cardinale | Yes _____ | No |
| (63) | Doris Cable | Yes _____ | No |
| (64) | Larry Nichols | Yes _____ | No |
| (65) | Hayward Alexander | Yes _____ | No |
| (66) | Rhonda Shipp | Yes _____ | No |
| (67) | Darryl Hensiek | Yes _____ | No |
| (68) | Hope Arredondo | Yes _____ | No |
| (69) | Special Agent Gil Torrez | Yes _____ | No |
| (70) | Tonya Smart | Yes _____ | No |
| (71) | Officer D. Lowrey | Yes _____ | No |
| (72) | Danny Bruce | Yes _____ | No |
| (73) | Kermit B. Channell | Yes _____ | No |
| (74) | Lisa D. Sakevicius | Yes _____ | No |
| (75) | Shawna Maynard | Yes _____ | No |
| (76) | Benny Brumley | Yes _____ | No |
| (77) | Lt. Carolyn Dykes | Yes _____ | No |
| (78) | Orlando Stewart | Yes _____ | No |
| (79) | Nelson Post | Yes _____ | No |
| (80) | Wendel Holden | Yes _____ | No |
| (81) | David Kellog | Yes _____ | No |
| (82) | Gerald Gardner | Yes _____ | No |
| (83) | David Butler | Yes _____ | No |
| (84) | Curtis Lewis | Yes _____ | No |
| (85) | Charles Skinner | Yes _____ | No |
| (86) | Richard Jones | Yes _____ | No |
| (87) | Richard McKinnon | Yes _____ | No |
| (88) | Mary Nelson | Yes _____ | No |
| (89) | Officer K. Cooper | Yes _____ | No |
| (90) | Shannon Strobel | Yes _____ | No |
| (91) | John Bitton | Yes _____ | No |
| (92) | Aline Patrick | Yes _____ | No |
| (93) | Steven F. Hoida | Yes _____ | No |
| (94) | A. Shelton | Yes _____ | No |
| (95) | Barbara Kelley | Yes _____ | No |
| (96) | Bodil B. Hewitt | Yes _____ | No |
| (97) | Gary Burke | Yes _____ | No |
| (98) | Officer Joel Stephenson | Yes _____ | No |
| (99) | Officer Mike Phillips | Yes _____ | No |
| (100) | Officer Paul Ramsey | Yes _____ | No |
| (101) | Barbara Snyder | Yes _____ | No |
| (102) | Chris Allen | Yes _____ | No |
| (103) | Melisa Smrz | Yes _____ | No |
| (104) | David Lloyd | Yes _____ | No |
| (105) | Mike Smith | Yes _____ | No |

21

| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No _____ |
| (107) | Mike Wieners | Yes _____ | No _____ |
| (108) | Bruce Hall | Yes _____ | No _____ |
| (109) | Hal Deadman | Yes _____ | No _____ |
| (110) | James Corby | Yes _____ | No _____ |
| (111) | Patricia Eddings | Yes _____ | No _____ |
| (112) | Robert P. Rooney | Yes _____ | No _____ |
| (113) | Ron Allen | Yes _____ | No _____ |
| (114) | Latanya Anders | Yes _____ | No _____ |
| (115) | Detective Ayala | Yes _____ | No _____ |
| (116) | David W. Baker | Yes _____ | No _____ |
| (117) | Margie Baker | Yes _____ | No _____ |
| (118) | Rachel Balero | Yes _____ | No _____ |
| (119) | Patricia Barnum | Yes _____ | No _____ |
| (120) | R.V. Benz | Yes _____ | No _____ |
| (121) | Mark Bramelett | Yes _____ | No _____ |
| (122) | Mary C. Breashears | Yes _____ | No _____ |
| (123) | James L. Brown | Yes _____ | No _____ |
| (124) | Robert D. Brown | Yes _____ | No _____ |
| (125) | Brad Buerger | Yes _____ | No _____ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No _____ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No _____ |
| (128) | Marianne Cesery | Yes _____ | No _____ |
| (129) | Officer Chashire | Yes _____ | No _____ |
| (130) | Megan Clement | Yes _____ | No _____ |
| (131) | Cheryl Cochran | Yes _____ | No _____ |
| (132) | Bruce Collins | Yes _____ | No _____ |
| (133) | Pat J. Compton | Yes _____ | No _____ |
| (134) | Danny O. Coulson | Yes _____ | No _____ |
| (135) | Tomeka Curry | Yes _____ | No _____ |
| (136) | Anita Davis | Yes _____ | No _____ |
| (137) | James Davis | Yes _____ | No _____ |
| (138) | Kacy Davis | Yes _____ | No _____ |
| (139) | Michael Davis | Yes _____ | No _____ |
| (140) | Floyd Day | Yes _____ | No _____ |
| (141) | Rolando De La Pena | Yes _____ | No _____ |
| (142) | Larry Dennis | Yes _____ | No _____ |
| (143) | Carol Dice | Yes _____ | No _____ |
| (144) | Larry Doll | Yes _____ | No _____ |
| (145) | Steve Dollar | Yes _____ | No _____ |
| (146) | Mike Dominque | Yes _____ | No _____ |
| (147) | R. Dorman | Yes _____ | No _____ |
| (148) | William Eppright | Yes _____ | No _____ |
| (149) | Neal Fernell | Yes _____ | No _____ |
| (150) | Officer T. Files | Yes _____ | No _____ |

