# EXHIBIT 13

GOVERNMENTS STRI. LIST

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:94-CR-121-Y |
| | § | |
| ORLANDO CORDIA HALL (2) | § | |

### MASTER STRIKE LIST OF QUALIFIED JURORS
### (For Peremptory Challenges)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

OCT 2 0 1995

NANCY DOHERTY, CLERK

By _____
Deputy

1. DANA LYNNE CRITTENDON

2. ~~PATSY DUVALL~~ ①

3. DIANE SCHWARZ GEORGE

4. ~~CORRINA GOLDSMITH~~ ②

5. TIMOTHY RAY NESBIT

6. JOYCE McGOUGH

7. ~~BARBARA HAUTANEN~~ ③

8. LAURETTE MABE MAY

9. ~~GEORGE ANTHON GARCIA~~ ④

10. DONALD ROBERT McCORMICK

11. ~~PAULA LARKIN~~ ⑤

12. ~~JEAN VENTURA EBRAHIMI~~ ⑥

13. JON KENT DICKERSON

14. NATALIE KATHL HARRIS

15. LINDA FAYE PALMER

16. ~~CARLA CANNON~~ ⑦

17. ~~PAUL ERNEST LONG~~ ⑧

18. CINDY MARIE BOGGESS

Richard B. Ro
Asst. U.S. Attorney
Bar #77233700

MASTER STRIKE LIST OF QUALIFIED JURORS - Page 1
chr - m:\user\raper\94cr121\hallorl\masterst.lst

4/5

1240

19. JUDITH DALLINGER

20. ~~VERONICA GAMEAU~~ (9)

21. VICKI LANE

22. BENJAMIN T. McGOWEN

23. ~~MARY GETTING~~ (10)

24. ~~MELINDA MOTLEY~~ (11)

25. GREGORY A. PERRY

26. LYDIA F. MILES

27. ~~LISA CHRISTIN CHAFFIN~~ (12)

28. ~~TEMPLE GRIFFIN~~ (13)

29. RANDAL DRUE DAVIS

30. T. MICHAEL MEARSE

31. MARY ANN HERRING

32. JACQUELYN ANN GATTIS

33. JANE BLACKBURN

34. ~~ELIZABETH GOSS~~ (14)

35. JACQULYN KAY HOLMES

36. LINDA HARRELL

37. ~~WILLIAM THOMA MERRILL~~ (15)

38. PATSY BRANDON

39. ~~DEBORAH L. PARKER~~ (16)

40. SUSAN NORMAN

41. LARRY EDWARD BROGDON

42. GARY CLARENCE KILLION

43. ~~FRANCES M. MILLER~~ (17)

44. ~~LAWRENCE R. BARRETT~~ (18)

1247

45.  GEORGE EDWARD KNOLL

46.  DAVID THOMAS CHEATHAM

47.  TERRI L. JACKMAN

48.  BILLY DWAYNE DEAN

49.  ~~AMY EVANS~~          19

50.  THOMAS A. OMALLEY

51.  ~~BILLIE LEE~~          20

52.  STACEY LEIGH DONALDSON

---

53.  ~~PATRICIA GIBS LUMB~~      1

54.  MARCIA ROBERT GRAVES

55.  ~~VIRGINIA HARN~~          2

56.  PETER MARK PRUITT

57.  PATRICIA COX

58.  NANCY MONEY HACKNEY

59.  KELVIN BERNAR JOHNSON

60.  LINDA EIDD