# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          .    Criminal No.
                                  .    4:94-121-Y
vs.                               .
                                  .    Fort Worth, Texas
ORLANDO CORDIA HALL               .    October 3, 1995
                                  .    8:00 p.m.
. . . . . . . . . . . . . . . . . . . .

VOLUME 2
TRANSCRIPT OF TRIAL
(Individual Voir Dire Examinations)
BEFORE THE HONORABLE TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

For the Government:          Mr. Richard Roper,
                             Mr. Paul Macaluso,
                             Ms. Delonia Watson and
                             Mr. Christopher Curtis
                             Assistant United States Attorneys
                             1700 Burnett Plaza
                             801 Cherry Street
                             Fort Worth, Texas   76102
                             (817) 334-3291

For the Defendant:           Mr. Michael Logan Ware
                             Attorney at Law
                             Law Offices of Michael Logan Ware
                             The Bryce Building
                             909 Throckmorton St
                             Fort Worth, Texas   76102
                             (817) 338-4100

                             Mr. Jeff Kearney
                             Attorney at Law
                             Jeff Kearney & Associates
                             Sundance Square
                             120 W. Third Street, Suite 300
                             Fort Worth, Texas   76102
                             (817) 336-5600

ORIGINAL

U.S. District Court

Official Court Reporter:       Deborah M. Roberts, CSR
                               523 United States Courthouse
                               501 West 10th Street
                               Fort Worth, Texas   76102-3637
                               (817) 239-2037


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

U.S. District Court

INDEX

Voir Dire Examination by:

| Potential Jurors: | The Court | The Government | The Defense |
| --- | --- | --- | --- |
| Karen Greer | -- | 4 | 18 |
| Patsy Duvall | -- | 25 | 55 |
| Sylvia Medina-Tercero | -- | 81 | 93 |
| Diane Schwarz Geroge | -- | 100 | 114 |
| Frank Winterm Snell | -- | 142 | -- |
| Leah Land Nixon | -- | 153 | -- |
| Corrina Goldsmith | 176 | 181 | 195 |
| John Louis Beeck | 206 | 208 | 221 |
| | -- | 230 | -- |
| Bradley Kuhl | -- | 233 | 250 |
| | -- | 270 | 276 |
| | 277 | 280 | 282 |
| Timothy Ray Nesbit | -- | 292 | 304 |

U.S. District Court

THE COURT:  All right.

(Venire person seated at 1:35 p.m.)

THE COURT:  Good afternoon, sir.  Just have a seat there.

MR. SNELL:  Thanks.

(Sotto voce between Court and court security officer.)

THE COURT:  Pardon us, Mr. Snell.  We had to get some housekeeping taken care of.

As I previously mentioned to you, our purpose here is to just visit with you in as informal a way as we can concerning your attitudes about the death penalty, yes, that's a part of it, but the questions can range broadly to almost any topic. And we'll just be asking you to give the answers that come to your mind as true and honest, and we'll be available to answer any of your questions, as well, and to help you understand this process as best we can.

Do you have any questions at this point?

MR. SNELL:  No.

THE COURT:  Okay.

Mr. Macaluso is going to offer questions to you for a limit of 20 minutes, and then Mr. Kearney will have an opportunity to visit with you 20 more, and then we'll come back for Mr. Macaluso to have 10 minutes more if he needs it, and finally Mr. Kearney for 10 more after that.

So, Mr. Macaluso, if you'll feel free to begin.