# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA        .    Criminal No.
                                .    4:94-121-Y
 vs.                            .
                                .    Fort Worth, Texas
ORLANDO CORDIA HALL             .    October 4, 1995
                                .    8:15 a.m.

. . . . . . . . . . . . . . . .

VOLUME 3
TRANSCRIPT OF TRIAL
(Individual Voir Dire Examinations)
BEFORE THE HONORABLE TERRY R. MEANS,
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 1996
NANCY DOHERTY, CLERK
BY_____ Deputy

APPEARANCES:

For the Government:          Mr. Richard Roper
                             Mr. Paul Macaluso,
                             Ms. Delonia Watson and
                             Mr. Christopher Curtis
                             Assistant United States Attorneys
                             1700 Burnett Plaza
                             801 Cherry Street
                             Fort Worth, Texas   76102
                             (817) 334-3291

For the Defendant:           Mr. Michael Logan Ware
                             Attorney at Law
                             Law Offices of Michael Logan Ware
                             The Bryce Building
                             909 Throckmorton St
                             Fort Worth, Texas   76102
                             (817) 338-4100

                             Mr. Jeff Kearney
                             Attorney at Law
                             Jeff Kearney & Associates
                             Sundance Square
                             120 W. Third Street, Suite 300
                             Fort Worth, Texas   76102
                             (817) 336-5600

ORIGINAL

U-1

U.S. District Court

Official Court Reporter:        Deborah M. Roberts, CSR
                                523 United States Courthouse
                                501 West 10th Street
                                Fort Worth, Texas   76102-3637
                                (817) 239-2037


Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.

INDEX

| | Voir Dire Examination by: | | |
| Venire Persons: | The Court | The Government | The Defense |
|---|---|---|---|
| Talat M. Hussain | -- | 35 | 53 |
| | -- | 61 | -- |
| Debra Ann Hillhouse | 67 | 72 | 87 |
| Charles Dennis Edwards | 150 | 114 | 134 |
| Joyce McGough | 183 | 161 | 179 |
| | -- | -- | 187 |
| | -- | -- | 199 |
| Barbara Hautanen | 214 | 226 | -- |
| Laurette May | 239 | 248 | 261 |
| George Anthony Garcia | 289 | 299 | 310 |

MR. KEARNEY:  No, no.  I was thinking with the explanation -- if the Court's not going to give them the further explanation about the --

THE COURT:  No.  That's what you wanted.

MR. ROPER:  I mean, it kind of looks silly, really. What you're saying is you're saying two life sentences and they're really about the same thing.  I mean, it almost looks silly to the jurors, I'm sure.

MR. MACALUSO:  Someone will ask that question sooner or later.

THE COURT:  To be fair to the jurors, I'm going to have to tell them that it's life without release and the third option is life.

MR. KEARNEY:  But there's no parole.

THE COURT:  And at the present time there's no parole, and they can go on from that.  Only a fool would fail to realize that laws can change.  Well, not only a fool, an uninformed person may not understand.

Okay.  Let's go back to work.

(End of bench conference.)

THE COURT:  Mr. Hussain, thank you for your patience.

We're going to begin individual questioning now for you. I have allowed 20 minutes for the government to question you, and then 20 minutes for Mr. Kearney on behalf of the defendant

to question you, and then each side will be allowed 10 minutes more.

I think we're going to just leave those off, Mr. Macaluso. We'll just have to all speak up.

Mr. Hussain, because of the big courtroom and the fact that sound just dies, we'll ask you to speak up. And also when you have an answer instead of nodding your head or shaking your head, go ahead and answer orally so that we can get it in the record here.

MR. HUSSAIN: Okay.

THE COURT: Okay? Do you have any questions before we begin?

MR. HUSSAIN: No, sir.

THE COURT: All right.

You may proceed, Mr. Macaluso.

MR. MACALUSO: Thank you, very much, Your Honor.

TALAT M. HUSSAIN,

having been sworn as a venire person, testified as follows:

GOVERNMENT VOIR DIRE EXAMINATION

BY MR. MACALUSO:

Q.    Good morning, Mr. Hussain.

A.    Good morning.

Q.    Let me begin briefly by reintroducing everybody here once again. My name is Paul Macaluso. To my immediate left is Mr. Richard Roper, to Richard's immediate left is Delonia

MAY/VOIR DIRE/COURT

Q.    Is there anything that I've told you that you want to follow up on or ask a question about?

A.    No, I don't think so.

Q.    Okay.

THE COURT:  Well, then, I'm going to let Mr. Macaluso question you, and I'll give him a maximum of 15 minutes.  Maybe he'll take less.

GOVERNMENT VOIR DIRE EXAMINATION

BY MR. MACALUSO:

Q.    Hello, Mrs. May.

A.    Hello.

Q.    I'm Paul Macaluso.  I'm one of the prosecutors on this case.  To my left is Richard Roper.

MR. ROPER:  Hi.

BY MR. MACALUSO:

Q.    To Mr. Roper's left is -- I don't ordinarily call him Mr. Roper, I called him Richard, actually.  To Richard's left is Delonia Watson.  We're three of the four prosecutors that are assigned to this case.  We work for the Department of Justice.  We're representing the government in this case.

Next table over, as you know, is Jeff Kearney.  Next to him is the defendant, Orlando Hall.  There's another lawyer, also, who's not in the courtroom.  His name is Michael Ware, and he'll be here once the trial begins.  They represent Mr. Hall.  We represent the government.  Okay?

decide what is capital punishment.  So I have no answer to that.  I mean I can't even fathom what would cause me to have a capital punishment.  I mean, I don't have that experience or --

Q.   Do you feel like you can't fathom a situation where you would impose the death penalty?

A.   I think if someone came in and, you know, blasted my wife, killed her right in front of me, and I saw the individual and I think it was clear-cut, I would want the death penalty.  I mean, I think something as blatant as that.  I don't think that happens very often, though, but I think, yeah, that would -- I think I would want the death penalty.

Q.   Well, if you were -- if that happened, of course, you wouldn't be on the jury.  You would be a family member and would be excluded.

A.   Right.

Q.   And here's what I'm getting to, just get down to it, I've been involved in cases where somebody who served on a capital murder jury came down and did not vote for the death penalty, and we talked to them afterwards and they say, look, I was against the death penalty.  You know, gee, I listened to the law and hypothetically I thought so, but when it got down to the lick log, I couldn't sign my name to the verdict regardless of the facts.  And if you feel that way, please tell us now.  And if you don't, I understand.