# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          .     Criminal No.
                                  .     4:94-121-Y
 vs.                              .

                                  .     Fort Worth, Texas
ORLANDO CORDIA HALL               .     October 10, 1995
                                  .     9:00

. . . . . . . . . . . . . . . . . .

VOLUME 5
TRANSCRIPT OF TRIAL
(Individual Voir Dire Examinations)
BEFORE THE HONORABLE TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Mr. Richard Roper,
                             Mr. Paul Macaluso,
                             Ms. Delonia Watson and
                             Mr. Christopher Curtis
                             Assistant United States Attorneys
                             1700 Burnett Plaza
                             801 Cherry Street
                             Fort Worth, Texas  76102
                             (817) 334-3291

For the Defendant:           Mr. Michael Logan Ware
                             Attorney at Law
                             Law Offices of Michael Logan Ware
                             The Bryce Building
                             909 Throckmorton St
                             Fort Worth, Texas  76102
                             (817) 338-4100

                             Mr. Jeff Kearney
                             Attorney at Law
                             Jeff Kearney & Associates
                             Sundance Square
                             120 W. Third Street, Suite 300
                             Fort Worth, Texas  76102
                             (817) 336-5600

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AUG 16 1996
NANCY DOHERTY, CLERK
BY_____ Deputy

ORIGINAL

U.S. District Court

Official Court Reporter:        Deborah M. Roberts, CSR
                                523 United States Courthouse
                                501 West 10th Street
                                Fort Worth, Texas   76102-3637
                                (817) 239-2037


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

INDEX

| Venire Persons: | Voir_Dire_Examination_by: | | |
|---|---|---|---|
| | The Court | The Government | The Defense |
| Gloria Lenderman | 4 | 14 | -- |
| Donald McCormick | 16 | 23 | 30 |
| Sandra Hardin | 67 | 74 | 82 |
| | -- | 92 | -- |
| Carla Cannon | 97 | 99 | 112 |
| Paul Ernest Long | 144 | 147 | 161 |
| Cindy Marie Boggess | 170 | 172 | 180 |
| Judith Dallinger | 189 | 196 | 209 |
| | 215 | -- | -- |
| Veronica Cameau | 222 | 226 | 234 |
| | 236 | -- | -- |

U.S. District Court

like this?

A.    No, I guess not.  I shouldn't never have brought it up when it comes right down to it.

Q.    I'm glad you did bring it up.

A.    Okay.

Q.    There are -- have you ever seen any of the studies done -- we've heard other people tell us this that were sitting in that very chair right there.  Heard anything about the studies that have been done that it's more expensive to the public to convict someone and put them on death row and then go through that long lengthy process of appeals and waiting and all that, that after you're through with all that that costs more than just housing someone for life?

A.    I don't know that I -- I don't know that I've read exactly that.  I don't know.  I know I've -- I couldn't truthfully say that I've read that.  I mean, it doesn't come to -- my memory is not that good.

Q.    Does that seem reasonable that it could?

A.    It seems reasonable I think, yes.

Q.    It could be more expensive to go through that process.

A.    In some instances I guess.  I don't know.

        THE COURT:  Mr. Kearney, I've allowed you about 15 minutes.

        MR. KEARNEY:  Okay.  Thank you, Your Honor.  I'm sorry.

BY MR. ROPER:

Q.    Ma'am, I'm Richard Roper.  I'm a prosecutor in this case, and I have some questions to ask you if I could.

A.    Okay.

Q.    You understand in this case -- I know you've heard it earlier, but I want to go back over it a little bit.  If we get to the punishment phase in this case, we're actively seeking the death penalty.  Do you understand that?

A.    Yes.

Q.    People have strong feelings for and against the death penalty, and if you could, would you please tell me what your feelings are on the death penalty.

A.    Initially the way I've always thought of the death penalty was I always connected it to if it was the murder of a child or really coldblooded, calculated, that sort of a murder, but it would have to be one that was literally there was no doubt whatsoever, otherwise I could not -- I could not do it.

Q.    Do you believe the death penalty serves any particular purpose?

A.    Yes.

Q.    What would that be?

A.    For the certain crimes that it's used for, that it -- that if it's used and there obviously is no -- that has to be the punishment, that there can't be any rehabilitation for