# EXHIBIT 21

SELECTED #6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

UNITED STATES OF AMERICA §
§
VS. §
§
ORLANDO CORDIA HALL (2) §



CRIMINAL NO. 4:94-CR-121-Y

JUROR NO. 50

## JUROR INFORMATION SHEET

INSTRUCTIONS:

Your answers to the following questions are <u>very</u> important to the trial of this case, and are designed to shorten the jury selection process. Do not discuss any of these questions or your answers with anyone else, including any other prospective jurors. Please take as much time as is reasonably necessary to answer each question as completely and as honestly as possible. Please do not accept the assistance or the advice of anyone in answering these questions. If any questions should arise while completing this questionnaire, please contact the presiding judge. Do <u>not</u> speak to anyone else about the questionnaire or any questions you might have.

<u>YOUR ANSWERS TO THESE QUESTIONS ARE BEING GIVEN UNDER OATH</u>

The answers to these questions will be used by the Court and the attorneys solely for the selection of the jury in this case and for <u>no other reason</u>. The confidentiality of your answers to these questions will be maintained by the Court.

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1.  NAME: "MARY ANN" HERRING FRY
    (first) (middle) (last) (maiden, if applicable)

    DATE OF BIRTH: ▮  AGE: 50  SEX: F  RACE: Caucasian

    BIRTHPLACE: FORT WORTH  TX  SSN: ▮
    (city / town) (state)

2.  ADDRESS: 508 REMUDA DR.  FORT WORTH  76108
    (number and street) (city / town) (zip)

    HOME PHONE: (817) 448-9531  BUSINESS PHONE: (817) 737-6678

3.  LENGTH OF TIME AT PRESENT ADDRESS: 8 YRS.

4.  SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? N/A

### EMPLOYMENT

5.  PLACE OF EMPLOYMENT: WISEDA CORP.

6.  JOB TITLE OR DESCRIPTION: ACCOUNTING

    BUSINESS HOURS: 8-5  LENGTH OF PRESENT EMPLOYMENT: 3½ YRS.

    SUPERVISOR: Norm. Thoennes
    NORM THOENNES

7.  PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: Same AS ABOVE - ACCOUNTING - 3½ (3/92 -pre.

    ACCOUNTING + GENERAL MANAGER 6 YRS

8.  WHAT OTHER TYPES OF JOBS HAVE YOU HELD? INSURANCE CLERK, LONG DISTANCE OPERATOR, PROPERTY MANAGEMENT

2

If you could change your profession, what would you change it to? _____

_____ *I WOULDN'T !* _____

## FAMILY

9.  MARTIAL STATUS: (circle appropriate answer(s))

(a). Married   b). Single   c). Separated  d). Divorced  e). Spouse Deceased

(f). Previously Divorced (how many times _1_ )   g). Living With Someone

10. NAME OF SPOUSE: ___*MELVIN*___ ___*WAYNE*___ ___*HERRING*___
     (first)          (middle)         (last)    (maiden, if applicable)

11. SPOUSE'S EMPLOYER: ___*LOCKHEED*___

    Job Title Or Description: ___*STATIONARY ENGR.*___

    Length Of Present Employment: ___*23 yrs*___

    What Other Types Of Jobs Has Your Spouse Held? ___*U.S. NAVY -*___
    ___*U.S. POSTOFFICE - MACHINE SHOP*___

12. PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
    Under $10,000 _____        $10,000 to $30,000 _____
    $30,000 to $50,000 _____   $50,000 to $70,000 __✓_____
    $70,000 to $100,000 _____  Over $100,000 _____

13. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| Name | Sex | Age | School or Occupation |
|------|-----|-----|----------------------|
| a. *GARY C. JENKINS* | *M* | *32* | *TRUCK DRIVER (?)* |
| b. *LORN ANN JENKINS* | *F* | *29* | *N/A* |
| c. *TRAVIS W. HERRING* | *M* | *27* | *LOYOLA MERRY MOUNT UNIVERSITY - LOS ANGELES C,* |
| d. *TISA C. DYER* | *F* | *24* | *HUGHES AIRCRA? DATA INPUT/CLERICA.* |

