# EXHIBIT 24

(QUALIFIED)    DONALDSON

SELECTED # 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

UNITED STATES OF AMERICA    §
                                     §

VS.                                  §      CRIMINAL NO. 4:94-CR-121-Y
                                       §

ORLANDO CORDIA HALL (2)    §

JUROR NO. __87__

# JUROR INFORMATION SHEET

INSTRUCTIONS:

      Your answers to the following questions are <u>very</u> important to the trial of this case, and are designed to shorten the jury selection process. Do not discuss any of these questions or your answers with anyone else, including any other prospective jurors. Please take as much time as is reasonably necessary to answer each question as completely and as honestly as possible. Please do not accept the assistance or the advice of anyone in answering these questions. If any questions should arise while completing this questionnaire, please contact the presiding judge. Do <u>not</u> speak to anyone else about the questionnaire or any questions you might have.

<u>YOUR ANSWERS TO THESE QUESTIONS ARE BEING GIVEN UNDER OATH</u>

      The answers to these questions will be used by the Court and the attorneys solely for the selection of the jury in this case and for <u>no other reason</u>. The confidentiality of your answers to these questions will be maintained by the Court.

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _E. Stacey    Leigh    Donaldson    Boaz_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ███████ AGE: _26_ SEX: _F_ RACE: _White_

   BIRTHPLACE: _Ft. Worth_    _Texas_ SSN: ███████
   (city / town)    (state)

2. ADDRESS: _3013 Forest Avenue    Ft. Worth    76112_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _496-4637_ BUSINESS PHONE: (_817_) _472-2417_

3. LENGTH OF TIME AT PRESENT ADDRESS: _4 years 3 months_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Arlington, 1½ years_
   _Breckenridge  18 years._

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Home Depot_

6. JOB TITLE OR DESCRIPTION: _Interior Designer_

   BUSINESS HOURS: _8:00 -5:00_ LENGTH OF PRESENT EMPLOYMENT: _6 months_

   SUPERVISOR: _Trish Johnson_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Interior Designer_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _Sales, cashier,_
   _daycare teacher,_

2

If you could change your profession, what would you change it to? _____

_Homemaker_____

## FAMILY

9.  MARTIAL STATUS: (circle appropriate answer(s))

a). (Married)  b). Single   c). Separated  d). Divorced   e). Spouse Deceased

f).  Previously Divorced (how many times ___)    g).  Living With Someone

10. NAME OF SPOUSE: _____Eric_____Wade_____Donaldson_____
    (first)            (middle)        (last)    (maiden, if applicable)

11. SPOUSE'S EMPLOYER: _Providence   Homes_____

    Job Title Or Description: _Job  Superintendant_____

    Length Of Present Employment: _2 months_____

    What Other Types Of Jobs Has Your Spouse Held? _Oilfield work_

12. PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
    Under $10,000 _____          $10,000 to $30,000 _____
    $30,000 to $50,000 ___✓___          $50,000 to $70,000 _____
    $70,000 to $100,000 _____          Over $100,000 _____

13. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Haley Donaldson | F | 3 | Agape Christian School |
| b. | | | | |
| c. | | | | |
| d. | | | | |

3

e. _____

f. _____

14.  IF YOU HAVE GRANDCHILDREN, HOW MANY? ___N/A___

15.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | James Boaz | | Ballinger | | Self-Employed |
| Mother: | Gwen Boaz | | Haltom City | | Secretary |
| Stepfather: | | | | | |
| Stepmother: | | | | | |

Were Your Parents Ever Divorced? ___yes___

16.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Carole Elder | F | 33 | Self-Employed |
| b. | Stephanie Boaz | F | 29 | General Manager |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17.  PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

4

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
_Breckenridge High School - Diploma_
_Miss Wade's Fashion Merchandising College - Associate_
_of Arts Degree - Interior Design_

18.   PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
      _G.E.D_
_____

19.   ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?   IF SO,
      PLEASE GIVE DETAILS: _NO_
_____
_____

## MILITARY

20.   HAVE YOU EVER SERVED IN THE MILITARY? _NO_   IF SO, PLEASE GIVE THE
      FOLLOWING INFORMATION:   Branch _____, Years of Service
      _____, Enlist? _____, Re-enlist? _____ Highest grade
      or rank attained: _____
      Duties:_____

      Did you serve in combat? _____ Year Discharged? _____
      Type of Discharge: _____ Did you participate in any
      Courts Martial? _____ Please Explain: _____

