# EXHIBIT 25

**47**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Randal Drue Davis_
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮ AGE: _35_ SEX: _M_ RACE: _W_

   BIRTHPLACE: _Abilene_    _TX_ SSN: ▮▮▮▮
   (city / town)    (state)

2. ADDRESS: _208 W Simmons   Weatherford, TX 76086_
   (number and street)    (city / town)    (zip)

   HOME PHONE: (_817_) _596-9245_ BUSINESS PHONE: (_817_) _596-0050_

3. LENGTH OF TIME AT PRESENT ADDRESS: _2 yrs_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Springtown, TX   28 yrs_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Ken Davis Chrysler Plymouth Dodge_

6. JOB TITLE OR DESCRIPTION: _Partner / General Mgr._

   BUSINESS HOURS: _7:30 - 8:00_ LENGTH OF PRESENT EMPLOYMENT: _9 yrs_

   SUPERVISOR: _Ken Davis_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _1985 - 87   Crawford & Co Ins Adjusters_
   _1987 to Present - Ken Davis Chrysler_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _None Since College_

2

If you could change your profession, what would you change it to? _CATTle_
_Ranching_

## FAMILY

9.  MARTIAL STATUS: (circle appropriate answer(s))

    (a). Married   b). Single   c). Separated  d). Divorced  e). Spouse Deceased

    f).  Previously Divorced (how many times ___)   g). Living With Someone

10. NAME OF SPOUSE: _Vonie_ _Nadine_ _Davis_ _Taylor_
                        (first)        (middle)     (last)    (maiden, if applicable)

11. SPOUSE'S EMPLOYER: _Home Maker_

    Job Title Or Description: _____

    Length Of Present Employment: _____

    What Other Types Of Jobs Has Your Spouse Held? _10YRS Payroll_
    _Texas American Bank FT Worth_

12. PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:

    | | | |
    |---|---|---|
    | Under $10,000 _____ | $10,000 to $30,000 _____ |
    | $30,000 to $50,000 _____ | $50,000 to $70,000 _____ |
    | $70,000 to $100,000 ✔ | Over $100,000 _____ |

13. PLEASE  PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

    | | Name | Sex | Age | School or Occupation |
    |---|---|---|---|---|
    | a. | DRUE DAVIS | M | 6 | 1st Grade |
    | b. | MONICA DAVIS | F | 3 | PRe-School |
    | c. | AUStiN DAVIS | M | 1 | — |
    | d. | | | | |

3

e. _____

f. _____

14.  IF YOU HAVE GRANDCHILDREN, HOW MANY? _____

15.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | KEN DAVIS | 63 | Springtown | | Ken Davis Chrysler - Pres. |
| Mother: | Janice Davis | 60 | Springtown | | HomeMaker |
| Stepfather: | | | | | |
| Stepmother: | | | | | |

Were Your Parents Ever Divorced? __NO__

16.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Kenny Davis | M | 40 | Insurance Adjuster |
| b. | Pam Howell | F | 38 | Office Mgr |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17.  PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

4

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
*Graduate Springtown High School. Attended TCJC, Weatherford Jr. College, TCU, UNT. 100 HRS OF College*

18.   PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
*High School Graduate   Attended TCJC*

19.   ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?   IF SO, PLEASE GIVE DETAILS: ___ *NO* _____

## MILITARY

20.   HAVE YOU EVER SERVED IN THE MILITARY? _*NO*__ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties:_____

Did you serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did you participate in any
Courts Martial? _____ Please Explain: _____

Did you ever serve in the military police? _____

21.   HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? _*NO*_ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank   attained:   _____
Duties: _____

Did he/she serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did he/she participate in any
Courts Martial? _____ Please Explain: _____

Did he/she ever serve in the military police? _____

5

## RELIGION

22. RELIGIOUS PREFERENCE: _Protestant_

Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: _Central Christian Church Weatherford, TX_

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? _NO_

23. HOW OFTEN DO YOU ATTEND? _Weekly_ Past or present church offices held: _Deacon, Youth Minister, Stewardship Chairman_ Other than attendance, what activities do you participate in at your church? _Softball, Music_

Have there been any recent changes in your religious activities? Yes _____ No _✓_ Please explain: _____

24. WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? _NO_ IF SO, PLEASE EXPLAIN: _____

25. DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? _NO_ IF SO, PLEASE EXPLAIN: _____

26. DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? _____NO_____ IF SO, PLEASE INDICATE WHICH MINISTRY: _____

27. DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes _✓_ No _____ If yes, please state it: _____ _The Golden Rule_

