# EXHIBIT 26

**95**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _PATRICIA_ _JEANNE_ _COX_ _BIANCOSINO_
   (first)     (middle)     (last)     (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓ AGE: _47_ SEX: _F_ RACE: _CAUCASIAN_

   BIRTHPLACE: _Ft. Worth_ _TX_ SSN: ▓▓▓▓
   (city / town)     (state)

2. ADDRESS: _6359 Newport Ct._ _Ft. Worth_ _TX_
   (number and street)     (city / town)     (zip)

   HOME PHONE: (_817_) _732-5635_ BUSINESS PHONE: (_817_) _735-4983_
   _817 735-8697_

3. LENGTH OF TIME AT PRESENT ADDRESS: _6 ½ yrs._

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Ft. Worth since 1973._

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _O'Rourke Companies, Inc._

6. JOB TITLE OR DESCRIPTION: _Director_

   BUSINESS HOURS _8-5_ LENGTH OF PRESENT EMPLOYMENT: _4 yrs._

   SUPERVISOR: _Dennis O'Rourke_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Consultant in Oil & Gas / Pulp & Paper - 6 yrs._
   _Cantey, Hanger - 1½ yrs_
   _TCU Faculty - MJ Neeley School of Bus. - 6 yrs_

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _____
   _Faculty part-time at NTSU and TCJC._

2

If you could change your profession, what would you change it to? _____

_I LOVE WHAT I DO!_

## FAMILY

9.   MARTIAL STATUS:  (circle appropriate answer(s))

   (a). Married    b).  Single    c).  Separated  d).  Divorced   e). Spouse Deceased

   f).   Previously Divorced (how many times ___)    g).  Living With Someone

10.  NAME OF SPOUSE: _C._____GARVIN_____COX_____
   (first)                    (middle)              (last)         (maiden, if applicable)

11.  SPOUSE'S EMPLOYER: _TEXAS  REFINERY  CORP._____

   Job Title Or Description: _SR. VP_____

   Length Of Present Employment: _22 yrs._____

   What Other Types  Of Jobs Has Your Spouse Held? _FRUEHOFF_____

12.  PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
   Under $10,000 _____        $10,000 to $30,000 _____
   $30,000 to $50,000 _____     $50,000 to $70,000 _____
   $70,000 to $100,000 _____      Over $100,000 ___✓_____

13.  PLEASE  PROVIDE  THE  FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| Name | Sex | Age | School or Occupation |
|------|-----|-----|----------------------|
| a. JEANNI COX | F | 20 | TCJC |
| b. | | | |
| c. | | | |
| d. | | | |

3

e. _____

f. _____

14. IF YOU HAVE GRANDCHILDREN, HOW MANY? _____

15. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | HARRY BIANCOSINO | 75 | Ft. WORTH | Ret. | G,D, |
| Mother: | WANDA BIANCOSINO | 73 | Ft. WORTH | Ret. | BBC |
| Stepfather: | — | | | | |
| Stepmother: | — | | | | |

Were Your Parents Ever Divorced? No

16. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | NA | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17. PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

4

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
_____ *BBA - BAYLOR UNIVERSITY - 1970* _____
_____ *MBA - NTSU - 1978* _____
_____ *30 hrs. toward Ph.D.* _____

18.    PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
_____ *BBA - BAYLOR UNIVERSITY - 1970* _____
_____

19.    ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?  IF SO, PLEASE GIVE DETAILS: _____ *NA* _____
_____
_____

## MILITARY

20.    HAVE YOU EVER SERVED IN THE MILITARY? _*No*_ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties:_____
_____
Did you serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did you participate in any
Courts Martial? _____ Please Explain: _____
_____
Did you ever serve in the military police? _____

21.    HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? _*Yes*_ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _*NGAT*_, Years of Service _*6*_, Enlist? _*Yes*_, Re-enlist? _*No*_ Highest grade or rank attained: _*E6*_
Duties: _*TRANSPORTATION / TANK UNIT*_
_____
Did he/she serve in combat? _*NO*_ Year Discharged? _*1975*_
Type of Discharge: _*HONORABLE*_ Did he/she participate in any
Courts Martial? _*NO*_ Please Explain: _____
_____
Did he/she ever serve in the military police? _*NO*_

5

## RELIGION

22.  RELIGIOUS PREFERENCE: _____
Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: _____
_BROADWAY BAPTIST CHURCH_

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? _NO_

23.  HOW OFTEN DO YOU ATTEND? _REGULARLY_ Past or present church offices held: _CHAIRMAN, VARIOUS COMMITTEES_
Other than attendance, what activities do you participate in at your church? _MISSIONS - YOUTH ACTIVITIES_
Have there been any recent changes in your religious activities? Yes _____
No _✓_ Please explain: _____