| | | | |
|---|---|---|---|
| (151) | Alfred Finch | Yes _____ | No _____ |
| (152) | Tim Ford | Yes _____ | No _____ |
| (153) | Tena Francis | Yes _____ | No _____ |
| (154) | Officer Franklin | Yes _____ | No _____ |
| (155) | Daisy Frazier | Yes _____ | No _____ |
| (156) | Anne Funderberg | Yes _____ | No _____ |
| (157) | Officer J. Gaddy | Yes _____ | No _____ |
| (158) | Matthew Garrett | Yes _____ | No _____ |
| (159) | Everett Goldman | Yes _____ | No _____ |
| (160) | Ronald Goodwin | Yes _____ | No _____ |
| (161) | John M. Graves | Yes _____ | No _____ |
| (162) | Neal Greer | Yes _____ | No _____ |
| (163) | David G. Guntharp | Yes _____ | No _____ |
| (164) | A.J. Hall | Yes _____ | No _____ |
| (165) | Betty Hall | Yes _____ | No _____ |
| (166) | Jack Hall | Yes _____ | No _____ |
| (167) | Keith Hall | Yes _____ | No _____ |
| (168) | Orlando Hall | Yes _____ | No _____ |
| (169) | Orlando Hall, Jr. | Yes _____ | No _____ |
| (170) | Pam Hall | Yes _____ | No _____ |
| (171) | Scott Hall | Yes _____ | No _____ |
| (172) | Shountay Hall | Yes _____ | No _____ |
| (173) | Tasha Hall | Yes _____ | No _____ |
| (174) | Tracy Hall | Yes _____ | No _____ |
| (175) | Treshaun Hall | Yes _____ | No _____ |
| (176) | Eric Hampton | Yes _____ | No _____ |
| (177) | Mark Hansen | Yes _____ | No _____ |
| (178) | Prosecutor Harp | Yes _____ | No _____ |
| (179) | Bruce Hart | Yes _____ | No _____ |
| (180) | Mark Hegwood | Yes _____ | No _____ |
| (181) | Havis Hester | Yes _____ | No _____ |
| (182) | Bill Hickman | Yes _____ | No _____ |
| (183) | Dennis Holloman | Yes _____ | No _____ |
| (184) | Glenda Holloway | Yes _____ | No _____ |
| (185) | Linda Holloway | Yes _____ | No _____ |
| (186) | Tasha Holloway | Yes _____ | No _____ |
| (187) | Wendell Holt | Yes _____ | No _____ |
| (188) | R. Hosack | Yes _____ | No _____ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No _____ |
| (190) | William James, M.D. | Yes _____ | No _____ |
| (191) | Carlos Jasper | Yes _____ | No _____ |
| (192) | Barbara Johnson | Yes _____ | No _____ |
| (193) | Lee Jones | Yes _____ | No _____ |
| (194) | Philip Jonio | Yes _____ | No _____ |
| (195) | Tyrone Kilgore | Yes _____ | No _____ |