3

e. _____

f. _____

14. IF YOU HAVE GRANDCHILDREN, HOW MANY? ___/___

15. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | JAMES V. FRY JR. | | DECEASED | | BANKER |
| Mother: | KATHRYN M. FRY | | '' | | RETAIL BUYER |
| Stepfather: | N/A | | | | |
| Stepmother: | N/A | | | | |

Were Your Parents Ever Divorced? ___NO___

16. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | JAMES M. FRY | M | 48 | ? |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17. PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
_____ *ASSOCIATE DEGREE — MANAGEMENT* _____

18.   PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
_____ *HIGH SCHOOL & TECHNICAL COURSES @ TCJC* _____

19.   ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?   IF SO, PLEASE GIVE DETAILS: _____ *NO* _____

## MILITARY

20.   HAVE YOU EVER SERVED IN THE MILITARY? _____ *NO* _____ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties: _____

Did you serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did you participate in any Courts Martial? _____ Please Explain: _____

Did you ever serve in the military police? _____

21.   HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? *YES* IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch *NAVY*, Years of Service *3+*, Enlist? *YES*, Re-enlist? *NO* Highest grade or rank attained: *?*
Duties: *BOILER FIREMAN*

Did he/she serve in combat? *YES* Year Discharged? _____
Type of Discharge: *HONORABLE* Did he/she participate in any Courts Martial? *YES?* Please Explain: *HE GOT SUNBURNED*

Did he/she ever serve in the military police? *NO*

5

## RELIGION

22.   RELIGIOUS PREFERENCE: _EPISCOPAL_

Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: _ST. ELIZABETH   - RIVER OAKS   ON  BLACK OAK LAN._

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? _NO_

---

23.   HOW OFTEN DO YOU ATTEND? _1-2 SUNDAYS A MONTH —_ Past or present church offices held: _NONE_

Other than attendance, what activities do you participate in at your church? _NONE_

Have there been any recent changes in your religious activities? Yes _____ No _✓_ Please explain: _____

24.   WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? _YES____ IF SO, PLEASE EXPLAIN: _CATHOLIC_

---

25.   DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? _NO_ IF SO, PLEASE EXPLAIN: _____

26.   DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? _NO_____ IF SO, PLEASE INDICATE WHICH MINISTRY:

---

27.   DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes _✓_ No _____ If yes, please state it: _DONT JUDGE A BOOK BY IT'S COVER_

---

## POLITICAL

28.   DO YOU HAVE A POLITICAL PREFERENCE? _NO_

Democrat _____     Republican_____
Independent _____     Other_____
Does your spouse have a different preference? _NO_ If so, please explain: __

6

29.    DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE? *NO*
       Democrat _____    Republican _____
       Independent _____    Other_____
       Is your spouse a member or supporter of a different party? _____
       If so, please explain: _____

30.    DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-
       ATE, OR LIBERAL? *DEPENDS ON SUBJECT* _____ Does your
       spouse have a different political philosophy? _____*NO*_____ If so,
       please explain: _____

31.    HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? *NO* _____
       If yes, please give details: _____

32.    HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR
       A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN
       ENFORCEMENT OF A LAW? ____*NO*_____
       If so, please describe: _____

## PHYSICAL/MEDICAL

33.    DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? *NO* _____
       If so, please explain: _____

34.    DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY
       OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP
       FOR YOU? *NO* If so, please explain: _____

35.    ARE YOU CURRENTLY TAKING ANY MEDICATION? *YES* _____
       If so, please give the name of the medication and the reason you take it:
       *PREMARIN – HORMONES* _____
       _____
       _____

36.    ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING
       TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR
       JURY SERVICE? ____*NO*_____
       If so, please explain: _____

7

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? *YES* If so, please give details (including the name of the hospital and/or doctor/counselor seen): *20-25 YEARS AGO — DR. JAMES METHNER —MYSELF THE ENTIRE FAMILY HAS HAD SOME SORT OF COUNSLING OVER THE YRS NO HOSPITALIZATION*

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? *NO*

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND? If so, please describe: *MYSELF - CEDARS HOSPITAL - MANSFIELD, TX 30 YRS. AGO -*

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION? If so, please describe: *TOOK PSYCH I IN COLLEGE*

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: *NO*

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: *PSYCH I IN COLLEGE*

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? *NO* If so, please explain:

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____      NO *✓*

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

YES __✓__ NO _____ Please explain: _____

_____

_____

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY? YES __✓__ NO _____  If so, what purpose or purposes do you believe that it serves? _____

_____

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

   a.    "I believe that the death penalty is appropriate for all crimes involving murder."