      Did you ever serve in the military police? _____

21.   HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? _NO_ IF SO, PLEASE GIVE
      THE FOLLOWING INFORMATION:   Branch _____, Years of Service
      _____, Enlist? _____, Re-enlist? _____ Highest grade or
      rank   attained:   _____
      Duties: _____

      Did he/she serve in combat? _____ Year Discharged? _____
      Type of Discharge: _____ Did he/she participate in any
      Courts Martial? _____ Please Explain: _____

      Did he/she ever serve in the military police? _____

5

## RELIGION

22.   RELIGIOUS PREFERENCE: ___Christian___
Name And Location Of Church, Temple, Synagogue Or Other Religious Organiza-
tion with which you are affiliated, if any: _____

_____

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy
position? ___NO___

_____

23.   HOW OFTEN DO YOU ATTEND? _____   Past or present
church offices held: _____
Other than attendance, what activities do you participate in at your church?

_____
Have there been any recent changes in your religious activities?  Yes _____
No __✓__ Please explain: _____

24.   WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW
PRACTICE? ___NO___ IF SO, PLEASE EXPLAIN: _____

_____

25.   DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? _NO_ IF
SO, PLEASE EXPLAIN: _____

26.   DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY
WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY?
___NO___ IF SO, PLEASE INDICATE WHICH MINISTRY:

_____

27.   DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT
REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW
SENTENCES OR LESS?  Yes_____  No __✓__ If yes, please state it: _____

_____
_____
_____
_____

## POLITICAL

28.   DO YOU HAVE A POLITICAL PREFERENCE? ___NO___
Democrat _____        Republican_____
Independent _____        Other_____
Does your spouse have a different preference? __NO__ If so, please explain: __

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE?
Democrat _____     Republican _____
Independent _____     Other_____
Is your spouse a member or supporter of a different party? _____
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-ATE, OR LIBERAL? _____Moderate_____ Does your spouse have a different political philosophy? _____ If so, please explain: _____

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? __NO_____
If yes, please give details: _____

32. HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN ENFORCEMENT OF A LAW? __NO_____
If so, please describe: _____

## PHYSICAL/MEDICAL

33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? ___NO_____
If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP FOR YOU? _NO_ If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? ____NO_____
If so, please give the name of the medication and the reason you take it:
_____
_____

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR JURY SERVICE? ____NO_____
If so, please explain: _____

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? Yes _____ If so, please give details (including the name of the hospital and/or doctor/counselor seen): My brother-in-law was in drug rehab in the Breckenridge facility.

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? NO

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND? If so, please describe: NO

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION? If so, please describe: NO

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: NO

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: NO

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? NO If so, please explain: _____

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____ NO __√____

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

8

YES ___✓___ NO _____ Please explain: _____

_____

_____

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY? YES __✓__ NO ____ If so, what purpose or purposes do you believe that it serves? _I does Away with people who cannot function in our society without harming other people._

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

a. "I believe that the death penalty is appropriate for all crimes involving murder."

b. "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

c. "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

d. "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

e. "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

f. None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? _Murder, Repeat Offenders_

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? _More frequently_

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO __✓__ If yes, what position has it

taken? _____

_____

Does this conflict with your own personal feelings regarding the death penalty?

_____

_____

50a. DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO _✓_ IF YES, HOW DO THEY CONFLICT? _____

_____

51. DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES _____ NO _✓_ PLEASE EXPLAIN: _____

_____

52. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES_____ NO _✓_ If yes, please explain: _____

_____

52a. IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES _✓_ NO _____ Please explain: _____

_____

_____

_____

## PERSONAL

53. DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? _Dogs, Cats, Cows, Chickens, Sheep, Emus, Horses, Goat, pi-_

54. WHAT KIND OF VEHICLE DO YOU DRIVE? _Ford Tempo CAR_ WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? _Ford Ranger Truck_

55. TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY:

_____

_____

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZATION? If so, please describe: _periodically to various organizations._

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please describe: _____

58. WHAT ARE YOUR HOBBIES? _Sports, Yardwork_

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES _____ NO _✓_ If yes, which one(s): _____

60. WHAT ARE YOUR FAVORITE MOVIES? _Funny Movies_

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _Chicago Hope, Grace Under Fire_

62. WHAT WAS THE LAST BOOK YOU READ? _I can't remember. Cook Book_

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? _Science Fiction Books_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _____ NO _✓_ Which book or trial? _____