## POLITICAL

28. DO YOU HAVE A POLITICAL PREFERENCE? _____

Democrat _____    Republican _✓_____

Independent _____    Other_____

Does your spouse have a different preference? _NO_ If so, please explain: ___

6

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE?
Democrat _____                    Republican __✓_____
Independent _____                   Other_____
Is your spouse a member or supporter of a different party? __NO_____
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-
ATE, OR LIBERAL? __ConSeRVAtive_____ Does your
spouse have a different political philosophy? ___NO_____ If so,
please explain: _____

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? __NO_____
If yes, please give details: _____

32. HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR
A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN
ENFORCEMENT OF A LAW? __NO_____
If so, please describe: _____

## PHYSICAL/MEDICAL
33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? __NO_____
If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY
OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP
FOR YOU? __NO__ If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? ___NO_____
If so, please give the name of the medication and the reason you take it:
_____
_____
_____

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING
TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR
JURY SERVICE? __NO_____
If so, please explain: _____

7

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? _____NO_____ If so, please give details (including the name of the hospital and/or doctor/counselor seen):

_____

_____

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? _NO_____

_____

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND?   If so, please describe: _NO_____

_____

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION?   If so, please describe: _Yes, MANY Psychology CLasses IN College_

_____

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: _NO_____

_____

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: _Yes, My MAjoR wAs Psychology_

_____

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? _NO_____
If so, please explain: _____

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____      NO __✓__

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

8

YES ✓ NO _____ Please explain: _People must Be held Responsoble for their Actions._

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY? YES ✓ NO _____ If so, what purpose or purposes do you believe that it serves? _Rids Society of Evil + Sets An Example For others._

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

a. "I believe that the death penalty is appropriate for all crimes involving murder."

**(b.)** "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

c. "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

d. "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

e. "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

f. None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? _Murder, Rape, Torture, Child molesters_

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? _More FRequently_

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO ✓ If yes, what position has it

9

taken? _____

Does this conflict with your own personal feelings regarding the death penalty?

_____

_____

50a.  DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO _✓_ IF YES, HOW DO THEY CONFLICT? _____

_____

_____

51.  DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES _____ NO _✓_ PLEASE EXPLAIN: _____

_____

_____

52.  DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES_____ NO _✓_ If yes, please explain: _____

_____

52a.  IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES _✓_ NO _____ Please explain: _Their ARe Some CASes that A peRson ShoulD NOT Live ANyMORe. CASes OF EXTReme Evil._

_____

## PERSONAL

53.  DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? _CAT_

54.  WHAT KIND OF VEHICLE DO YOU DRIVE? _DODge INTRepiD_ WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? _DODge GRAND FuRY_

55.  TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY: _WeAtherfoRD NooN LioNs CLuB - TAilTwisfeR & BOARD DiRectoR WeAtherfoRD CHAmbeR OF CommeRce_

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZATION? If so, please describe: _MANNA_

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please describe: _____

58. WHAT ARE YOUR HOBBIES? _Guitar, Billiards, Sailing_

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES _✓_ NO _____ If yes, which one(s): _FT Worth STAR Telegram_

60. WHAT ARE YOUR FAVORITE MOVIES? _City Slickers, Red River, Lonesome Dove_

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _Cooking Shows, Rodeo,_

62. WHAT WAS THE LAST BOOK YOU READ? _Bridges Of Madison County_

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? _Romance_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _____ NO _✓_ Which book or trial? _____

65. WHAT IS YOUR FAVORITE RADIO STATION? _WBAP_

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _✓_ NO _____ If so, which one(s)? _Texas Monthly_

11

67. HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO _✓_ If so, about what subject? _____

_____

68. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES_____ NO _✓_ If yes, what was the message: _____

_____

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION?  YES _✓_ NO _____ If so, did you express your opposition?  Yes _____ No _✓_ How? _____

_____

70. HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO _✓_ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _PAUL NewMAN, Jim WRight, LARRY HAgmAN, RogeR STAUBACh, TOM LANDRy_

_____

72. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERI-ENCE WITH A PERSON OF ANOTHER RACE? YES _____ NO _✓_ If yes, please explain: _____

_____

_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY  MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.)  OF A CRIME OTHER THAN A TRAFFIC TICKET?  YES _✓_ NO _____ If yes, please give details: _I WAS ChARgeD w/th DWI, went to Court + INAS FouND NOT GuiLty_