24.  WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? _NO_ IF SO, PLEASE EXPLAIN: _____

25.  DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? _NO_ IF SO, PLEASE EXPLAIN: _____

26.  DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? _NO_ IF SO, PLEASE INDICATE WHICH MINISTRY: _____

27.  DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes _____ No _____ If yes, please state it: _____

## POLITICAL

28.  DO YOU HAVE A POLITICAL PREFERENCE? _____
Democrat _____            Republican _✓_____
Independent _____          Other_____
Does your spouse have a different preference? _NO_ If so, please explain: __

6

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE?
Democrat _____   Republican _____✓_____
Independent _____   Other_____
Is your spouse a member or supporter of a different party? _NO_____
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-
ATE, OR LIBERAL? _POLITICALLY MODERATE_____ Does your
spouse have a different political philosophy? _NO_____ If so,
please explain: _____

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? _NO_____
If yes, please give details: _____

32. HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR
A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN
ENFORCEMENT OF A LAW? _____NO_____
If so, please describe: _____

## PHYSICAL/MEDICAL

33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? _NO_____
If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY
OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP
FOR YOU? _NO__ If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? _NO_____
If so, please give the name of the medication and the reason you take it:
_____
_____
_____

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING
TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR
JURY SERVICE? _NO_____
If so, please explain: _____

7

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? *NO* If so, please give details (including the name of the hospital and/or doctor/counselor seen):

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? *OUR DAUGHTER HAS A LEARNING DISABILITY*

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND? If so, please describe: *NO*

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION? If so, please describe: *THOSE RELATING TO LEARNING DIFFERENCES*

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: *CANNOT REMEMBER ANY Still ALIVE*

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: *INTRO COURSES IN COLLEGE*

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? _____ If so, please explain: *NO*

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____ NO __✓__

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

8

YES ✓   NO _____   Please explain: _____

_____

_____

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY?   YES ✓   NO _____   If so, what purpose or purposes do you believe that it serves? _____

_____

_____

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

a. "I believe that the death penalty is appropriate for all crimes involving murder."

b. "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

c. "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

d. "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

e. "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

f. None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? *CRIMES AGAINST LAW ENFORCEMENT OFFICERS — DEATHS FROM ABUSE /VIOLENCE/*

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? *SAME — ENFORCE IT & ELIMINATE SO MANY STAYS*

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?   YES _____   NO ✓   If yes, what position has it

taken? _____

Does this conflict with your own personal feelings regarding the death penalty? _____ *NO* _____

50a.   DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO ✓ IF YES, HOW DO THEY CONFLICT? _____

51.   DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES _____ NO ✓ PLEASE EXPLAIN: _____

52.   DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES_____ NO ✓ If yes, please explain: _____

52a.   IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES _____ NO _____ Please explain: *Depends on effects - Cannot answer in absolute terms*

## PERSONAL

53.   DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? _____

54.   WHAT KIND OF VEHICLE DO YOU DRIVE? *1989 190E Mercedes* WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? *1994 Jeep*

55.   TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY: *Inactive Now*

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZA-
TION? If so, please describe: *BROADWAY BAPTIST CHURCH, BAYLOR UNIVERSITY, ROUND ROCK CHILDREN'S HOME*

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES ✓ NO _____ If yes, please describe: *SAFETY COUNCIL - HUSBAND - 1980'S*

58. WHAT ARE YOUR HOBBIES? *READ, Physical Fitness, YARD TRAVEL*

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES ✓ NO _____ If yes, which one(s): *FW STAR TELEGRAM*

60. WHAT ARE YOUR FAVORITE MOVIES? *WHATEVER WAS THE LAST ONE I SAW!!*

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? *FRIENDS HOME IMPROVEMENT SPORTS EVENTS*

62. WHAT WAS THE LAST BOOK YOU READ? *THE FIST OF GOD*

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? *NON FICTION*

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES ✓ NO _____ Which book or trial? *ALL FICTION - WHO REMEMBERS?*

65. WHAT IS YOUR FAVORITE RADIO STATION? *KSCS/KVIL*

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES ✓ NO _____ If so, which one(s)? *TX MONTHLY AND COSMOPOLITAN*

11

67. HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO __✓__ If so, about what subject? _____

68. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES_____ NO __✓__ If yes, what was the message: _____

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION? YES __✓__ NO _____ If so, did you express your opposition? Yes __✓__ No _____ How? _____ _____ TO SPOUSE AND FRIENDS _____

70. HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO __✓__ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _____

72. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERI- ENCE WITH A PERSON OF ANOTHER RACE? YES __✓__ NO _____ If yes, please explain: MOTHER ROBBED AND SHE CAUGHT HIM - BLARK DAUTHER HIT IN MIDDLE SCHOOL BY BLACK GIRL _____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.) OF A CRIME OTHER THAN A TRAFFIC TICKET? YES __✓__ NO _____ If yes, please give details: BROTHER-IN-LAW - 2YRS - ROBBERY(S)