| | | | |
|---|---|---|---|
| (196) | Charles P. Kokes | Yes _____ | No ___ |
| (197) | David Kunkle | Yes _____ | No ___ |
| (198) | Danny LaRue | Yes _____ | No ___ |
| (199) | Linda Law | Yes _____ | No ___ |
| (200) | Eric Lewis | Yes _____ | No ___ |
| (201) | Officer Lorenzen | Yes _____ | No ___ |
| (202) | Officer Debbie Lowery | Yes _____ | No ___ |
| (203) | Officer Lumley | Yes _____ | No ___ |
| (204) | Shanyce Matthews | Yes _____ | No ___ |
| (205) | Dawn Maxon | Yes _____ | No ___ |
| (206) | Dorothy McCalvin | Yes _____ | No ___ |
| (207) | R.S. McCullough | Yes _____ | No ___ |
| (208) | Alex H. McGlinchey | Yes _____ | No ___ |
| (209) | William J. Meredith | Yes _____ | No ___ |
| (210) | Detective S. Miller | Yes _____ | No ___ |
| (211) | James R. Moneypenny | Yes _____ | No ___ |
| (212) | Albert Moore | Yes _____ | No ___ |
| (213) | Jamie Morrow | Yes _____ | No ___ |
| (214) | Officer E. Murry | Yes _____ | No ___ |
| (215) | Kim Newsome | Yes _____ | No ___ |
| (216) | Mindy Newsome | Yes _____ | No ___ |
| (217) | Reverend Willie Norful | Yes _____ | No ___ |
| (218) | Pamela Palmer | Yes _____ | No ___ |
| (219) | Nita Patel | Yes _____ | No ___ |
| (220) | Vanessa Patterson | Yes _____ | No ___ |
| (221) | Dorothy Pearson | Yes _____ | No ___ |
| (222) | Officer Phillips | Yes _____ | No ___ |
| (223) | J. Plunkett | Yes _____ | No ___ |
| (224) | Michael S. Pouche | Yes _____ | No ___ |
| (225) | Danny Price | Yes _____ | No ___ |
| (226) | Donald W. Ramsey | Yes _____ | No ___ |
| (227) | Future Rayford | Yes _____ | No ___ |
| (228) | Calvin Rayfus | Yes _____ | No ___ |
| (229) | Sgt. Richards | Yes _____ | No ___ |
| (230) | Detective Riggins | Yes _____ | No ___ |
| (231) | John Paul Rios | Yes _____ | No ___ |
| (232) | Dennis J. Roberts | Yes _____ | No ___ |
| (233) | Ricky Roberts | Yes _____ | No ___ |
| (234) | Detective Captain Roper | Yes _____ | No ___ |
| (235) | Richard Roper | Yes _____ | No ___ |
| (236) | Officer Sanders | Yes _____ | No ___ |
| (237) | LaTosha Savage | Yes _____ | No ___ |
| (238) | Stella Savage | Yes _____ | No ___ |
| (239) | Lakeshia Schultz | Yes _____ | No ___ |
| (240) | James Scott | Yes _____ | No ___ |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No _____ |
| (242) | Lieutenant J. Seamans | Yes _____ | No _____ |
| (243) | Dorene Sheridan | Yes _____ | No _____ |
| (244) | Derek Sherman | Yes _____ | No _____ |
| (245) | Barbara M. Sherver | Yes _____ | No _____ |
| (246) | Officer B. Simmons | Yes _____ | No _____ |
| (247) | Officer P. Silas | Yes _____ | No _____ |
| (248) | Sgt. Simonds | Yes _____ | No _____ |
| (249) | Cindy Slaughter | Yes _____ | No _____ |
| (250) | Officer B. Slocum | Yes _____ | No _____ |
| (251) | Billy Wayne Smith | Yes _____ | No _____ |
| (252) | Veda Smith | Yes _____ | No _____ |
| (253) | Sgt. M. Snyder | Yes _____ | No _____ |
| (254) | Kenyatta Sparks | Yes _____ | No _____ |
| (255) | Officer R. Spriggs | Yes _____ | No _____ |
| (256) | Sgt. M. Stanfield | Yes _____ | No _____ |
| (257) | Gene Stewart | Yes _____ | No _____ |
| (258) | Deshon L. Stokes | Yes _____ | No _____ |
| (259) | Detective Sgt. Stout | Yes _____ | No _____ |
| (260) | Ingrid Stumberger | Yes _____ | No _____ |
| (261) | William Q. Sturner | Yes _____ | No _____ |
| (262) | Kesha Swartz | Yes _____ | No _____ |
| (263) | John Sweeney | Yes _____ | No _____ |
| (264) | Captain Houston Talley | Yes _____ | No _____ |
| (265) | R. Taylor | Yes _____ | No _____ |
| (266) | Tony Taylor | Yes _____ | No _____ |
| (267) | Officer Bill Tenison | Yes _____ | No _____ |
| (268) | Thomas Terry | Yes _____ | No _____ |
| (269) | Maxie Thomas | Yes _____ | No _____ |
| (270) | Dora Turkman | Yes _____ | No _____ |
| (271) | Hicham Turkman | Yes _____ | No _____ |
| (272) | Taylor Ubanks | Yes _____ | No _____ |
| (273) | George VanHook | Yes _____ | No _____ |
| (274) | Amy S. Vaughan | Yes _____ | No _____ |
| (275) | Jimmy Watts | Yes _____ | No _____ |
| (276) | Beatrice Webster | Yes _____ | No _____ |
| (277) | David Webster | Yes _____ | No _____ |
| (278) | Mark Webster | Yes _____ | No _____ |
| (279) | Willie Lee Webster | Yes _____ | No _____ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No _____ |
| (281) | Cornelius Westmoreland | Yes _____ | No _____ |
| (282) | Billy White | Yes _____ | No _____ |
| (283) | Jackie Wiley | Yes _____ | No _____ |
| (284) | Bernard Willis | Yes _____ | No _____ |
| (285) | Jeren Willis | Yes _____ | No _____ |