   (b.)   "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

   c.    "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

   d.    "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

   e.    "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

   f.    None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? _PREMEDITATED MURDER +/OR_ _AN EXTREMELY VICIOUS ~~BRIM~~ MURDER – PRE MEDITATED O Nt_

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? _USED MORE_

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO __✓__ If yes, what position has it

9

taken? _____

Does this conflict with your own personal feelings regarding the death penalty?

_____

50a.  DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO _✓_ IF YES, HOW DO THEY CONFLICT? _____

_____

51.  DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES _✓_ NO _____ PLEASE EXPLAIN: _IN THE PAST· THERE HAS BEEN WHAT APPEARS TO ME TO HAVE BEEN RACIAL DISCRIMINATION –_

52.  DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING?   YES_____ NO _✓_ If yes, please explain: _____

52a.  IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES _✓_ NO _✓_ Please explain: _IT WOULD DEPEND ON THE CRIME_

_____

## PERSONAL

53.  DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? _YES – DOGS & CATS_

54.  WHAT KIND OF VEHICLE DO YOU DRIVE? _CHEVY PU_ WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? _VW THING VW CONVERTABLE_

55.  TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY: _NONE_

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZATION? If so, please describe: _UNITED WAY (SPOUSE)_ _MADD_

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please describe: _____

58. WHAT ARE YOUR HOBBIES? _SEWING - READING_

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES _✓_ NO _____ If yes, which one(s): _FORT WORTH STAR-TELEGRAM_

60. WHAT ARE YOUR FAVORITE MOVIES? _AN AFFAIR TO REMEMBER - THE KING & I - ROCKY MOVIES - VERY ECLECTIC TASTES_

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _SUPERMAN - SEAQUEST - AMERICA'S FUNNIEST HOME VIDEOS - HOME IMPROVEMENT STAR TREK VOYAGER_

62. WHAT WAS THE LAST BOOK YOU READ? _THE OATH_

63. WHAT IS YOUR <u>LEAST</u> FAVORITE TYPE OF READING MATERIAL? _NEWSPAPER_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _✓_ NO _____ Which book or trial? _CULLEN DAVIS TRIAL_

65. WHAT IS YOUR FAVORITE RADIO STATION? _DON'T HAVE ONE_

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _✓_ NO _____ If so, which one(s)? _COUNTRY HOME_

11

67. HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES ✓ NO ____ If so, about what subject? _AZLE HIGH SCHOOL WHEN MY DAUGHTER HAD AN ONGOING PROBLEM W/ A TEACHER_

68. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES ✓ NO ____ If yes, what was the message: _PRAY FOR ME I DRIVE HIGHWAY 199 - (IT WAS SOME YRS AGO_

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION? YES ✓ NO ____ If so, did you express your opposition? Yes _____ No 1 ✓ How? _____

_____

70. HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO ✓ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _COLIN POWELL - KATHRYN HEPBURN VICE-PRESIDENT GORE - TIM WRIGHT - MOTHER THERESA_

72. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERIENCE WITH A PERSON OF ANOTHER RACE? YES ____ NO ✓ If yes, please explain: _____

_____

_____

_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.) OF A CRIME OTHER THAN A TRAFFIC TICKET? YES ✓ NO ____ If yes, please give details: _MY SON-IN-LAW JERRY DYER. I DON'T HAVE DETAILS_

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON? YES ✓ NO ____ If yes, please give details and name of attorney: _WILLS_

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

12

FRIENDS WHO ARE ATTORNEYS?   YES ✓ + NO ✓   If yes, please give attorneys' names and the types of practice they have: _ABRAHAM QUISENBERRY HAD A GENERAL PRACTICE — HE IS NOW A JUDGE IN PARKER COUNTY_

76.  WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? ___
     _THEY HAVE A HARD JOB._

77.  WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL?
     _FEEL THEIR JOB IS JUST AS HARD — IT IS THE FLIP SIDE OF THE COIN —_

78.  PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

     _✓_____   For a jury to find a guilty person "not guilty;"
     _____   For a jury to find an innocent person "guilty."