65. WHAT IS YOUR FAVORITE RADIO STATION? _IDLoil_

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _____ NO _✓_ If so, which one(s)? _____

11

67. HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO __✓__ If so, about what subject? _____

_____

68. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES____ NO __✓__ If yes, what was the message: _____

_____

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION? YES __✓__ NO _____ If so, did you express your opposition?   Yes _____ No __✓__ How? _____

_____

70. HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO __✓__ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: Bill Clinton, Gerorge Bush, Hillary Clinton Al Gore,

_____

72. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERI-ENCE WITH A PERSON OF ANOTHER RACE? YES _____ NO __✓__ If yes, please explain: _____

_____

_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY  MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.)  OF A CRIME OTHER THAN A TRAFFIC TICKET?  YES __✓__ NO _____ If yes, please give details: My Husband was given probation for a DWI charge.

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?  YES __✓__ NO _____ If yes, please give details and name of attorney: For the Above Charge, Don Wilson

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

FRIENDS WHO ARE ATTORNEYS?   YES _____   NO _✓_ If yes, please give attorneys' names and the types of practice they have: _____

_____

76.  WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? _____
     _Hard working, Looks out for the publics interest._

77.  WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL?
     _They try to get their clients off at all cost_
     _They have a tough job._

78.  PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

     _____  For a jury to find a guilty person "not guilty;"
     ____✓_____  For a jury to find an innocent person "guilty."

79.  PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

     ____3____  Punishment/retribution
     ____1____  Deterrence/prevention
     ____2____  Rehabilitation/reform

80.  DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES _✓_ NO _____   If yes, please give details:
     _My Husbands biological Father_
     _My Husbands Uncle._

81.  HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITA-TION OF PERSONS CONVICTED OF A CRIME? YES _____ NO _✓_ If yes, please give details: _____

_____

_____

82.  HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES _____ NO _✓_   If yes, please give details: _____

_____

83.  HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE?   YES _____   NO __✓__   If yes, for what reason: _____

_____

_____

_____

84.   HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)?   YES _____   NO __✓__   If yes, please give details: _____

_____

85.   HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY? YES _____ NO __✓__   If yes, please give details: _____

_____

86.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE? YES _____ NO __✓__ Who (i.e. you, your spouse, or both)? _____ When? _____ What type of case? _____ Were you/spouse the foreperson?  Yes _____   No _____   What Court was it in? _____ Did the jury assess damages?  Yes _____   No _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?  Yes _____   No _____   If yes, please give details: _____

87.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES_____   NO __✓__ Who (i.e. you, your spouse, or both)?_____ _____   When? _____   What type of case? _____   Were you/spouse the foreperson?  Yes _____ No _____ What Court was it in? _____   Did the jury reach a verdict?  Yes _____   No _____   What was your verdict? _____ Was the jury called upon to assess punishment? Yes _____   No _____   What was the punishment assessed: _____   Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____   No _____   If yes, please give  details: _____

_____

_____

_____

88.   HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION?  (Example:  city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?)  If so, please give name and describe: ___No_____

_____

89.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: ___NO___

90.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY? If so, please describe: NO

91.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES ____ NO ✓ If yes, please give details: _____

92.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT? YES ____ NO ✓ If yes, please give details: _____

93.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE? If so, please give details: __NO__

94.  DO YOU HAVE ANY STRONG PERSONAL FEELINGS ABOUT LAW ENFORCE-MENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR? YES ____ NO ✓ If yes, please explain: _____

95.  WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? It could use A few changes but over All it works well.

96.  DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES ✓ NO ____ If so, what changes could be made? Stiffer punishment and & enforcement of the death penalty.

15

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES?  YES __✓__ NO _____  What factors about the jury trial system make you feel this way? _____

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _____Jury_____

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? __Jury__  Why do you believe this method is more appropriate? _There are more people to talk things out with. To make sure your descision is right_

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? __No__

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? __yes__

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? __yes__

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO?  If yes, please explain: __No__

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL?  YES __✓__ NO _____  If yes, what was your impression? __Scary.__

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITAT-ING/REFORMING PERSONS CONVICTED OF CRIME?  YES __✓__ NO _____  Please

explain your answer: _If the convicts get the help they need And they ARe willing to Change for the better._

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _yes_

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _more_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _Less pARentAl supervision, morAl vAlues have declined._

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _yes_
If so, what facts or purported facts and from what source: _TV I remember hearing the 911 tApe, And seeing her family talk to the mediA._

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity?