_____

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?, YES _✓_ NO _____ If yes, please give details and name of attorney: _TRAFFIC tickets — Kenneth PRICe DWI - Jerry TiDwell_

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

FRIENDS WHO ARE ATTORNEYS?   YES _✓_ NO ____   If yes, please give attorneys' names and the types of practice they have: _Scott Griffith -Corporat_ _Atty_

76.   WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? _Regular People_

77.   WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL? _Regular People_

78.   PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

_____ For a jury to find a guilty person "not guilty;"
_✓_ For a jury to find an innocent person "guilty."

79.   PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

_1_ Punishment/retribution
_2_ Deterrence/prevention
_3_ Rehabilitation/reform

80.   DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES _✓_ NO ____   If yes, please give details: _I Have been in jail overnight when I was a kid for drinking + the DWI charge. Tracy Rea - Prison)_

81.   HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITA- TION OF PERSONS CONVICTED OF A CRIME? YES ____ NO _✓_ If yes, please give details: _____

82.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES _✓_ NO ____   If yes, please give details: _The O.J. Case interest through the media_

83.   HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE? YES ✓ NO _____ If yes, for what reason: _____ _____My DWI Charge_____

84. HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)? YES _____ NO ✓ If yes, please give details: _____

85. HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY? YES _____ NO ✓ If yes, please give details: _____

86. HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE? YES _____ NO ✓ Who (i.e. you, your spouse, or both)? _____ When? _____ What type of case? _____ Were you/spouse the foreperson? Yes _____ No _____ What Court was it in? _____ Did the jury assess damages? Yes _____ No _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____ No _____ If yes, please give details: _____

87. HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES _____ NO ✓ Who (i.e. you, your spouse, or both)? _____ _____ When? _____ What type of case? _____ Were you/spouse the foreperson? Yes _____ No _____ What Court was it in? _____ Did the jury reach a verdict? Yes _____ No _____ What was your verdict? _____ Was the jury called upon to assess punishment? Yes _____ No _____ What was the punishment assessed: _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____ No _____ If yes, please give details: _____

88. HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION? (Example: city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?) If so, please give name and describe: _____NO_____

14

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: _*NO*_

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY? If so, please describe: _*NO*_

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES ____ NO _✓_ If yes, please give details: _____

92. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT? YES _✓_ NO ____ If yes, please give details: _*MY DWI CASE WAS UNPLEASANT*_

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE? If so, please give details: _*NO*_

94. DO YOU HAVE ANY STRONG PERSONAL FEELINGS ABOUT LAW ENFORCEMENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR? YES ____ NO _✓_ If yes, please explain: _____

95. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? _*FINE EXCEPT the Revolving DOOR IN PRISONS*_

96. DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES _✓_ NO ____ If so, what changes could be made? _*HARSheR punishment & IF you get 10 YRS you Spend 10 YRS!*_

15

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES? YES ✓ NO ____ What factors about the jury trial system make you feel this way? _JUDGeD BY RANDOM Peers mAKes the tRiAl HoNest & FAiR_

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _JURY_

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? _JURY_ Why do you believe this method is more appropriate? _JUDges CAN Become RoutiNe + BIAseD JuRys DoN+._

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? _NO_

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? _most_

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? _GeNeRAlly_

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: _yes DWI_

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES ✓ NO ____ If yes, what was your impression? _NICe PlACe to visit But woulDN+ WANt to Live there_

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITAT-ING/REFORMING PERSONS CONVICTED OF CRIME? YES ____ NO ✓ Please

16

explain your answer: _People MAKe ChANGes iN their owN Lives, PRisoNS CAN+ MAKe those ChaNges FoR you._

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _Yes_

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _MoRe_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _FAMiIVS DoN+ RAiSe their Kibs Right with Love SuppoRt ✝ Religion_

CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _NO_
If so, what facts or purported facts and from what source: _____

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity? _____

17

112. DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO _✓_ If yes, in what capacity? _____

113. DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO _✓_ If yes, who and in what capacity? _____ _____

113a. HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO _✓_ If yes, why, when, and how long were you at each place? _____ _____ _____ _____

114. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO _✓_ If so, please list their names and in what capacity you know them: _____ _____

115. DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO _✓_ If so, please list their names and in what capacity you know them: _____ _____

116. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____ NO _✓_ If so, please list their names and in what capacity you know them: _____ _____ _____

117. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____ NO _✓_ If yes, please explain: _____ _____

118. IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _NONE_ _____ _____

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? *They All Seem Relevant*

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO _V_ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _V_ NO _____ Please explain: *Its my Duty As A Citizen*

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO _V_ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _No_ If so, what reason is there? _____

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | | |
|---|---|---|---|
| (1) | Tom Hayden | Yes _____ | No _V_ |
| (2) | Sean L. Wheetley | Yes _____ | No _V_ |
| (3) | Byron Nelson *(The Golfer? yes)* | Yes _____ | No _V_ |
| (4) | Ingrid Stromberg | Yes _____ | No _V_ |
| (5) | Sammie Riley | Yes _____ | No _V_ |
| (6) | Greg Long | Yes _____ | No _V_ |
| (7) | Paul E. Rios, Jr. | Yes _____ | No _V_ |
| (8) | Lynette Dean | Yes _____ | No _V_ |
| (9) | Thelma Laird | Yes _____ | No _V_ |
| (10) | Steven Beckley | Yes _____ | No _V_ |
| (11) | Trina Washington | Yes _____ | No _V_ |
| (12) | John Stanton | Yes _____ | No _V_ |
| (13) | Rachel Cherry | Yes _____ | No _V_ |
| (14) | Officer William A. Sanders | Yes _____ | No _V_ |
| (15) | Officer Rick Pritzen | Yes _____ | No _V_ |

| | | | |
|---|---|---|---|
| (16) | Special Agent Todd McCall | Yes ____ | No ✓ |
| (17) | Special Agent David Greenberg | Yes ____ | No ✓ |
| (18) | Special Agent Bill Eppright | Yes ____ | No ✓ |
| (19) | Stanfield Vitalis | Yes ____ | No ✓ |
| (20) | Neil Rene | Yes ____ | No ✓ |
| (21) | Lena Patel | Yes ____ | No ✓ |
| (22) | Howard Williams | Yes ____ | No ✓ |
| (23) | Mike Patel | Yes ____ | No ✓ |
| (24) | Jay Patel | Yes ____ | No ✓ |
| (25) | Demetrius Hall | Yes ____ | No ✓ |
| (26) | Marvin Holloway | Yes ____ | No ✓ |
| (27) | Latasha Holloway | Yes ____ | No ✓ |
| (28) | Special Agent Eric Mason | Yes ____ | No ✓ |
| (29) | Officer Ruben Puente | Yes ____ | No ✓ |
| (30) | Special Agent Andy Farrell | Yes ____ | No ✓ |
| (31) | Special Agent Steve Caruso | Yes ____ | No ✓ |
| (32) | Craig Chandler | Yes ____ | No ✓ |
| (33) | Greg Barber | Yes ____ | No ✓ |
| (34) | James Bennett | Yes ____ | No ✓ |
| (35) | Kenneth Bersano | Yes ____ | No ✓ |
| (36) | Garrett O. Floyd | Yes ____ | No ✓ |
| (37) | Jim Ford | Yes ____ | No ✓ |
| (38) | Bob Oakley | Yes ____ | No ✓ |
| (39) | Mike Davis | Yes ____ | No ✓ |
| (40) | Pearl Rene | Yes ____ | No ✓ |
| (41) | Agnes Rene | Yes ____ | No ✓ |
| (42) | Bob Crewdson | Yes ____ | No ✓ |
| (43) | Oscar T. Eubanks | Yes ____ | No ✓ |
| (44) | Henry Byron | Yes ____ | No ✓ |
| (45) | Charles Fields | Yes ____ | No ✓ |
| (46) | LaShante Dones | Yes ____ | No ✓ |
| (47) | Phyllis Carmen | Yes ____ | No ✓ |
| (48) | Sylvia Henry | Yes ____ | No ✓ |
| (49) | LaTonya Anders | Yes ____ | No ✓ |
| (50) | Cassandra Ross | Yes ____ | No ✓ |
| (51) | Jerry Ross | Yes ____ | No ✓ |
| (52) | Augustus Lee | Yes ____ | No ✓ |
| (53) | Erma Willis | Yes ____ | No ✓ |
| (54) | Lakeisha Schultz | Yes ____ | No ✓ |
| (55) | Kenyatta Silas | Yes ____ | No ✓ |
| (56) | Geren Willis | Yes ____ | No ✓ |
| (57) | Dexter Smart | Yes ____ | No ✓ |
| (58) | Rico Jackson | Yes ____ | No ✓ |
| (59) | Trinity Travis | Yes ____ | No ✓ |
| (60) | Terry Johnson | Yes ____ | No ✓ |