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON? YES __✓__ NO _____ If yes, please give details and name of attorney: WILLS - LYNETTE GUY WILLIAMSON

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

FRIENDS WHO ARE ATTORNEYS? YES _✓_ NO ____ If yes, please give attorneys' names and the types of practice they have: _SCOTT MOORE - JUV. JUDGE Retired / MARK MOORE w/ CANTEY HANGAR / ELLEN TYLER IN PRVT / ROGER NEELEY w/ ALBERT, NEELEY KUHLMAN /_

76.   WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? _____

_____

77.   WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL?

_____

78.   PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

_____ For a jury to find a guilty person "not guilty;"
___✓___ For a jury to find an innocent person "guilty."

79.   PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

___1___ Punishment/retribution
___2)__ Deterrence/prevention
___3___ Rehabilitation/reform

80.   DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES _✓_ NO ____ If yes, please give details: _BROTHER-IN-LAW - CONVICTED OF ROBBERY (?)_

_____

81.   HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITATION OF PERSONS CONVICTED OF A CRIME? YES _____ NO _✓_ If yes, please give details: _____

_____

_____

82.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES _✓_ NO ____ If yes, please give details: _ONLY THOSE LOCAL CRIMES THAT DRAW LOCAL INTEREST - JUST WHAT'S IN THE PAPER)_

83.   HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE?  YES _____  NO __✓__  If yes, for what reason: _____

_____

_____

_____

84.  HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)?  YES _____  NO __✓__  If yes, please give details: _____

_____

85.  HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?  YES _____ NO __✓__  If yes, please give details: _____

_____

86.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?  YES ✓ NO _____  Who (i.e. you, your spouse, or both)?  _SPOUSE_ When? _____  What type of case? _____  Were you/spouse the foreperson?  Yes _____  No _____  What Court was it in? _____  Did the jury assess damages?  Yes _____  No _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?  Yes _____  No _____  If yes, please give details: __HAVE NO IDEA__

87.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES_____  NO __✓__  Who (i.e. you, your spouse, or both)?_____ _____  When? _____  What type of case? _____  Were you/spouse the foreperson?  Yes _____ No _____  What Court was it in? _____  Did the jury reach a verdict?  Yes _____  No _____  What was your verdict? _____ Was the jury called upon to assess punishment? Yes _____  No _____  What was the punishment assessed: _____  Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____  No _____  If yes, please give details: _____

_____

_____

_____

88.  HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION?  (Example:  city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?)  If so, please give name and describe: __NO__

_____

14

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: _____ *NO*

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY?  If so, please describe: *JUST FAMILY MEMBERS – UNCLE – RETIRED JUDGE COUSINS – ATTORNEYS*

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES ____ NO __✓__ If yes, please give details: _____

92. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT?  YES ____ NO __✓__ If yes, please give details: _____

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE?  If so, please give details: _____ *NO*

94. DO YOU HAVE ANY STRONG PERSONAL FEELINGS  ABOUT LAW ENFORCEMENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR?  YES __✓__ NO _____ If yes, please explain: *STRONG SUPPORT*

95. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? *SLOW AND CUMBERSOME TOO MANY LOOP HOLES – NOT STRAIGHT FORWARD*

96. DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES __✓__ NO _____ If so, what changes could be made? *SIMPLIFY PROCEDURE – NO TOLERANCE FOR ABUSES OF SYSTEM – ALLOW JURORS TO LEARN FACTS SURROUNDING OTHER CHARGES AND CONVICTIONS*

15

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES? YES ____ NO ✓ What factors about the jury trial system make you feel this way? *WE'RE ALL HUMAN W/ BIAS AND PREJUDICE.*

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? *JUDGE*

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? *JUDGE* Why do you believe this method is more appropriate? *UNDERSTANDS LAW BETTER THAN WE DO. KNOWS RAMIFICATIONS OF DECISION - TIME OFF, etc.*

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? ____ *Depends on facts.*

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? *75% OF TIME*

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? *ONLY IN THE RECOLLECTION OF WHAT THEY SAW*

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: *Yes - EMPLOYER THOUGHT I LIED TO HIM - TIME PROVED ME CORRECT.*

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES ✓ NO ____ If yes, what was your impression? *ONLY ALCATRAZ AS A TOURIST*

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITAT-ING/REFORMING PERSONS CONVICTED OF CRIME? YES ✓ NO ____ Please

16

explain your answer: _ONLY OCCASIONALLY._

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _OCCASIONALLY_

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _MORE_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _ESCALATION IN JUVENILE CRIME & VIOLENCE EASY ACCESSIBILITY TO GUNS_

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _WHAT WAS IN PAPER_ If so, what facts or purported facts and from what source: _LISA RENEE WAS KIDNAPPED FROM ARLINGTON - LOCATED IN PINE BLUFF - BROTHERS BELIEVED TO BE INVOLVED W/ DRUGS. KIDNAPPING WAS RETRIBUTION._

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity?