25

| | | | | | |
|---|---|---|---|---|---|
| (286) | Jimmy Woodus | Yes | _____ | No | _____ |
| (287) | B. Wyatt | Yes | _____ | No | _____ |
| (288) | Tom Wynne | Yes | _____ | No | _____ |
| (289) | Jeffrey Yates, D.O. | Yes | _____ | No | _____ |
| (290) | Dr. Randy Price | Yes | _____ | No | _____ |
| (291) | Dr. Linda Norton | Yes | _____ | No | _____ |
| (292) | Dr. Lisa Clayton | Yes | _____ | No | _____ |

26

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | | ✓ | | The death penalty is wrong. |
| B. | | | | | ✓ | | The death penalty is the best crime preventative. |
| C. | | | | | ✓ | | The death penalty is absolutely never justified. |
| D. | | | ✓ | | | | I think the death penalty is necessary. |
| E. | ✓ | | | | | | I wish the death penalty were not necessary. |
| F. | | | ✓ | | | | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | ✓ | | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | | ✓ | | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | ✓ | | The death penalty has never been effective in preventing crime. |
| J. | | ✓ | | | | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | ✓ | | The death penalty is not necessary to modern civilization. |
| M. | | | | | ✓ | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP Document 4-14 Filed 11/12/20 Page 27 of 30 PageID #: 437

Case 4:20-cv-00599-PH-DIP   Document 1-14   Filed 11/12/20   Page 28 of 30 PageID #: 438

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | ✓ | | | | Execution of criminals is a disgrace to a civilized society. |
| O. | | | ✓ | | | | The death penalty gives the criminal what he deserves. |
| P. | | | | ✓ | | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | ✓ | | | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | | ✓ | | | | The death penalty is justified only for premeditated murder. |

**DIRECTIONS:** Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | | | ✓ | | Black males commit most of the violent crimes in our society. |
| b. | | | | | | ✓ | Today's welfare society is the major cause of crime. |
| c. | | | ✓ | | | | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | ✓ | | | | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | | ✓ | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | ✓ | | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | | | ✓ | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | | ✓ | It is not wrong to lie if it is for a good reason. |
| i. | | | | | | ✓ | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | ✓ | | | | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | | | ✓ | | Parolees are the major cause of crime in today's society. |
| l. | ✓ | | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | ✓ | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | | | ✓ | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races and religions. |
| p. | | ✓ | | | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | ✓ | | | | | Minorities blame too many problems on racial discrimination. |

29

Case 2:20-cv-00599-JPH-DLP Document 1-14 Filed 11/12/20 Page 29 of 30 PageID #: 439

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct.  Executed on September 22 1995.

Juror's Signature

30