79.  PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

     _②_____   Punishment/retribution
     _①_____   Deterrence/prevention
     _③_____   Rehabilitation/reform

80.  DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES ✓ NO ____   If yes, please give details:
     ① _20-25 YRS. AGO I USED TO DRIVE A FRIEND TO SEE HER HUSBAND IN SUGARLAND —_
     ② _SON-IN-LAW JERRY DYER_

81.  HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITATION OF PERSONS CONVICTED OF A CRIME? YES ____ NO ✓ If yes, please give details: _____

     _____

82.  HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES ____ NO ✓    If yes, please give details: _____

     _____

83.  HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE?  YES __✓__ NO _____   If yes, for what reason: _____

_DIVORCE_
_____

84.    HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)?   YES _____   NO __✓__   If yes, please give details: _____

85.    HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?  YES _____ NO __✓__   If yes, please give details: _____

86.    HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?  YES __✓__ NO _____   Who (i.e. you, your spouse, or both)? _____
When? _1981 - 1982_?  What type of case? ___?_____ Were you/spouse the foreperson?  Yes _____  No __✓__   What Court was it in? _TARRANT COUNTY_   Did the jury assess damages?  Yes _I DON'T_ No _KNOW_
Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?  Yes _____  No __✓__   If yes, please give details: _____

87.    HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES_____   NO __✓__ Who (i.e. you, your spouse, or both)?_____
_____   When? _____   What type of case? _____   Were you/spouse the foreperson?  Yes _____ No _____ What Court was it in? _____   Did the jury reach a verdict?  Yes _____  No _____  What was your verdict? _____
Was the jury called upon to assess punishment? Yes _____  No _____  What was the punishment assessed: _____   Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____  No _____   If yes, please give details: _____

88.    HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION?  (Example:  city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?)  If so, please give name and describe: _N/O_____

14

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: _____ NO _____

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY? If so, please describe: _____ NO _____

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES _____ NO _✓_ If yes, please give details: _____

92. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT? YES _____ NO _✓_ If yes, please give details: _____

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE? If so, please give details: _____ NOT TO MY KNOWLEDGE _____

94. DO YOU HAVE ANY STRONG PERSONAL FEELINGS ABOUT LAW ENFORCE-MENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR? YES _____ NO _✓_ If yes, please explain: _____

95. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? _TO MANY CRACKS_

96. DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES _____ NO _✓_ If so, what changes could be made? _____

15

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES? YES _✓_ NO ____ What factors about the jury trial system make you feel this way? _MORE THAN ONE PERSON MAKES THE FINAL VEDICT LESS BIASED_

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _JURY_

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? _JURY_ Why do you believe this method is more appropriate? _IT IS MORE LIKELY TO BE A LESS BIASED DECISION_

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? _NO_

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? _I DON'T HAVE A BELIEF ON THIS –_

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? _NOT ALWAYS – IT IS A MATTER OF PERCEPTION_

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: _YES_

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES _✓_ NO ____ If yes, what was your impression? _SCARY – VERY UNPLEASANT_

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITATING/REFORMING PERSONS CONVICTED OF CRIME? YES _✓_ NO _✓_ Please

explain your answer: *I DON'T THINK THE SYSTEM REHABILITATE ANYONE — THEY CHOSE TO CHANGE (THOSE WHO) SHOULD HAVE THE OPPORTUNITY*

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? *YES*

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? *I HAVE NO IDEA* — If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? *I DON'T KEEP UP !*

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? *NO*
If so, what facts or purported facts and from what source:

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity?