112. DID YOU KNOW LISA RENE DURING HER LIFETIME?  YES _____  NO __✓__ If yes, in what capacity? _____

113. DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS?  YES _____  NO __✓__ If yes, who and in what capacity? _____
_____

113a. HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS?  YES _____  NO __✓__ If yes, why, when, and how long were you at each place? _____
_____
_____
_____

114. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____  NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

115. DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____  NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

116. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____  NO __✓__ If so, please list their names and in what capacity you know them: _____
_____
_____

117. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL?  YES _____  NO __✓__   If yes, please explain: _____
_____

118. IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: __NO_____
_____
_____

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? _It doesn't bother me, it is for a good cause._

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO _✓_ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _____ NO _____ Please explain: _It does not matter to me, I believe if 12 jurors can not be found, I could be an impartial, and fair person in this case._

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO _✓_ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _No_ If so, what reason is there?

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | Yes | No |
|---|---|---|---|
| (1) | Tom Hayden | | ✓ |
| (2) | Sean L. Wheetley | | ✓ |
| (3) | Byron Nelson | | ✓ |
| (4) | Ingrid Stromberg | | ✓ |
| (5) | Sammie Riley | | ✓ |
| (6) | Greg Long | | ✓ |
| (7) | Paul E. Rios, Jr. | | ✓ |
| (8) | Lynette Dean | | ✓ |
| (9) | Thelma Laird | | ✓ |
| (10) | Steven Beckley | | ✓ |
| (11) | Trina Washington | | ✓ |
| (12) | John Stanton | | ✓ |
| (13) | Rachel Cherry | | ✓ |
| (14) | Officer William A. Sanders | | ✓ |
| (15) | Officer Rick Pritzen | | ✓ |

| (16) | Special Agent Todd McCall | Yes _____ | No _____ |
| (17) | Special Agent David Greenberg | Yes _____ | No _____ |
| (18) | Special Agent Bill Eppright | Yes _____ | No _____ |
| (19) | Stanfield Vitalis | Yes _____ | No _____ |
| (20) | Neil Rene | Yes _____ | No _____ |
| (21) | Lena Patel | Yes _____ | No _____ |
| (22) | Howard Williams | Yes _____ | No _____ |
| (23) | Mike Patel | Yes _____ | No _____ |
| (24) | Jay Patel | Yes _____ | No _____ |
| (25) | Demetrius Hall | Yes _____ | No _____ |
| (26) | Marvin Holloway | Yes _____ | No _____ |
| (27) | Latasha Holloway | Yes _____ | No _____ |
| (28) | Special Agent Eric Mason | Yes _____ | No _____ |
| (29) | Officer Ruben Puente | Yes _____ | No _____ |
| (30) | Special Agent Andy Farrell | Yes _____ | No _____ |
| (31) | Special Agent Steve Caruso | Yes _____ | No _____ |
| (32) | Craig Chandler | Yes _____ | No _____ |
| (33) | Greg Barber | Yes _____ | No _____ |
| (34) | James Bennett | Yes _____ | No _____ |
| (35) | Kenneth Bersano | Yes _____ | No _____ |
| (36) | Garrett O. Floyd | Yes _____ | No _____ |
| (37) | Jim Ford | Yes _____ | No _____ |
| (38) | Bob Oakley | Yes _____ | No _____ |
| (39) | Mike Davis | Yes _____ | No _____ |
| (40) | Pearl Rene | Yes _____ | No _____ |
| (41) | Agnes Rene | Yes _____ | No _____ |
| (42) | Bob Crewdson | Yes _____ | No _____ |
| (43) | Oscar T. Eubanks | Yes _____ | No _____ |
| (44) | Henry Byron | Yes _____ | No _____ |
| (45) | Charles Fields | Yes _____ | No _____ |
| (46) | LaShante Dones | Yes _____ | No _____ |
| (47) | Phyllis Carmen | Yes _____ | No _____ |
| (48) | Sylvia Henry | Yes _____ | No _____ |
| (49) | LaTonya Anders | Yes _____ | No _____ |
| (50) | Cassandra Ross | Yes _____ | No _____ |
| (51) | Jerry Ross | Yes _____ | No _____ |
| (52) | Augustus Lee | Yes _____ | No _____ |
| (53) | Erma Willis | Yes _____ | No _____ |
| (54) | Lakeisha Schultz | Yes _____ | No _____ |
| (55) | Kenyatta Silas | Yes _____ | No _____ |
| (56) | Geren Willis | Yes _____ | No _____ |
| (57) | Dexter Smart | Yes _____ | No _____ |
| (58) | Rico Jackson | Yes _____ | No _____ |
| (59) | Trinity Travis | Yes _____ | No _____ |
| (60) | Terry Johnson | Yes _____ | No _____ |