20

| | | | |
|---|---|---|---|
| (61) | Tim Ford | Yes ____ | No ✓ |
| (62) | Officer Gary Cardinale | Yes ____ | No ✓ |
| (63) | Doris Cable | Yes ____ | No ✓ |
| (64) | Larry Nichols | Yes ____ | No ✓ |
| (65) | Hayward Alexander | Yes ____ | No ✓ |
| (66) | Rhonda Shipp | Yes ____ | No ✓ |
| (67) | Darryl Hensiek | Yes ____ | No ✓ |
| (68) | Hope Arredondo | Yes ____ | No ✓ |
| (69) | Special Agent Gil Torrez | Yes ____ | No ✓ |
| (70) | Tonya Smart | Yes ____ | No ✓ |
| (71) | Officer D. Lowrey | Yes ____ | No ✓ |
| (72) | Danny Bruce | Yes ____ | No ✓   I KNOW A DANNY BRUCE |
| (73) | Kermit B. Channell | Yes ____ | No ✓ |
| (74) | Lisa D. Sakevicius | Yes ____ | No ✓ |
| (75) | Shawna Maynard | Yes ____ | No ✓ |
| (76) | Benny Brumley | Yes ____ | No ✓ |
| (77) | Lt. Carolyn Dykes | Yes ____ | No ✓ |
| (78) | Orlando Stewart | Yes ____ | No ✓ |
| (79) | Nelson Post | Yes ____ | No ✓ |
| (80) | Wendel Holden | Yes ____ | No ✓ |
| (81) | David Kellog | Yes ____ | No ✓ |
| (82) | Gerald Gardner | Yes ____ | No ✓ |
| (83) | David Butler | Yes ____ | No ✓ |
| (84) | Curtis Lewis | Yes ____ | No ✓ |
| (85) | Charles Skinner | Yes ____ | No ✓ |
| (86) | Richard Jones | Yes ____ | No ✓ |
| (87) | Richard McKinnon | Yes ____ | No ✓ |
| (88) | Mary Nelson | Yes ____ | No ✓ |
| (89) | Officer K. Cooper | Yes ____ | No ✓ |
| (90) | Shannon Strobel | Yes ____ | No ✓ |
| (91) | John Bitton | Yes ____ | No ✓ |
| (92) | Aline Patrick | Yes ____ | No ✓ |
| (93) | Steven F. Hoida | Yes ____ | No ✓ |
| (94) | A. Shelton | Yes ____ | No ✓ |
| (95) | Barbara Kelley | Yes ____ | No ✓ |
| (96) | Bodil B. Hewitt | Yes ____ | No ✓ |
| (97) | Gary Burke | Yes ____ | No ✓ |
| (98) | Officer Joel Stephenson | Yes ____ | No ✓ |
| (99) | Officer Mike Phillips | Yes ____ | No ✓ |
| (100) | Officer Paul Ramsey | Yes ____ | No ✓ |
| (101) | Barbara Snyder | Yes ____ | No ✓ |
| (102) | Chris Allen | Yes ____ | No ✓ |
| (103) | Melisa Smrz | Yes ____ | No ✓ |
| (104) | David Lloyd | Yes ____ | No ✓ |
| (105) | Mike Smith | Yes ____ | No ✓ |