17

112. DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO ✓ If yes, in what capacity? _____

113. DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO ✓ If yes, who and in what capacity? _____
_____

113a. HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO ✓ If yes, why, when, and how long were you at each place? _____
_____
_____
_____

114. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO ✓ If so, please list their names and in what capacity you know them: _____
_____

115. DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO ✓ If so, please list their names and in what capacity you know them: _____
_____

116. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____ NO ✓ If so, please list their names and in what capacity you know them: _____
_____
_____
_____

117. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____ NO ✓ If yes, please explain: _____
_____
_____

118. IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _BUSINESS TRIPS TO DALLAS, BATON ROUGE, APPMTS. IN MY OFFICE - 10/4. OTHER DATES NOT SPECIFIC YET._

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? _SOME ARE INTRUSIVE AND APPEAR TO HAVE NO RELEVANCE_

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO _✓_ Please explain what opinion you have: _JUST SUMMARY OF EVENTS AS REPORTED_

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _____ NO _✓_ Please explain: _TIME INVOLVED AND BURDEN OF DEATH PENALTY_

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO _✓_ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _NO_ If so, what reason is there?

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | | Yes | No |
|---|---|---|---|---|
| (1) | Tom Hayden | | _____ | ✓ |
| (2) | Sean L. Wheetley | | _____ | ✓ |
| (3) | Byron Nelson | | _____ | ✓ |
| (4) | Ingrid Stromberg | | _____ | ✓ |
| (5) | Sammie Riley | | _____ | ✓ |
| (6) | Greg Long | | _____ | ✓ |
| (7) | Paul E. Rios, Jr. | | _____ | ✓ |
| (8) | Lynette Dean | | _____ | ✓ |
| (9) | Thelma Laird | | _____ | ✓ |
| (10) | Steven Beckley | | _____ | ✓ |
| (11) | Trina Washington | | _____ | ✓ |
| (12) | John Stanton | | _____ | ✓ |
| (13) | Rachel Cherry | | _____ | ✓ |
| (14) | Officer William A. Sanders | | _____ | ✓ |
| (15) | Officer Rick Pritzen | | _____ | ✓ |

19

| | | | |
|---|---|---|---|
| (16) | Special Agent Todd McCall | Yes _____ | No ✓ |
| (17) | Special Agent David Greenberg | Yes _____ | No ✓ |
| (18) | Special Agent Bill Eppright | Yes _____ | No ✓ |
| (19) | Stanfield Vitalis | Yes _____ | No ✓ |
| (20) | Neil Rene | Yes _____ | No ✓ |
| (21) | Lena Patel | Yes _____ | No ✓ |
| (22) | Howard Williams | Yes _____ | No ✓ |
| (23) | Mike Patel | Yes _____ | No ✓ |
| (24) | Jay Patel | Yes _____ | No ✓ |
| (25) | Demetrius Hall | Yes _____ | No ✓ |
| (26) | Marvin Holloway | Yes _____ | No ✓ |
| (27) | Latasha Holloway | Yes _____ | No ✓ |
| (28) | Special Agent Eric Mason | Yes _____ | No ✓ |
| (29) | Officer Ruben Puente | Yes _____ | No ✓ |
| (30) | Special Agent Andy Farrell | Yes _____ | No ✓ |
| (31) | Special Agent Steve Caruso | Yes _____ | No ✓ |
| (32) | Craig Chandler | Yes _____ | No ✓ |
| (33) | Greg Barber | Yes _____ | No ✓ |
| (34) | James Bennett | Yes _____ | No ✓ |
| (35) | Kenneth Bersano | Yes _____ | No ✓ |
| (36) | Garrett O. Floyd | Yes _____ | No ✓ |
| (37) | Jim Ford | Yes _____ | No ✓ |
| (38) | Bob Oakley | Yes _____ | No ✓ |
| (39) | Mike Davis | Yes _____ | No ✓ |
| (40) | Pearl Rene | Yes _____ | No ✓ |
| (41) | Agnes Rene | Yes _____ | No ✓ |
| (42) | Bob Crewdson | Yes _____ | No ✓ |
| (43) | Oscar T. Eubanks | Yes _____ | No ✓ |
| (44) | Henry Byron | Yes _____ | No ✓ |
| (45) | Charles Fields | Yes _____ | No ✓ |
| (46) | LaShante Dones | Yes _____ | No ✓ |
| (47) | Phyllis Carmen | Yes _____ | No ✓ |
| (48) | Sylvia Henry | Yes _____ | No ✓ |
| (49) | LaTonya Anders | Yes _____ | No ✓ |
| (50) | Cassandra Ross | Yes _____ | No ✓ |
| (51) | Jerry Ross | Yes _____ | No ✓ |
| (52) | Augustus Lee | Yes _____ | No ✓ |
| (53) | Erma Willis | Yes _____ | No ✓ |
| (54) | Lakeisha Schultz | Yes _____ | No ✓ |
| (55) | Kenyatta Silas | Yes _____ | No ✓ |
| (56) | Geren Willis | Yes _____ | No ✓ |
| (57) | Dexter Smart | Yes _____ | No ✓ |
| (58) | Rico Jackson | Yes _____ | No ✓ |
| (59) | Trinity Travis | Yes _____ | No ✓ |
| (60) | Terry Johnson | Yes _____ | No ✓ |