17

112.   DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO __✓__ If yes, in what capacity? _____

113.   DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO __✓__ If yes, who and in what capacity? _____
_____

113a.  HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO __✓__ If yes, why, when, and how long were you at each place? _____
_____
_____

114.   DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

115.   DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

116.   DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES_____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____
_____

117.   DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____ NO __✓__ If yes, please explain: _____
_____

118.   IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _____ *11/13 — 11/17 —* _____ *VACATION* —

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? _____ *OK* _____

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO __*✓*__ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _____ NO _____ Please explain: _____ *I WILL IF ~~CHOOSEN~~ CHOOSEN* _____

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO __*✓*__ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _____ *NO* _____ If so, what reason is there? _____

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | | |
|---|---|---|---|
| (1) | Tom Hayden | Yes _____ | No __✓__ |
| (2) | Sean L. Wheetley | Yes _____ | No __✓__ |
| (3) | Byron Nelson | Yes _____ | No __✓__ |
| (4) | Ingrid Stromberg | Yes _____ | No __✓__ |
| (5) | Sammie Riley | Yes _____ | No __✓__ |
| (6) | Greg Long | Yes _____ | No __✓__ |
| (7) | Paul E. Rios, Jr. | Yes _____ | No __✓__ |
| (8) | Lynette Dean | Yes _____ | No __✓__ |
| (9) | Thelma Laird | Yes _____ | No __✓__ |
| (10) | Steven Beckley | Yes _____ | No __✓__ |
| (11) | Trina Washington | Yes _____ | No __✓__ |
| (12) | John Stanton | Yes _____ | No __✓__ |
| (13) | Rachel Cherry | Yes _____ | No __✓__ |
| (14) | Officer William A. Sanders | Yes _____ | No __✓__ |
| (15) | Officer Rick Pritzen | Yes _____ | No __✓__ |

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | | | ✓ | The death penalty is wrong. |
| B. | | ✓ | | | | | The death penalty is the best crime preventative. |
| C. | | | | | | ✓ | The death penalty is absolutely never justified. |
| D. | ✓ | | | | | | I think the death penalty is necessary. |
| E. | ✓ | | | | (scribbled out) | | I wish the death penalty were not necessary. |
| F. | | | | | ✓ | | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | ✓ | | The death penalty cannot be regarded as a sure method for dealing with crime. |
| H. | | | | | | ✓ | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | | ✓ | The death penalty has never been effective in preventing crime. |
| J. | ✓ | | | | | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | | ✓ | The death penalty is not necessary to modern civilization. |
| M. | | | | | ✓ | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP   Document 113   Filed 11/12/20   Page 21 of 24 PageID #: 580

Case 1:20-cv-00599-PH-DLP Document 1-23 Filed 11/12/20 Page 22 of 24 PageID #: 551

|   | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |   |
|---|---|---|---|---|---|---|---|
| N. |   |   |   |   |   | ✓ | Execution of criminals is a disgrace to a civilized society. |
| O. |   | ✓ |   |   |   |   | The death penalty gives the criminal what he deserves. |
| P. |   | ✓ |   |   |   |   | The State cannot teach the sacredness of human life by destroying it. |
| Q. |   |   |   | ✓ |   |   | It doesn't make any difference to me whether we have the death penalty or not. |
| R. |   |   | ✓ |   |   |   | The death penalty is justified only for premeditated murder. |

DIRECTIONS: Please mark the blank that best corresponds with your opinion as to each of the following statements.

|   | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree |   |
|---|---|---|---|---|---|---|---|
| a. |   |   |   | ✓ |   |   | Black males commit most of the violent crimes in our society. |
| b. |   |   |   | ✓ |   |   | Today's welfare society is the major cause of crime. |
| c. |   |   |   | ✓ |   |   | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. |   |   |   |   | ✓ |   | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | ✓ | | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | ✓ | | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | ✓ | | | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | | ✓ | It is not wrong to lie if it is for a good reason. |
| i. | | | | | | ✓ | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | | | | ✓ | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | ✓ | | | | Parolees are the major cause of crime in today's society. |
| l. | | ✓ | | | | | It is morally wrong to be racially prejudiced. |
| m. | | ✓ | | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | | | ✓ | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races, and religions. |
| p. | | | | ✓ | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | | ✓ | | | | Minorities blame too many problems on racial discrimination. |

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct. Executed on September _22_, 1995.

_____
Juror's Signature