| | | | |
|---|---|---|---|
| (61) | Tim Ford | Yes _____ | No _____ |
| (62) | Officer Gary Cardinale | Yes _____ | No _____ |
| (63) | Doris Cable | Yes _____ | No _____ |
| (64) | Larry Nichols | Yes _____ | No _____ |
| (65) | Hayward Alexander | Yes _____ | No _____ |
| (66) | Rhonda Shipp | Yes _____ | No _____ |
| (67) | Darryl Hensiek | Yes _____ | No _____ |
| (68) | Hope Arredondo | Yes _____ | No _____ |
| (69) | Special Agent Gil Torrez | Yes _____ | No _____ |
| (70) | Tonya Smart | Yes _____ | No _____ |
| (71) | Officer D. Lowrey | Yes _____ | No _____ |
| (72) | Danny Bruce | Yes _____ | No _____ |
| (73) | Kermit B. Channell | Yes _____ | No _____ |
| (74) | Lisa D. Sakevicius | Yes _____ | No _____ |
| (75) | Shawna Maynard | Yes _____ | No _____ |
| (76) | Benny Brumley | Yes _____ | No _____ |
| (77) | Lt. Carolyn Dykes | Yes _____ | No _____ |
| (78) | Orlando Stewart | Yes _____ | No _____ |
| (79) | Nelson Post | Yes _____ | No _____ |
| (80) | Wendel Holden | Yes _____ | No _____ |
| (81) | David Kellog | Yes _____ | No _____ |
| (82) | Gerald Gardner | Yes _____ | No _____ |
| (83) | David Butler | Yes _____ | No _____ |
| (84) | Curtis Lewis | Yes _____ | No _____ |
| (85) | Charles Skinner | Yes _____ | No _____ |
| (86) | Richard Jones | Yes _____ | No _____ |
| (87) | Richard McKinnon | Yes _____ | No _____ |
| (88) | Mary Nelson | Yes _____ | No _____ |
| (89) | Officer K. Cooper | Yes _____ | No _____ |
| (90) | Shannon Strobel | Yes _____ | No _____ |
| (91) | John Bitton | Yes _____ | No _____ |
| (92) | Aline Patrick | Yes _____ | No _____ |
| (93) | Steven F. Hoida | Yes _____ | No _____ |
| (94) | A. Shelton | Yes _____ | No _____ |
| (95) | Barbara Kelley | Yes _____ | No _____ |
| (96) | Bodil B. Hewitt | Yes _____ | No _____ |
| (97) | Gary Burke | Yes _____ | No _____ |
| (98) | Officer Joel Stephenson | Yes _____ | No _____ |
| (99) | Officer Mike Phillips | Yes _____ | No _____ |
| (100) | Officer Paul Ramsey | Yes _____ | No _____ |
| (101) | Barbara Snyder | Yes _____ | No _____ |
| (102) | Chris Allen | Yes _____ | No _____ |
| (103) | Melisa Smrz | Yes _____ | No _____ |
| (104) | David Lloyd | Yes _____ | No _____ |
| (105) | Mike Smith | Yes _____ | No _____ |