21

| | | | |
|---|---|---|---|
| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No ✓ |
| (107) | Mike Wieners | Yes _____ | No ✓ |
| (108) | Bruce Hall | Yes _____ | No ✓ |
| (109) | Hal Deadman | Yes _____ | No ✓ |
| (110) | James Corby | Yes _____ | No ✓ |
| (111) | Patricia Eddings | Yes _____ | No ✓ |
| (112) | Robert P. Rooney | Yes _____ | No ✓ |
| (113) | Ron Allen | Yes _____ | No ✓ |
| (114) | Latanya Anders | Yes _____ | No ✓ |
| (115) | Detective Ayala | Yes _____ | No ✓ |
| (116) | David W. Baker | Yes _____ | No ✓ |
| (117) | Margie Baker | Yes _____ | No ✓ |
| (118) | Rachel Balero | Yes _____ | No ✓ |
| (119) | Patricia Barnum | Yes _____ | No ✓ |
| (120) | R.V. Benz | Yes _____ | No ✓ |
| (121) | Mark Bramelett | Yes _____ | No ✓ |
| (122) | Mary C. Breashears | Yes _____ | No ✓ |
| (123) | James L. Brown | Yes _____ | No ✓ |
| (124) | Robert D. Brown | Yes _____ | No ✓ |
| (125) | Brad Buerger | Yes _____ | No ✓ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No ✓ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No ✓ |
| (128) | Marianne Cesery | Yes _____ | No ✓ |
| (129) | Officer Chashire | Yes _____ | No ✓ |
| (130) | Megan Clement | Yes _____ | No ✓ |
| (131) | Cheryl Cochran | Yes _____ | No ✓ |
| (132) | Bruce Collins | Yes _____ | No ✓ |
| (133) | Pat J. Compton | Yes _____ | No ✓ |
| (134) | Danny O. Coulson | Yes _____ | No ✓ |
| (135) | Tomeka Curry | Yes _____ | No ✓ |
| (136) | Anita Davis | Yes _____ | No ✓ |
| (137) | James Davis | Yes _____ | No ✓ |
| (138) | Kacy Davis | Yes _____ | No ✓ |
| (139) | Michael Davis | Yes _____ | No ✓ |
| (140) | Floyd Day | Yes _____ | No ✓ |
| (141) | Rolando De La Pena | Yes _____ | No ✓ |
| (142) | Larry Dennis | Yes _____ | No ✓ |
| (143) | Carol Dice | Yes _____ | No ✓ |
| (144) | Larry Doll | Yes _____ | No ✓ |
| (145) | Steve Dollar | Yes _____ | No ✓ |
| (146) | Mike Dominque | Yes _____ | No ✓ |
| (147) | R. Dorman | Yes _____ | No ✓ |
| (148) | William Eppright | Yes _____ | No ✓ |
| (149) | Neal Fernell | Yes _____ | No ✓ |
| (150) | Officer T. Files | Yes _____ | No ✓ |

22

| | | | |
|---|---|---|---|
| (151) | Alfred Finch | Yes _____ | No ✓ |
| (152) | Tim Ford | Yes _____ | No ✓ |
| (153) | Tena Francis | Yes _____ | No ✓ |
| (154) | Officer Franklin | Yes _____ | No ✓ |
| (155) | Daisy Frazier | Yes _____ | No ✓ |
| (156) | Anne Funderberg | Yes _____ | No ✓ |
| (157) | Officer J. Gaddy | Yes _____ | No ✓ |
| (158) | Matthew Garrett | Yes _____ | No ✓ |
| (159) | Everett Goldman | Yes _____ | No ✓ |
| (160) | Ronald Goodwin | Yes _____ | No ✓ |
| (161) | John M. Graves | Yes _____ | No ✓ |
| (162) | Neal Greer | Yes _____ | No ✓ |
| (163) | David G. Guntharp | Yes _____ | No ✓ |
| (164) | A.J. Hall | Yes _____ | No ✓ |
| (165) | Betty Hall | Yes _____ | No ✓ |
| (166) | Jack Hall | Yes _____ | No ✓ |
| (167) | Keith Hall | Yes _____ | No ✓ |
| (168) | Orlando Hall | Yes _____ | No ✓ |
| (169) | Orlando Hall, Jr. | Yes _____ | No ✓ |
| (170) | Pam Hall | Yes _____ | No ✓ |
| (171) | Scott Hall | Yes _____ | No ✓ |
| (172) | Shountay Hall | Yes _____ | No ✓ |
| (173) | Tasha Hall | Yes _____ | No ✓ |
| (174) | Tracy Hall | Yes _____ | No ✓ |
| (175) | Treshaun Hall | Yes _____ | No ✓ |
| (176) | Eric Hampton | Yes _____ | No ✓ |
| (177) | Mark Hansen | Yes _____ | No ✓ |
| (178) | Prosecutor Harp | Yes _____ | No ✓ |
| (179) | Bruce Hart | Yes _____ | No ✓ |
| (180) | Mark Hegwood | Yes _____ | No ✓ |
| (181) | Havis Hester | Yes _____ | No ✓ |
| (182) | Bill Hickman | Yes _____ | No ✓ |
| (183) | Dennis Holloman | Yes _____ | No ✓ |
| (184) | Glenda Holloway | Yes _____ | No ✓ |
| (185) | Linda Holloway | Yes _____ | No ✓ |
| (186) | Tasha Holloway | Yes _____ | No ✓ |
| (187) | Wendell Holt | Yes _____ | No ✓ |
| (188) | R. Hosack | Yes _____ | No ✓ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No ✓ |
| (190) | William James, M.D. | Yes _____ | No ✓ |
| (191) | Carlos Jasper | Yes _____ | No ✓ |
| (192) | Barbara Johnson | Yes _____ | No ✓ |
| (193) | Lee Jones | Yes _____ | No ✓ |
| (194) | Philip Jonio | Yes _____ | No ✓ |
| (195) | Tyrone Kilgore | Yes _____ | No ✓ |