| (61) | Tim Ford | Yes \_\_\_\_ | No ✓ |
| (62) | Officer Gary Cardinale | Yes \_\_\_\_ | No ✓ |
| (63) | Doris Cable | Yes \_\_\_\_ | No ✓ |
| (64) | Larry Nichols | Yes \_\_\_\_ | No ✓ |
| (65) | Hayward Alexander | Yes \_\_\_\_ | No ✓ |
| (66) | Rhonda Shipp | Yes \_\_\_\_ | No ✓ |
| (67) | Darryl Hensiek | Yes \_\_\_\_ | No ✓ |
| (68) | Hope Arredondo | Yes \_\_\_\_ | No ✓ |
| (69) | Special Agent Gil Torrez | Yes \_\_\_\_ | No ✓ |
| (70) | Tonya Smart | Yes \_\_\_\_ | No ✓ |
| (71). | Officer D. Lowrey | Yes \_\_\_\_ | No ✓ |
| (72) | Danny Bruce | Yes \_\_\_\_ | No ✓ |
| (73) | Kermit B. Channell | Yes \_\_\_\_ | No ✓ |
| (74) | Lisa D. Sakevicius | Yes \_\_\_\_ | No ✓ |
| (75) | Shawna Maynard | Yes \_\_\_\_ | No ✓ |
| (76) | Benny Brumley | Yes \_\_\_\_ | No ✓ |
| (77) | Lt. Carolyn Dykes | Yes \_\_\_\_ | No ✓ |
| (78) | Orlando Stewart | Yes \_\_\_\_ | No ✓ |
| (79) | Nelson Post | Yes \_\_\_\_ | No ✓ |
| (80) | Wendel Holden | Yes \_\_\_\_ | No ✓ |
| (81) | David Kellog | Yes \_\_\_\_ | No ✓ |
| (82) | Gerald Gardner | Yes \_\_\_\_ | No ✓ |
| (83) | David Butler | Yes \_\_\_\_ | No ✓ |
| (84) | Curtis Lewis | Yes \_\_\_\_ | No ✓ |
| (85) | Charles Skinner | Yes \_\_\_\_ | No ✓ |
| (86) | Richard Jones | Yes \_\_\_\_ | No ✓ |
| (87) | Richard McKinnon | Yes \_\_\_\_ | No ✓ |
| (88) | Mary Nelson | Yes \_\_\_\_ | No ✓ |
| (89) | Officer K. Cooper | Yes \_\_\_\_ | No ✓ |
| (90) | Shannon Strobel | Yes \_\_\_\_ | No ✓ |
| (91) | John Bitton | Yes \_\_\_\_ | No ✓ |
| (92) | Aline Patrick | Yes \_\_\_\_ | No ✓ |
| (93) | Steven F. Hoida | Yes \_\_\_\_ | No ✓ |
| (94) | A. Shelton | Yes \_\_\_\_ | No ✓ |
| (95) | Barbara Kelley | Yes \_\_\_\_ | No ✓ |
| (96) | Bodil B. Hewitt | Yes \_\_\_\_ | No ✓ |
| (97) | Gary Burke | Yes \_\_\_\_ | No ✓ |
| (98) | Officer Joel Stephenson | Yes \_\_\_\_ | No ✓ |
| (99) | Officer Mike Phillips | Yes \_\_\_\_ | No ✓ |
| (100) | Officer Paul Ramsey | Yes \_\_\_\_ | No ✓ |
| (101) | Barbara Snyder | Yes \_\_\_\_ | No ✓ |
| (102) | Chris Allen | Yes \_\_\_\_ | No ✓ |
| (103) | Melisa Smrz | Yes \_\_\_\_ | No ✓ |
| (104) | David Lloyd | Yes \_\_\_\_ | No ✓ |
| (105) | Mike Smith | Yes \_\_\_\_ | No ✓ |