| | | | |
|---|---|---|---|
| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No _____ |
| (107) | Mike Wieners | Yes _____ | No _____ |
| (108) | Bruce Hall | Yes _____ | No _____ |
| (109) | Hal Deadman | Yes _____ | No _____ |
| (110) | James Corby | Yes _____ | No _____ |
| (111) | Patricia Eddings | Yes _____ | No _____ |
| (112) | Robert P. Rooney | Yes _____ | No _____ |
| (113) | Ron Allen | Yes _____ | No _____ |
| (114) | Latanya Anders | Yes _____ | No _____ |
| (115) | Detective Ayala | Yes _____ | No _____ |
| (116) | David W. Baker | Yes _____ | No _____ |
| (117) | Margie Baker | Yes _____ | No _____ |
| (118) | Rachel Balero | Yes _____ | No _____ |
| (119) | Patricia Barnum | Yes _____ | No _____ |
| (120) | R.V. Benz | Yes _____ | No _____ |
| (121) | Mark Bramelett | Yes _____ | No _____ |
| (122) | Mary C. Breashears | Yes _____ | No _____ |
| (123) | James L. Brown | Yes _____ | No _____ |
| (124) | Robert D. Brown | Yes _____ | No _____ |
| (125) | Brad Buerger | Yes _____ | No _____ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No _____ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No _____ |
| (128) | Marianne Cesery | Yes _____ | No _____ |
| (129) | Officer Chashire | Yes _____ | No _____ |
| (130) | Megan Clement | Yes _____ | No _____ |
| (131) | Cheryl Cochran | Yes _____ | No _____ |
| (132) | Bruce Collins | Yes _____ | No _____ |
| (133) | Pat J. Compton | Yes _____ | No _____ |
| (134) | Danny O. Coulson | Yes _____ | No _____ |
| (135) | Tomeka Curry | Yes _____ | No _____ |
| (136) | Anita Davis | Yes _____ | No _____ |
| (137) | James Davis | Yes _____ | No _____ |
| (138) | Kacy Davis | Yes _____ | No _____ |
| (139) | Michael Davis | Yes _____ | No _____ |
| (140) | Floyd Day | Yes _____ | No _____ |
| (141) | Rolando De La Pena | Yes _____ | No _____ |
| (142) | Larry Dennis | Yes _____ | No _____ |
| (143) | Carol Dice | Yes _____ | No _____ |
| (144) | Larry Doll | Yes _____ | No _____ |
| (145) | Steve Dollar | Yes _____ | No _____ |
| (146) | Mike Dominque | Yes _____ | No _____ |
| (147) | R. Dorman | Yes _____ | No _____ |
| (148) | William Eppright | Yes _____ | No _____ |
| (149) | Neal Fernell | Yes _____ | No _____ |
| (150) | Officer T. Files | Yes _____ | No _____ |

| (151) | Alfred Finch | Yes _____ | No _____ |
| (152) | Tim Ford | Yes _____ | No _____ |
| (153) | Tena Francis | Yes _____ | No _____ |
| (154) | Officer Franklin | Yes _____ | No _____ |
| (155) | Daisy Frazier | Yes _____ | No _____ |
| (156) | Anne Funderberg | Yes _____ | No _____ |
| (157) | Officer J. Gaddy | Yes _____ | No _____ |
| (158) | Matthew Garrett | Yes _____ | No _____ |
| (159) | Everett Goldman | Yes _____ | No _____ |
| (160) | Ronald Goodwin | Yes _____ | No _____ |
| (161) | John M. Graves | Yes _____ | No _____ |
| (162) | Neal Greer | Yes _____ | No _____ |
| (163) | David G. Guntharp | Yes _____ | No _____ |
| (164) | A.J. Hall | Yes _____ | No _____ |
| (165) | Betty Hall | Yes _____ | No _____ |
| (166) | Jack Hall | Yes _____ | No _____ |
| (167) | Keith Hall | Yes _____ | No _____ |
| (168) | Orlando Hall | Yes _____ | No _____ |
| (169) | Orlando Hall, Jr. | Yes _____ | No _____ |
| (170) | Pam Hall | Yes _____ | No _____ |
| (171) | Scott Hall | Yes _____ | No _____ |
| (172) | Shountay Hall | Yes _____ | No _____ |
| (173) | Tasha Hall | Yes _____ | No _____ |
| (174) | Tracy Hall | Yes _____ | No _____ |
| (175) | Treshaun Hall | Yes _____ | No _____ |
| (176) | Eric Hampton | Yes _____ | No _____ |
| (177) | Mark Hansen | Yes _____ | No _____ |
| (178) | Prosecutor Harp | Yes _____ | No _____ |
| (179) | Bruce Hart | Yes _____ | No _____ |
| (180) | Mark Hegwood | Yes _____ | No _____ |
| (181) | Havis Hester | Yes _____ | No _____ |
| (182) | Bill Hickman | Yes _____ | No _____ |
| (183) | Dennis Holloman | Yes _____ | No _____ |
| (184) | Glenda Holloway | Yes _____ | No _____ |
| (185) | Linda Holloway | Yes _____ | No _____ |
| (186) | Tasha Holloway | Yes _____ | No _____ |
| (187) | Wendell Holt | Yes _____ | No _____ |
| (188) | R. Hosack | Yes _____ | No _____ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No _____ |
| (190) | William James, M.D. | Yes _____ | No _____ |
| (191) | Carlos Jasper | Yes _____ | No _____ |
| (192) | Barbara Johnson | Yes _____ | No _____ |
| (193) | Lee Jones | Yes _____ | No _____ |
| (194) | Philip Jonio | Yes _____ | No _____ |
| (195) | Tyrone Kilgore | Yes _____ | No _____ |