23

| (196) | Charles P. Kokes | Yes _____ | No |
| (197) | David Kunkle | Yes _____ | No |
| (198) | Danny LaRue | Yes _____ | No |
| (199) | Linda Law | Yes _____ | No |
| (200) | Eric Lewis | Yes _____ | No |
| (201) | Officer Lorenzen | Yes _____ | No |
| (202) | Officer Debbie Lowery | Yes _____ | No |
| (203) | Officer Lumley | Yes _____ | No |
| (204) | Shanyce Matthews | Yes _____ | No |
| (205) | Dawn Maxon | Yes _____ | No |
| (206) | Dorothy McCalvin | Yes _____ | No |
| (207) | R.S. McCullough | Yes _____ | No |
| (208) | Alex H. McGlinchey | Yes _____ | No |
| (209) | William J. Meredith | Yes _____ | No |
| (210) | Detective S. Miller | Yes _____ | No |
| (211) | James R. Moneypenny | Yes _____ | No |
| (212) | Albert Moore | Yes _____ | No |
| (213) | Jamie Morrow | Yes _____ | No |
| (214) | Officer E. Murry | Yes _____ | No |
| (215) | Kim Newsome | Yes _____ | No |
| (216) | Mindy Newsome | Yes _____ | No |
| (217) | Reverend Willie Norful | Yes _____ | No |
| (218) | Pamela Palmer | Yes _____ | No |
| (219) | Nita Patel | Yes _____ | No |
| (220) | Vanessa Patterson | Yes _____ | No |
| (221) | Dorothy Pearson | Yes _____ | No |
| (222) | Officer Phillips | Yes _____ | No |
| (223) | J. Plunkett | Yes _____ | No |
| (224) | Michael S. Pouche | Yes _____ | No |
| (225) | Danny Price | Yes _____ | No |
| (226) | Donald W. Ramsey | Yes _____ | No |
| (227) | Future Rayford | Yes _____ | No |
| (228) | Calvin Rayfus | Yes _____ | No |
| (229) | Sgt. Richards | Yes _____ | No |
| (230) | Detective Riggins | Yes _____ | No |
| (231) | John Paul Rios | Yes _____ | No |
| (232) | Dennis J. Roberts | Yes _____ | No |
| (233) | Ricky Roberts | Yes _____ | No |
| (234) | Detective Captain Roper | Yes _____ | No |
| (235) | Richard Roper | Yes _____ | No |
| (236) | Officer Sanders | Yes _____ | No |
| (237) | LaTosha Savage | Yes _____ | No |
| (238) | Stella Savage | Yes _____ | No |
| (239) | Lakeshia Schultz | Yes _____ | No |
| (240) | James Scott | Yes _____ | No |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No ✓ |
| (242) | Lieutenant J. Seamans | Yes _____ | No ✓ |
| (243) | Dorene Sheridan | Yes _____ | No ✓ |
| (244) | Derek Sherman | Yes _____ | No ✓ |
| (245) | Barbara M. Sherver | Yes _____ | No ✓ |
| (246) | Officer B. Simmons | Yes _____ | No ✓ |
| (247) | Officer P. Silas | Yes _____ | No ✓ |
| (248) | Sgt. Simonds | Yes _____ | No ✓ |
| (249) | Cindy Slaughter | Yes _____ | No ✓ |
| (250) | Officer B. Slocum | Yes _____ | No ✓ |
| (251) | Billy Wayne Smith | Yes _____ | No ✓ |
| (252) | Veda Smith | Yes _____ | No ✓ |
| (253) | Sgt. M. Snyder | Yes _____ | No ✓ |
| (254) | Kenyatta Sparks | Yes _____ | No ✓ |
| (255) | Officer R. Spriggs | Yes _____ | No ✓ |
| (256) | Sgt. M. Stanfield | Yes _____ | No ✓ |
| (257) | Gene Stewart | Yes _____ | No ✓ |
| (258) | Deshon L. Stokes | Yes _____ | No ✓ |
| (259) | Detective Sgt. Stout | Yes _____ | No ✓ |
| (260) | Ingrid Stumberger | Yes _____ | No ✓ |
| (261) | William Q. Sturner | Yes _____ | No ✓ |
| (262) | Kesha Swartz | Yes _____ | No ✓ |
| (263) | John Sweeney | Yes _____ | No ✓ |
| (264) | Captain Houston Talley | Yes _____ | No ✓ |
| (265) | R. Taylor | Yes _____ | No ✓ |
| (266) | Tony Taylor | Yes _____ | No ✓ |
| (267) | Officer Bill Tenison | Yes _____ | No ✓ |
| (268) | Thomas Terry | Yes _____ | No ✓ |
| (269) | Maxie Thomas | Yes _____ | No ✓ |
| (270) | Dora Turkman | Yes _____ | No ✓ |
| (271) | Hicham Turkman | Yes _____ | No ✓ |
| (272) | Taylor Ubanks | Yes _____ | No ✓ |
| (273) | George VanHook | Yes _____ | No ✓ |
| (274) | Amy S. Vaughan | Yes _____ | No ✓ |
| (275) | Jimmy Watts | Yes _____ | No ✓ |
| (276) | Beatrice Webster | Yes _____ | No ✓ |
| (277) | David Webster | Yes _____ | No ✓ |
| (278) | Mark Webster | Yes _____ | No ✓ |
| (279) | Willie Lee Webster | Yes _____ | No ✓ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No ✓ |
| (281) | Cornelius Westmoreland | Yes _____ | No ✓ |
| (282) | Billy White | Yes _____ | No ✓ |
| (283) | Jackie Wiley | Yes _____ | No ✓ |
| (284) | Bernard Willis | Yes _____ | No ✓ |
| (285) | Jeren Willis | Yes _____ | No ✓ |