21

| | | | |
|---|---|---|---|
| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No ✓ |
| (107) | Mike Wieners | Yes _____ | No ✓ |
| (108) | Bruce Hall | Yes _____ | No ✓ |
| (109) | Hal Deadman | Yes _____ | No ✓ |
| (110) | James Corby | Yes _____ | No ✓ |
| (111) | Patricia Eddings | Yes _____ | No ✓ |
| (112) | Robert P. Rooney | Yes _____ | No ✓ |
| (113) | Ron Allen | Yes _____ | No ✓ |
| (114) | Latanya Anders | Yes _____ | No ✓ |
| (115) | Detective Ayala | Yes _____ | No ✓ |
| (116) | David W. Baker | Yes _____ | No ✓ |
| (117) | Margie Baker | Yes _____ | No ✓ |
| (118) | Rachel Balero | Yes _____ | No ✓ |
| (119) | Patricia Barnum | Yes _____ | No ✓ |
| (120) | R.V. Benz | Yes _____ | No ✓ |
| (121) | Mark Bramelett | Yes _____ | No ✓ |
| (122) | Mary C. Breashears | Yes _____ | No ✓ |
| (123) | James L. Brown | Yes _____ | No ✓ |
| (124) | Robert D. Brown | Yes _____ | No ✓ |
| (125) | Brad Buerger | Yes _____ | No ✓ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No ✓ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No ✓ |
| (128) | Marianne Cesery | Yes _____ | No ✓ |
| (129) | Officer Chashire | Yes _____ | No ✓ |
| (130) | Megan Clement | Yes _____ | No ✓ |
| (131) | Cheryl Cochran | Yes _____ | No ✓ |
| (132) | Bruce Collins | Yes _____ | No ✓ |
| (133) | Pat J. Compton | Yes _____ | No ✓ |
| (134) | Danny O. Coulson | Yes _____ | No ✓ |
| (135) | Tomeka Curry | Yes _____ | No ✓ |
| (136) | Anita Davis | Yes _____ | No ✓ |
| (137) | James Davis | Yes _____ | No ✓ |
| (138) | Kacy Davis | Yes _____ | No ✓ |
| (139) | Michael Davis | Yes _____ | No ✓ |
| (140) | Floyd Day | Yes _____ | No ✓ |
| (141) | Rolando De La Pena | Yes _____ | No ✓ |
| (142) | Larry Dennis | Yes _____ | No ✓ |
| (143) | Carol Dice | Yes _____ | No ✓ |
| (144) | Larry Doll | Yes _____ | No ✓ |
| (145) | Steve Dollar | Yes _____ | No ✓ |
| (146) | Mike Dominque | Yes _____ | No ✓ |
| (147) | R. Dorman | Yes _____ | No ✓ |
| (148) | William Eppright | Yes _____ | No ✓ |
| (149) | Neal Fernell | Yes _____ | No ✓ |
| (150) | Officer T. Files | Yes _____ | No ✓ |

| | | | |
|---|---|---|---|
| (151) | Alfred Finch | Yes _____ | No ✓ |
| (152) | Tim Ford | Yes _____ | No ✓ |
| (153) | Tena Francis | Yes _____ | No ✓ |
| (154) | Officer Franklin | Yes _____ | No ✓ |
| (155) | Daisy Frazier | Yes _____ | No ✓ |
| (156) | Anne Funderberg | Yes _____ | No ✓ |
| (157) | Officer J. Gaddy | Yes _____ | No ✓ |
| (158) | Matthew Garrett | Yes _____ | No ✓ |
| (159) | Everett Goldman | Yes _____ | No ✓ |
| (160) | Ronald Goodwin | Yes _____ | No ✓ |
| (161) | John M. Graves | Yes _____ | No ✓ |
| (162) | Neal Greer | Yes _____ | No ✓ |
| (163) | David G. Guntharp | Yes _____ | No ✓ |
| (164) | A.J. Hall | Yes _____ | No ✓ |
| (165) | Betty Hall | Yes _____ | No ✓ |
| (166) | Jack Hall | Yes _____ | No ✓ |
| (167) | Keith Hall | Yes _____ | No ✓ |
| (168) | Orlando Hall | Yes _____ | No ✓ |
| (169) | Orlando Hall, Jr. | Yes _____ | No ✓ |
| (170) | Pam Hall | Yes _____ | No ✓ |
| (171) | Scott Hall | Yes _____ | No ✓ |
| (172) | Shountay Hall | Yes _____ | No ✓ |
| (173) | Tasha Hall | Yes _____ | No ✓ |
| (174) | Tracy Hall | Yes _____ | No ✓ |
| (175) | Treshaun Hall | Yes _____ | No ✓ |
| (176) | Eric Hampton | Yes _____ | No ✓ |
| (177) | Mark Hansen | Yes _____ | No ✓ |
| (178) | Prosecutor Harp | Yes _____ | No ✓ |
| (179) | Bruce Hart | Yes _____ | No ✓ |
| (180) | Mark Hegwood | Yes _____ | No ✓ |
| (181) | Havis Hester | Yes _____ | No ✓ |
| (182) | Bill Hickman | Yes _____ | No ✓ |
| (183) | Dennis Holloman | Yes _____ | No ✓ |
| (184) | Glenda Holloway | Yes _____ | No ✓ |
| (185) | Linda Holloway | Yes _____ | No ✓ |
| (186) | Tasha Holloway | Yes _____ | No ✓ |
| (187) | Wendell Holt | Yes _____ | No ✓ |
| (188) | R. Hosack | Yes _____ | No ✓ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No ✓ |
| (190) | William James, M.D. | Yes _____ | No ✓ |
| (191) | Carlos Jasper | Yes _____ | No ✓ |
| (192) | Barbara Johnson | Yes _____ | No ✓ |
| (193) | Lee Jones | Yes _____ | No ✓ |
| (194) | Philip Jonio | Yes _____ | No ✓ |
| (195) | Tyrone Kilgore | Yes _____ | No ✓ |