| | | | |
|---|---|---|---|
| (196) | Charles P. Kokes | Yes _____ | No _____ |
| (197) | David Kunkle | Yes _____ | No _____ |
| (198) | Danny LaRue | Yes _____ | No _____ |
| (199) | Linda Law | Yes _____ | No _____ |
| (200) | Eric Lewis | Yes _____ | No _____ |
| (201) | Officer Lorenzen | Yes _____ | No _____ |
| (202) | Officer Debbie Lowery | Yes _____ | No _____ |
| (203) | Officer Lumley | Yes _____ | No _____ |
| (204) | Shanyce Matthews | Yes _____ | No _____ |
| (205) | Dawn Maxon | Yes _____ | No _____ |
| (206) | Dorothy McCalvin | Yes _____ | No _____ |
| (207) | R.S. McCullough | Yes _____ | No _____ |
| (208) | Alex H. McGlinchey | Yes _____ | No _____ |
| (209) | William J. Meredith | Yes _____ | No _____ |
| (210) | Detective S. Miller | Yes _____ | No _____ |
| (211) | James R. Moneypenny | Yes _____ | No _____ |
| (212) | Albert Moore | Yes _____ | No _____ |
| (213) | Jamie Morrow | Yes _____ | No _____ |
| (214) | Officer E. Murry | Yes _____ | No _____ |
| (215) | Kim Newsome | Yes _____ | No _____ |
| (216) | Mindy Newsome | Yes _____ | No _____ |
| (217) | Reverend Willie Norful | Yes _____ | No _____ |
| (218) | Pamela Palmer | Yes _____ | No _____ |
| (219) | Nita Patel | Yes _____ | No _____ |
| (220) | Vanessa Patterson | Yes _____ | No _____ |
| (221) | Dorothy Pearson | Yes _____ | No _____ |
| (222) | Officer Phillips | Yes _____ | No _____ |
| (223) | J. Plunkett | Yes _____ | No _____ |
| (224) | Michael S. Pouche | Yes _____ | No _____ |
| (225) | Danny Price | Yes _____ | No _____ |
| (226) | Donald W. Ramsey | Yes _____ | No _____ |
| (227) | Future Rayford | Yes _____ | No _____ |
| (228) | Calvin Rayfus | Yes _____ | No _____ |
| (229) | Sgt. Richards | Yes _____ | No _____ |
| (230) | Detective Riggins | Yes _____ | No _____ |
| (231) | John Paul Rios | Yes _____ | No _____ |
| (232) | Dennis J. Roberts | Yes _____ | No _____ |
| (233) | Ricky Roberts | Yes _____ | No _____ |
| (234) | Detective Captain Roper | Yes _____ | No _____ |
| (235) | Richard Roper | Yes _____ | No _____ |
| (236) | Officer Sanders | Yes _____ | No _____ |
| (237) | LaTosha Savage | Yes _____ | No _____ |
| (238) | Stella Savage | Yes _____ | No _____ |
| (239) | Lakeshia Schultz | Yes _____ | No _____ |
| (240) | James Scott | Yes _____ | No _____ |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No _____ |
| (242) | Lieutenant J. Seamans | Yes _____ | No _____ |
| (243) | Dorene Sheridan | Yes _____ | No _____ |
| (244) | Derek Sherman | Yes _____ | No _____ |
| (245) | Barbara M. Sherver | Yes _____ | No _____ |
| (246) | Officer B. Simmons | Yes _____ | No _____ |
| (247) | Officer P. Silas | Yes _____ | No _____ |
| (248) | Sgt. Simonds | Yes _____ | No _____ |
| (249) | Cindy Slaughter | Yes _____ | No _____ |
| (250) | Officer B. Slocum | Yes _____ | No _____ |
| (251) | Billy Wayne Smith | Yes _____ | No _____ |
| (252) | Veda Smith | Yes _____ | No _____ |
| (253) | Sgt. M. Snyder | Yes _____ | No _____ |
| (254) | Kenyatta Sparks | Yes _____ | No _____ |
| (255) | Officer R. Spriggs | Yes _____ | No _____ |
| (256) | Sgt. M. Stanfield | Yes _____ | No _____ |
| (257) | Gene Stewart | Yes _____ | No _____ |
| (258) | Deshon L. Stokes | Yes _____ | No _____ |
| (259) | Detective Sgt. Stout | Yes _____ | No _____ |
| (260) | Ingrid Stumberger | Yes _____ | No _____ |
| (261) | William Q. Sturner | Yes _____ | No _____ |
| (262) | Kesha Swartz | Yes _____ | No _____ |
| (263) | John Sweeney | Yes _____ | No _____ |
| (264) | Captain Houston Talley | Yes _____ | No _____ |
| (265) | R. Taylor | Yes _____ | No _____ |
| (266) | Tony Taylor | Yes _____ | No _____ |
| (267) | Officer Bill Tenison | Yes _____ | No _____ |
| (268) | Thomas Terry | Yes _____ | No _____ |
| (269) | Maxie Thomas | Yes _____ | No _____ |
| (270) | Dora Turkman | Yes _____ | No _____ |
| (271) | Hicham Turkman | Yes _____ | No _____ |
| (272) | Taylor Ubanks | Yes _____ | No _____ |
| (273) | George VanHook | Yes _____ | No _____ |
| (274) | Amy S. Vaughan | Yes _____ | No _____ |
| (275) | Jimmy Watts | Yes _____ | No _____ |
| (276) | Beatrice Webster | Yes _____ | No _____ |
| (277) | David Webster | Yes _____ | No _____ |
| (278) | Mark Webster | Yes _____ | No _____ |
| (279) | Willie Lee Webster | Yes _____ | No _____ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No _____ |
| (281) | Cornelius Westmoreland | Yes _____ | No _____ |
| (282) | Billy White | Yes _____ | No _____ |
| (283) | Jackie Wiley | Yes _____ | No _____ |
| (284) | Bernard Willis | Yes _____ | No _____ |
| (285) | Jeren Willis | Yes _____ | No _____ |