25

| | | | |
|---|---|---|---|
| (286) | Jimmy Woodus | Yes _____ | No ✓ |
| (287) | B. Wyatt | Yes _____ | No ✓ |
| (288) | Tom Wynne | Yes _____ | No ✓ |
| (289) | Jeffrey Yates, D.O. | Yes _____ | No ✓ |
| (290) | Dr. Randy Price | Yes _____ | No ✓ |
| (291) | Dr. Linda Norton | Yes _____ | No ✓ |
| (292) | Dr. Lisa Clayton | Yes _____ | No ✓ |

26

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | | | ✓ | The death penalty is wrong. |
| B. | ✓ | | | | | | The death penalty is the best crime preventative. |
| C. | | | | | | ✓ | The death penalty is absolutely never justified. |
| D. | ✓ | | | | | | I think the death penalty is necessary. |
| E. | ✓ | | | | | | I wish the death penalty were not necessary. |
| F. | | | | | | ✓ | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | | ✓ | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | | | ✓ | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | | ✓ | The death penalty has never been effective in preventing crime. |
| J. | ✓ | | | | | | We must have the death penalty for some crimes. |
| K. | | | ✓ | | | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | | ✓ | The death penalty is not necessary to modern civilization. |
| M. | | | | | | ✓ | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP   Document 127   Filed 11/12/20   Page 27 of 30 PageID #: 661

Case 2:20-cv-00599-JPH-DLP   Document 1-27   Filed 11/12/20   Page 28 of 30 PageID #: 662

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | | | | ✓ | Execution of criminals is a disgrace to a civilized society. |
| O. | | | | | | | The death penalty gives the criminal what he deserves. |
| P. | | | ✓ | | | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | | | ✓ | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | | | | | ✓ | The death penalty is justified only for premeditated murder. |

**DIRECTIONS:** Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | | | | ✓ | Black males commit most of the violent crimes in our society. |
| b. | | | | | | ✓ | Today's welfare society is the major cause of crime. |
| c. | | | | | | ✓ | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | | | | ✓ | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

Case 2020-cv-00099-PH-DLP Document 1-2 Filed 11/04/20 Page 29 of 30 PageID

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | ✓ | | | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | | | ✓ | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | | | | ✓ | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | | ✓ | It is not wrong to lie if it is for a good reason. |
| i. | | | | | | ✓ | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | | | | | ✓ | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | | ✓ | | | Parolees are the major cause of crime in today's society. |
| l. | ✓ | | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | | | | ✓ | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | | | | ✓ | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races and religions. |
| p. | | ✓ | | | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | | | ✓ | | | Minorities blame too many problems on racial discrimination. |

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct. Executed on September _22_, 1995.

_Randy Davis_

Juror's Signature