23

| | | | |
|---|---|---|---|
| (196) | Charles P. Kokes | Yes _____ | No ✓ |
| (197) | David Kunkle | Yes _____ | No ✓ |
| (198) | Danny LaRue | Yes _____ | No ✓ |
| (199) | Linda Law | Yes _____ | No ✓ |
| (200) | Eric Lewis | Yes _____ | No ✓ |
| (201) | Officer Lorenzen | Yes _____ | No ✓ |
| (202) | Officer Debbie Lowery | Yes _____ | No ✓ |
| (203) | Officer Lumley | Yes _____ | No ✓ |
| (204) | Shanyce Matthews | Yes _____ | No ✓ |
| (205) | Dawn Maxon | Yes _____ | No ✓ |
| (206) | Dorothy McCalvin | Yes _____ | No ✓ |
| (207) | R.S. McCullough | Yes _____ | No ✓ |
| (208) | Alex H. McGlinchey | Yes _____ | No ✓ |
| (209) | William J. Meredith | Yes _____ | No ✓ |
| (210) | Detective S. Miller | Yes _____ | No ✓ |
| (211) | James R. Moneypenny | Yes _____ | No ✓ |
| (212) | Albert Moore | Yes _____ | No ✓ |
| (213) | Jamie Morrow | Yes _____ | No ✓ |
| (214) | Officer E. Murry | Yes _____ | No ✓ |
| (215) | Kim Newsome | Yes _____ | No ✓ |
| (216) | Mindy Newsome | Yes _____ | No ✓ |
| (217) | Reverend Willie Norful | Yes _____ | No ✓ |
| (218) | Pamela Palmer | Yes _____ | No ✓ |
| (219) | Nita Patel | Yes _____ | No ✓ |
| (220) | Vanessa Patterson | Yes _____ | No ✓ |
| (221) | Dorothy Pearson | Yes _____ | No ✓ |
| (222) | Officer Phillips | Yes _____ | No ✓ |
| (223) | J. Plunkett | Yes _____ | No ✓ |
| (224) | Michael S. Pouche | Yes _____ | No ✓ |
| (225) | Danny Price | Yes _____ | No ✓ |
| (226) | Donald W. Ramsey | Yes _____ | No ✓ |
| (227) | Future Rayford | Yes _____ | No ✓ |
| (228) | Calvin Rayfus | Yes _____ | No ✓ |
| (229) | Sgt. Richards | Yes _____ | No ✓ |
| (230) | Detective Riggins | Yes _____ | No ✓ |
| (231) | John Paul Rios | Yes _____ | No ✓ |
| (232) | Dennis J. Roberts | Yes _____ | No ✓ |
| (233) | Ricky Roberts | Yes _____ | No ✓ |
| (234) | Detective Captain Roper | Yes _____ | No ✓ |
| (235) | Richard Roper | Yes _____ | No ✓ |
| (236) | Officer Sanders | Yes _____ | No ✓ |
| (237) | LaTosha Savage | Yes _____ | No ✓ |
| (238) | Stella Savage | Yes _____ | No ✓ |
| (239) | Lakeshia Schultz | Yes _____ | No ✓ |
| (240) | James Scott | Yes _____ | No ✓ |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No ✓ |
| (242) | Lieutenant J. Seamans | Yes _____ | No ✓ |
| (243) | Dorene Sheridan | Yes _____ | No ✓ |
| (244) | Derek Sherman | Yes _____ | No ✓ |
| (245) | Barbara M. Sherver | Yes _____ | No ✓ |
| (246) | Officer B. Simmons | Yes _____ | No ✓ |
| (247) | Officer P. Silas | Yes _____ | No ✓ |
| (248) | Sgt. Simonds | Yes _____ | No ✓ |
| (249) | Cindy Slaughter | Yes _____ | No ✓ |
| (250) | Officer B. Slocum | Yes _____ | No ✓ |
| (251) | Billy Wayne Smith | Yes _____ | No ✓ |
| (252) | Veda Smith | Yes _____ | No ✓ |
| (253) | Sgt. M. Snyder | Yes _____ | No ✓ |
| (254) | Kenyatta Sparks | Yes _____ | No ✓ |
| (255) | Officer R. Spriggs | Yes _____ | No ✓ |
| (256) | Sgt. M. Stanfield | Yes _____ | No ✓ |
| (257) | Gene Stewart | Yes _____ | No ✓ |
| (258) | Deshon L. Stokes | Yes _____ | No ✓ |
| (259) | Detective Sgt. Stout | Yes _____ | No ✓ |
| (260) | Ingrid Stumberger | Yes _____ | No ✓ |
| (261) | William Q. Sturner | Yes _____ | No ✓ |
| (262) | Kesha Swartz | Yes _____ | No ✓ |
| (263) | John Sweeney | Yes _____ | No ✓ |
| (264) | Captain Houston Talley | Yes _____ | No ✓ |
| (265) | R. Taylor | Yes _____ | No ✓ |
| (266) | Tony Taylor | Yes _____ | No ✓ |
| (267) | Officer Bill Tenison | Yes _____ | No ✓ |
| (268) | Thomas Terry | Yes _____ | No ✓ |
| (269) | Maxie Thomas | Yes _____ | No ✓ |
| (270) | Dora Turkman | Yes _____ | No ✓ |
| (271) | Hicham Turkman | Yes _____ | No ✓ |
| (272) | Taylor Ubanks | Yes _____ | No ✓ |
| (273) | George VanHook | Yes _____ | No ✓ |
| (274) | Amy S. Vaughan | Yes _____ | No ✓ |
| (275) | Jimmy Watts | Yes _____ | No ✓ |
| (276) | Beatrice Webster | Yes _____ | No ✓ |
| (277) | David Webster | Yes _____ | No ✓ |
| (278) | Mark Webster | Yes _____ | No ✓ |
| (279) | Willie Lee Webster | Yes _____ | No ✓ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No ✓ |
| (281) | Cornelius Westmoreland | Yes _____ | No ✓ |
| (282) | Billy White | Yes _____ | No ✓ |
| (283) | Jackie Wiley | Yes _____ | No ✓ |
| (284) | Bernard Willis | Yes _____ | No ✓ |
| (285) | Jeren Willis | Yes _____ | No ✓ |