| (286) | Jimmy Woodus | Yes _____ | No _____ |
| (287) | B. Wyatt | Yes _____ | No _____ |
| (288) | Tom Wynne | Yes _____ | No _____ |
| (289) | Jeffrey Yates, D.O. | Yes _____ | No _____ |
| (290) | Dr. Randy Price | Yes _____ | No _____ |
| (291) | Dr. Linda Norton | Yes _____ | No _____ |
| (292) | Dr. Lisa Clayton | Yes _____ | No _____ |

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | Statement |
|---|---|---|---|---|---|---|---|
| A. | | | | | | ✓ | The death penalty is wrong. |
| B. | | | | | ✓ | | The death penalty is the best crime preventative. |
| C. | | | | | | ✓ | The death penalty is absolutely never justified. |
| D. | | ✓ | | | | | I think the death penalty is necessary. |
| E. | | ✓ | | | | | I wish the death penalty were not necessary. |
| F. | | | ✓ | | | | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | ✓ | | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | | | ✓ | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | ✓ | | The death penalty has never been effective in preventing crime. |
| J. | | ✓ | | | | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | ✓ | | The death penalty is not necessary to modern civilization. |
| M. | | | | | ✓ | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP  Document 1-26  #631  Filed 11/12/20  Page 28 of 31 PageID

Case 2:20-cv-00599-JPH-DLP  Document 1-26  Filed 11/12/20  Page 29 of 31 PageID #: 632

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | | | ✓ | | Execution of criminals is a disgrace to a civilized society. |
| O. | | ✓ | | | | | The death penalty gives the criminal what he deserves. |
| P. | | | | | ✓ | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | | ✓ | | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | | | | ✓ | | The death penalty is justified only for premeditated murder. |

**DIRECTIONS:** Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | | ✓ | | | Black males commit most of the violent crimes in our society. |
| b. | | | | | ✓ | | Today's welfare society is the major cause of crime. |
| c. | | | ✓ | | | | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | | | ✓ | | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | ✓ | | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | ✓ | | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | ✓ | | | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | ✓ | | It is not wrong to lie if it is for a good reason. |
| i. | | | | ✓ | | | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | ✓ | | | | | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | ✓ | | | | Parolees are the major cause of crime in today's society. |
| l. | | ✓ | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | | | ✓ | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | ✓ | | | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races, and religions. |
| p. | | | ✓ | | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | ✓ | | | | | Minorities blame too many problems on racial discrimination. |

29

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct.  Executed on September _22_, 1995.

<u>_Stacey Donaldson_</u>
Juror's Signature

30