25

| | | | |
|---|---|---|---|
| (286) | Jimmy Woodus | Yes _____ | No ___ |
| (287) | B. Wyatt | Yes _____ | No ___ |
| (288) | Tom Wynne | Yes _____ | No ___ |
| (289) | Jeffrey Yates, D.O. | Yes _____ | No ___ |
| (290) | Dr. Randy Price | Yes _____ | No ___ |
| (291) | Dr. Linda Norton | Yes _____ | No ___ |
| (292) | Dr. Lisa Clayton | Yes _____ | No ___ |

26

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | | ✓ | | The death penalty is wrong. |
| B. | | ✓ | | | | | The death penalty is the best crime preventative. |
| C. | | | | | ✓ | | The death penalty is absolutely never justified. |
| D. | | ✓ | | | | | I think the death penalty is necessary. |
| E. | ✓ | | | | | | I wish the death penalty were not necessary. |
| F. | | | | | ✓ | | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | ✓ | | | | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | | ✓ | | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | ✓ | | The death penalty has never been effective in preventing crime. |
| J. | | ✓ | | | ✓ | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | ✓ | | | The death penalty is not necessary to modern civilization. |
| M. | | | ✓ | | | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP Document 1428 #: 691 Filed 11/12/20 Page 27 of 30 PageID

Case 2:20-cv-00599-JPH-DLP Document 1-28 Filed 11/12/20 Page 28 of 30 PageID #: 692

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | ✓ | | | | Execution of criminals is a disgrace to a civilized society. |
| O. | | | ✓ | | | | The death penalty gives the criminal what he deserves. |
| P. | | | ✓ | | | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | | ✓ | | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | | | | ✓ | | The death penalty is justified only for premeditated murder. |

**DIRECTIONS:** Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | ✓ | | | | Black males commit most of the violent crimes in our society. |
| b. | | ✓ | | | | | Today's welfare society is the major cause of crime. |
| c. | | ✓ | | | | | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | | ✓ | | | Death by lethal injection is too good/easy for people convicted of capital murder. |

Case 2:20-cv-00599-PHX-DLP   Document 1-28   Filed 11/17/20   Page 29 of 30   Page ID #: 69

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | ✓ | | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | | ✓ | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | ✓ | | | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | ✓ | | | | It is not wrong to lie if it is for a good reason. |
| i. | | | | | ✓ | | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | ✓ | | | | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | we? | ✓ | | | | Parolees are the major cause of crime in today's society. |
| l. | | ✓ | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | ✓ | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | | | ✓ | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races and religions. |
| p. | | | | ✓ | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | ✓ | | | | | Minorities blame too many problems on racial discrimination. |

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct. Executed on September 22, 1995.

_____
**Juror's Signature**

**30**