# EXHIBIT 28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:94-CR-121-Y |
| | § | |
| ORLANDO CORDIA HALL (2) | § | |

JUROR NO. ___34___

# JUROR INFORMATION SHEET

INSTRUCTIONS:

Your answers to the following questions are <u>very</u> important to the trial of this case, and are designed to shorten the jury selection process. Do not discuss any of these questions or your answers with anyone else, including any other prospective jurors. Please take as much time as is reasonably necessary to answer each question as completely and as honestly as possible. Please do not accept the assistance or the advice of anyone in answering these questions. If any questions should arise while completing this questionnaire, please contact the presiding judge. Do <u>not</u> speak to anyone else about the questionnaire or any questions you might have.

<u>YOUR ANSWERS TO THESE QUESTIONS ARE BEING GIVEN UNDER OATH</u>

The answers to these questions will be used by the Court and the attorneys solely for the selection of the jury in this case and for <u>no other reason</u>. The confidentiality of your answers to these questions will be maintained by the Court.

PLEASE PRINT YOUR ANSWERS

*Barper* 214-848-2158   12.45

## PERSONAL

1. NAME: Cindy Marie Boggess Pruitt
   (first)    (middle)    (last)    (maiden, if applicable)

   DATE OF BIRTH: ▓▓▓▓▓ AGE: 33 SEX: F RACE: _____

   BIRTHPLACE: Roanoke, Va.    SSN: ▓▓▓▓▓
   (city / town)    (state)

2. ADDRESS: 1904 Ida    Arlington, TX    76010
   (number and street)    (city / town)    (zip)

   HOME PHONE: (817) 548-0453  BUSINESS PHONE: (214) 660-0500

3. LENGTH OF TIME AT PRESENT ADDRESS: 6 years

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? NA

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: Air Liquide America Corp.

6. JOB TITLE OR DESCRIPTION: Region Credit Mgr.

   BUSINESS HOURS: 8-5    LENGTH OF PRESENT EMPLOYMENT: 13 yrs

   SUPERVISOR: Jay Goldman

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: @ Air Liquide only

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? in High School worked at Six Flags, Arlington Stadium. Currently have a part time job in Sales e Foleys for 2 wks

2

If you could change your profession, what would you change it to? _____

*Teacher*

## FAMILY

9.   MARTIAL STATUS:  (circle appropriate answer(s))

a). Married    b). Single    c). Separated   (d). Divorced    e). Spouse Deceased

f).   Previously Divorced (how many times ___)    g).  Living With Someone

10.   NAME OF SPOUSE: ___N/A_____
                       (first)            (middle)            (last)        (maiden, if applicable)

11.   SPOUSE'S EMPLOYER: ___N/A_____

Job Title Or Description: _____

Length Of Present Employment: _____

What Other Types  Of Jobs Has Your Spouse Held? _____
_____

12.   PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:

| | |
|---|---|
| Under $10,000 _____ | $10,000 to $30,000 _____ |
| $30,000 to $50,000 __✓_____ | $50,000 to $70,000 _____ |
| $70,000 to $100,000 _____ | Over $100,000 _____ |

13.   PLEASE  PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Nicole Boggess | F | 11 | C.B.Berry |
| b. | | | | |
| c. | | | | |
| d. | | | | |

3

e. _____

f. _____

14.   IF YOU HAVE GRANDCHILDREN, HOW MANY? ___N/A___

15.   PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | James Pruitt | 54 | Rendon | | Dispatcher @ Stevens Tran |
| Mother: | Mary Pruitt | 53 | Arlington | | Childcare @ home |
| Stepfather: | N/A | | | | |
| Stepmother: | Yolanda Pruitt | 40 | Rendon | | Dispatcher @ a chemical co. |

Were Your Parents Ever Divorced? ___Yes___

16.   PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Tammy Pruitt | F | 28 | Chiropractor Assist. |
| b. | Kimberly Murphy | F | 23 | OFFICE/CLERICAL |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

## EDUCATION

17.   PLEASE GIVE YOUR EDUCATIONAL BACKGROUND.  PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
*Completed/Graduated Sam Houston High*

18. PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
*N/A*

19. ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?   IF SO, PLEASE GIVE DETAILS: *No*

## MILITARY

20. HAVE YOU EVER SERVED IN THE MILITARY? *No* IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties:_____

Did you serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did you participate in any
Courts Martial? _____ Please Explain: _____

Did you ever serve in the military police? _____

21. HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? *N/A* IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:   Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties: _____

Did he/she serve in combat? _____ Year Discharged? _____
Type of Discharge: _____ Did he/she participate in any
Courts Martial? _____ Please Explain: _____

Did he/she ever serve in the military police? _____

5

## RELIGION

22. RELIGIOUS PREFERENCE: _Baptist_
Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: _____

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? _No_ _____

23. HOW OFTEN DO YOU ATTEND? _a few times a year_ Past or present church offices held: _____
Other than attendance, what activities do you participate in at your church? _____
Have there been any recent changes in your religious activities? Yes _____
No _✓_ Please explain: _____

24. WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? _No_ IF SO, PLEASE EXPLAIN: _____

25. DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? _N/A_ IF SO, PLEASE EXPLAIN: _____

26. DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? _No_ IF SO, PLEASE INDICATE WHICH MINISTRY: _____

27. DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes_____ No _✓_ If yes, please state it: _____

## POLITICAL

28. DO YOU HAVE A POLITICAL PREFERENCE? _No_ _____
Democrat _____         Republican_____
Independent _____         Other_____
Does your spouse have a different preference? _____ If so, please explain: __

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? *NO* IF SO, WHICH ONE?
Democrat _____        Republican _____
Independent _____     Other_____
Is your spouse a member or supporter of a different party? *N/A*
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-
ATE, OR LIBERAL? *moderate* _____ Does your
spouse have a different political philosophy? _____ If so,
please explain: _____

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? *NO*
If yes, please give details: _____

32. HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR
A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN
ENFORCEMENT OF A LAW? *NO*
If so, please describe: _____

## PHYSICAL/MEDICAL

33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? *NO*
If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY
OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP
FOR YOU? *NO* If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? *NO*
If so, please give the name of the medication and the reason you take it:
_____
_____

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING
TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR
JURY SERVICE? *NO*
If so, please explain: _____

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? *myself - counseling* If so, please give details (including the name of the hospital and/or doctor/counselor seen): *John Hesley - Arlington - I saw John in dealing with getting on with my life after divorce, relationships, stress etc.*

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? *NO*

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND?   If so, please describe: *No*

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION?   If so, please describe: _____

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: *No - Not on a personal level I only know the psychologist I saw in sessions only.*

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: *NO*

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? *NO* If so, please explain: _____

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING?
YES _____    NO __✓___

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

YES __✓__ NO _____ Please explain: _That it should only be used in certain situations and when it must be proven without a doubt_

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY? YES __✓__ NO _____ If so, what purpose or purposes do you believe that it serves? _____

_____

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

a. "I believe that the death penalty is appropriate for all crimes involving murder."

(b.) "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

c. "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

d. "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

e. "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

f. None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? _Premeditated murder of a Child, Multiple Murders_

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? _ABOUT THE SAME_

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO __✓__ If yes, what position has it

taken? _____

Does this conflict with your own personal feelings regarding the death penalty?

_____

50a.   DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO _____ IF YES, HOW DO THEY CONFLICT? __N/A_____

_____

51.   DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER?   YES _____ NO _____ PLEASE EXPLAIN: *I am not sure, I havent really kept up with alot of trials*

52.   DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING?   YES_____ NO √ If yes, please explain: _____

52a.   IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES _____ NO _____ Please explain: *That's a difficult question I dont know that I could honestly answer that until I had heard completely from both sides.*

## PERSONAL

53.   DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? *Mom and both sisters own pomeranian dogs.*

54.   WHAT KIND OF VEHICLE DO YOU DRIVE? *Hyundia Excel* WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? *N/A*

55.   TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG?   PLEASE INDICATE OFFICES HELD, IF ANY: *PTA @ my daughters school.*

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZA-TION? If so, please describe: _I participated un 10 mile walk-a-thon for Birth Defects._

57. ARE YOU OR YOUR SPOUSE A MEMBER OF  (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please describe: _____

58. WHAT ARE YOUR HOBBIES? _Walking,_

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES ____ NO ____ If yes, which one(s): _Sunday Edition only – Fort Worth Star Telegram_

60. WHAT ARE YOUR FAVORITE MOVIES? _Forest Gump,_

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _David Letterman is my favorite. E/R, Grace Under Fire_

62. WHAT WAS THE LAST BOOK YOU READ? ~~▨▨▨▨▨~~ _Concrete Blond_

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? _Extreme graphic, goory_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _✓_ NO ____ Which book or trial? _It's very possible but I honestly cannot remember the names._

65. WHAT IS YOUR FAVORITE RADIO STATION? _____

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _✓_ NO ____ If so, which one(s)? _Good Housekeeping, People._

11

67. HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO __✓__ If so, about what subject? _____
_____

68. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES_____ NO __✓__ If yes, what was the message: _____
_____

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION? YES _____ NO __✓__ If so, did you express your opposition?   Yes _____ No _____ How? _____
_____

70. HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO __✓__ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _Tom Vandergriff_____
_____
_____

72. HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERI-ENCE WITH A PERSON OF ANOTHER RACE? YES _____ NO __✓__ If yes, please explain: _____
_____
_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY  MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.)  OF A CRIME OTHER THAN A TRAFFIC TICKET?  YES __✓__  NO __~~✓~~__ If yes, please give details: _Several years ago a couple of old friends were arrested for a day or so I do not know the exact charges._

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?  YES __✓__  NO _____ If yes, please give details and name of attorney: _My Divorce 6 years ago - I used Carl Mallory-Arlington_

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

12

FRIENDS WHO ARE ATTORNEYS?   YES ____   NO ✓   If yes, please give attorneys' names and the types of practice they have: _____

_____

76.   WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? *I do not really know, I believe they have a job to do to make sure all evidence is brought forth.*

77.   WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL? *Again I don't really know except that they to have a job to defend their client to the very best of their ability.*

78.   PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

*Both these would be very bad.*

_____   For a jury to find a guilty person "not guilty;"
___✓___   For a jury to find an innocent person "guilty."

79.   PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

___3___   Punishment/retribution
___1___   Deterrence/prevention
___2___   Rehabilitation/reform

80.   DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES ✓ NO ____   If yes, please give details: *I know some old friends who spent a night or two in jail several years ago, do not know the details.*

81.   HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITATION OF PERSONS CONVICTED OF A CRIME? YES ____ NO ✓   If yes, please give details: _____

_____

_____

82.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES ✓ NO ____   If yes, please give details: *My mother watches the Simpson trial each day.*

83.   HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

13

COURTHOUSES BEFORE?   YES __✓__   NO _____   If yes, for what reason: _____
*When my divorce was finalized 6-7 yrs ago and in April I was called for jury duty but did not serve they picked jury before my # was called.*

84.   HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)?   YES __✗__   NO _____   If yes, please give details: *My child support was automatically set up at my divorce*

85.   HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?   YES _____ NO __✓__   If yes, please give details: _____
_____

86.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?   YES _____
NO __✓__   Who (i.e. you, your spouse, or both)? _____
When? _____   What type of case? _____   Were you/spouse the foreperson?   Yes _____   No _____   What Court was it in?
_____   Did the jury assess damages?   Yes _____   No _____
Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?   Yes _____   No _____   If yes, please give details: _____

87.   HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE?
YES_____   NO __✓__   Who (i.e. you, your spouse, or both)?_____
_____   When? _____   What type of case?
_____   Were you/spouse the foreperson?   Yes _____
No _____   What Court was it in? _____   Did the jury reach a verdict?   Yes _____   No _____   What was your verdict? _____
Was the jury called upon to assess punishment?   Yes _____   No _____   What was the punishment assessed: _____   Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?
Yes _____   No _____   If yes, please give details: _____
_____
_____
_____

88.   HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION?   (Example:   city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?)   If so, please give name and describe: *Russel Wilson- Reserve Fort Worth Police I work with him at Air Liquide*

14

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: *My brother in law Lance Murphy has applied for different posistions with police depts.*

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY?  If so, please describe: *NO*

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES _____ NO _✓_ If yes, please give details: _____

92. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT?    YES _____ NO _✓_ If yes, please give details: _____

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE?  If so, please give details: *My brother in law Lance Murphy a couple of years ago worked security for Best Buy.*

94. DO YOU HAVE ANY STRONG PERSONAL FEELINGS  ABOUT LAW ENFORCE-MENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR?    YES _____ NO __✓__ If yes, please explain: _____

95. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? *I feel it probably works well in most cases.*

96. DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES _✓_ NO _____ If so, what changes could be made? *Unfortunately I do not know the answer to that but it seems there has been no deterence to crime over the past several years.*

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES? YES _✓_ NO ____ What factors about the jury trial system make you feel this way? _That 12 people have to hear all evidence and not 1 person making the decision._

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _If the jury arrived at a verdict of guilty they should decide on punishment after being given instructions from_

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A _judg_ JUDGE OR BY A JURY? _Jury_ Why do you believe this method is more appropriate? _Again because for that to be assessed all 12 people have been convinced and it is not the decision of one person._

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? _no but I believe the trial should be as soon as possible._

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? _All are innocent until proven guilty._

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? _I would hope for them to be considered an eyewitness that they are able to recall the facts_

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: _No_

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES _____ NO _✓_ If yes, what was your impression? _____

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITAT-ING/REFORMING PERSONS CONVICTED OF CRIME? YES _✓_ NO ____ Please

explain your answer: _I think it depends on the individual if they really want to change their life ._

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _I would like to think "NO" BUT IT IS possible ._

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _More_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _Population increased police cannt be everywhere at the same time._

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _Yes_
If so, what facts or purported facts and from what source: _I can remember from the news that the young girl was missing and I remember from news that her body had been found out of state ._

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them? _____

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity? _____

17

112.   DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO √ If yes, in what capacity? _____

113.   DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO √ If yes, who and in what capacity? _____
_____

113a.  HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO √ If yes, why, when, and how long were you at each place? _____
_____
_____
_____

114.   DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO √ If so, please list their names and in what capacity you know them: _____
_____

115.   DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO √ If so, please list their names and in what capacity you know them: _____
_____

116.   DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____ NO √ If so, please list their names and in what capacity you know them: _____
_____
_____
_____

117.   DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____ NO √ If yes, please explain: _____
_____
_____

118.   IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _NONE_____
_____
_____

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? *This is obviously an important matter so I can understand why all of these questions must be asked,*

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO __✓__ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES __✓__ *OR* NO __✓__ Please explain: *I have no preference*

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO __✓__ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? *NONE* If so, what reason is there?

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | Yes | No |
|---|---|---|---|
| (1) | Tom Hayden | | ✓ |
| (2) | Sean L. Wheetley | | ✓ |
| (3) | Byron Nelson | | ✓ |
| (4) | Ingrid Stromberg | | ✓ |
| (5) | Sammie Riley | | ✓ |
| (6) | Greg Long | | ✓ |
| (7) | Paul E. Rios, Jr. | | ✓ |
| (8) | Lynette Dean | | ✓ |
| (9) | Thelma Laird | | ✓ |
| (10) | Steven Beckley | | ✓ |
| (11) | Trina Washington | | ✓ |
| (12) | John Stanton | | ✓ |
| (13) | Rachel Cherry | | ✓ |
| (14) | Officer William A. Sanders | | ✓ |
| (15) | Officer Rick Pritzen | | ✓ |

| | | | |
|---|---|---|---|
| (16) | Special Agent Todd McCall | Yes _____ | No ✓ |
| (17) | Special Agent David Greenberg | Yes _____ | No ✓ |
| (18) | Special Agent Bill Eppright | Yes _____ | No ✓ |
| (19) | Stanfield Vitalis | Yes _____ | No ✓ |
| (20) | Neil Rene | Yes _____ | No ✓ |
| (21) | Lena Patel | Yes _____ | No ✓ |
| (22) | Howard Williams | Yes _____ | No ✓ |
| (23) | Mike Patel | Yes _____ | No ✓ |
| (24) | Jay Patel | Yes _____ | No ✓ |
| (25) | Demetrius Hall | Yes _____ | No ✓ |
| (26) | Marvin Holloway | Yes _____ | No ✓ |
| (27) | Latasha Holloway | Yes _____ | No ✓ |
| (28) | Special Agent Eric Mason | Yes _____ | No ✓ |
| (29) | Officer Ruben Puente | Yes _____ | No ✓ |
| (30) | Special Agent Andy Farrell | Yes _____ | No ✓ |
| (31) | Special Agent Steve Caruso | Yes _____ | No ✓ |
| (32) | Craig Chandler | Yes _____ | No ✓ |
| (33) | Greg Barber | Yes _____ | No ✓ |
| (34) | James Bennett | Yes _____ | No ✓ |
| (35) | Kenneth Bersano | Yes _____ | No ✓ |
| (36) | Garrett O. Floyd | Yes _____ | No ✓ |
| (37) | Jim Ford | Yes _____ | No ✓ |
| (38) | Bob Oakley | Yes _____ | No ✓ |
| (39) | Mike Davis | Yes _____ | No ✓ |
| (40) | Pearl Rene | Yes _____ | No ✓ |
| (41) | Agnes Rene | Yes _____ | No ✓ |
| (42) | Bob Crewdson | Yes _____ | No ✓ |
| (43) | Oscar T. Eubanks | Yes _____ | No ✓ |
| (44) | Henry Byron | Yes _____ | No ✓ |
| (45) | Charles Fields | Yes _____ | No ✓ |
| (46) | LaShante Dones | Yes _____ | No ✓ |
| (47) | Phyllis Carmen | Yes _____ | No ✓ |
| (48) | Sylvia Henry | Yes _____ | No ✓ |
| (49) | LaTonya Anders | Yes _____ | No ✓ |
| (50) | Cassandra Ross | Yes _____ | No ✓ |
| (51) | Jerry Ross | Yes _____ | No ✓ |
| (52) | Augustus Lee | Yes _____ | No ✓ |
| (53) | Erma Willis | Yes _____ | No ✓ |
| (54) | Lakeisha Schultz | Yes _____ | No ✓ |
| (55) | Kenyatta Silas | Yes _____ | No ✓ |
| (56) | Geren Willis | Yes _____ | No ✓ |
| (57) | Dexter Smart | Yes _____ | No ✓ |
| (58) | Rico Jackson | Yes _____ | No ✓ |
| (59) | Trinity Travis | Yes _____ | No ✓ |
| (60) | Terry Johnson | Yes _____ | No ✓ |

| (61) | Tim Ford | Yes ____ | No ✓ |
| (62) | Officer Gary Cardinale | Yes ____ | No ✓ |
| (63) | Doris Cable | Yes ____ | No ✓ |
| (64) | Larry Nichols | Yes ____ | No ✓ |
| (65) | Hayward Alexander | Yes ____ | No ✓ |
| (66) | Rhonda Shipp | Yes ____ | No ✓ |
| (67) | Darryl Hensiek | Yes ____ | No ✓ |
| (68) | Hope Arredondo | Yes ____ | No ✓ |
| (69) | Special Agent Gil Torrez | Yes ____ | No ✓ |
| (70) | Tonya Smart | Yes ____ | No ✓ |
| (71) | Officer D. Lowrey | Yes ____ | No ✓ |
| (72) | Danny Bruce | Yes ____ | No ✓ |
| (73) | Kermit B. Channell | Yes ____ | No ✓ |
| (74) | Lisa D. Sakevicius | Yes ____ | No ✓ |
| (75) | Shawna Maynard | Yes ____ | No ✓ |
| (76) | Benny Brumley | Yes ____ | No ✓ |
| (77) | Lt. Carolyn Dykes | Yes ____ | No ✓ |
| (78) | Orlando Stewart | Yes ____ | No ✓ |
| (79) | Nelson Post | Yes ____ | No ✓ |
| (80) | Wendel Holden | Yes ____ | No ✓ |
| (81) | David Kellog | Yes ____ | No ✓ |
| (82) | Gerald Gardner | Yes ____ | No ✓ |
| (83) | David Butler | Yes ____ | No ✓ |
| (84) | Curtis Lewis | Yes ____ | No ✓ |
| (85) | Charles Skinner | Yes ____ | No ✓ |
| (86) | Richard Jones | Yes ____ | No ✓ |
| (87) | Richard McKinnon | Yes ____ | No ✓ |
| (88) | Mary Nelson | Yes ____ | No ✓ |
| (89) | Officer K. Cooper | Yes ____ | No ✓ |
| (90) | Shannon Strobel | Yes ____ | No ✓ |
| (91) | John Bitton | Yes ____ | No ✓ |
| (92) | Aline Patrick | Yes ____ | No ✓ |
| (93) | Steven F. Hoida | Yes ____ | No ✓ |
| (94) | A. Shelton | Yes ____ | No ✓ |
| (95) | Barbara Kelley | Yes ____ | No ✓ |
| (96) | Bodil B. Hewitt | Yes ____ | No ✓ |
| (97) | Gary Burke | Yes ____ | No ✓ |
| (98) | Officer Joel Stephenson | Yes ____ | No ✓ |
| (99) | Officer Mike Phillips | Yes ____ | No ✓ |
| (100) | Officer Paul Ramsey | Yes ____ | No ✓ |
| (101) | Barbara Snyder | Yes ____ | No ✓ |
| (102) | Chris Allen | Yes ____ | No ✓ |
| (103) | Melisa Smrz | Yes ____ | No ✓ |
| (104) | David Lloyd | Yes ____ | No ✓ |
| (105) | Mike Smith   (I know 2 mike Smiths) | Yes ✓ | No ____ |

21

| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No ✓ |
| (107) | Mike Wieners | Yes _____ | No ✓ |
| (108) | Bruce Hall | Yes _____ | No ✓ |
| (109) | Hal Deadman | Yes _____ | No ✓ |
| (110) | James Corby | Yes _____ | No ✓ |
| (111) | Patricia Eddings | Yes _____ | No ✓ |
| (112) | Robert P. Rooney | Yes _____ | No ✓ |
| (113) | Ron Allen | Yes _____ | No ✓ |
| (114) | Latanya Anders | Yes _____ | No ✓ |
| (115) | Detective Ayala | Yes _____ | No ✓ |
| (116) | David W. Baker | Yes _____ | No ✓ |
| (117) | Margie Baker | Yes _____ | No ✓ |
| (118) | Rachel Balero | Yes _____ | No ✓ |
| (119) | Patricia Barnum | Yes _____ | No ✓ |
| (120) | R.V. Benz | Yes _____ | No ✓ |
| (121) | Mark Bramelett | Yes _____ | No ✓ |
| (122) | Mary C. Breashears | Yes _____ | No ✓ |
| (123) | James L. Brown | Yes _____ | No ✓ |
| (124) | Robert D. Brown | Yes _____ | No ✓ |
| (125) | Brad Buerger | Yes _____ | No ✓ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No ✓ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No ✓ |
| (128) | Marianne Cesery | Yes _____ | No ✓ |
| (129) | Officer Chashire | Yes _____ | No ✓ |
| (130) | Megan Clement | Yes _____ | No ✓ |
| (131) | Cheryl Cochran | Yes _____ | No ✓ |
| (132) | Bruce Collins | Yes _____ | No ✓ |
| (133) | Pat J. Compton | Yes _____ | No ✓ |
| (134) | Danny O. Coulson | Yes _____ | No ✓ |
| (135) | Tomeka Curry | Yes _____ | No ✓ |
| (136) | Anita Davis | Yes _____ | No ✓ |
| (137) | James Davis | Yes _____ | No ✓ |
| (138) | Kacy Davis | Yes _____ | No ✓ |
| (139) | Michael Davis | Yes _____ | No ✓ |
| (140) | Floyd Day | Yes _____ | No ✓ |
| (141) | Rolando De La Pena | Yes _____ | No ✓ |
| (142) | Larry Dennis | Yes _____ | No ✓ |
| (143) | Carol Dice | Yes _____ | No ✓ |
| (144) | Larry Doll | Yes _____ | No ✓ |
| (145) | Steve Dollar | Yes _____ | No ✓ |
| (146) | Mike Dominque | Yes _____ | No ✓ |
| (147) | R. Dorman | Yes _____ | No ✓ |
| (148) | William Eppright | Yes _____ | No ✓ |
| (149) | Neal Fernell | Yes _____ | No ✓ |
| (150) | Officer T. Files | Yes _____ | No ✓ |

| | | | |
|---|---|---|---|
| (151) | Alfred Finch | Yes _____ | No ✓ |
| (152) | Tim Ford | Yes _____ | No ✓ |
| (153) | Tena Francis | Yes _____ | No ✓ |
| (154) | Officer Franklin | Yes _____ | No ✓ |
| (155) | Daisy Frazier | Yes _____ | No ✓ |
| (156) | Anne Funderberg | Yes _____ | No ✓ |
| (157) | Officer J. Gaddy | Yes _____ | No ✓ |
| (158) | Matthew Garrett | Yes _____ | No ✓ |
| (159) | Everett Goldman | Yes _____ | No ✓ |
| (160) | Ronald Goodwin | Yes _____ | No ✓ |
| (161) | John M. Graves | Yes _____ | No ✓ |
| (162) | Neal Greer | Yes _____ | No ✓ |
| (163) | David G. Guntharp | Yes _____ | No ✓ |
| (164) | A.J. Hall | Yes _____ | No ✓ |
| (165) | Betty Hall | Yes _____ | No ✓ |
| (166) | Jack Hall | Yes _____ | No ✓ |
| (167) | Keith Hall | Yes _____ | No ✓ |
| (168) | Orlando Hall | Yes _____ | No ✓ |
| (169) | Orlando Hall, Jr. | Yes _____ | No ✓ |
| (170) | Pam Hall | Yes _____ | No ✓ |
| (171) | Scott Hall | Yes _____ | No ✓ |
| (172) | Shountay Hall | Yes _____ | No ✓ |
| (173) | Tasha Hall | Yes _____ | No ✓ |
| (174) | Tracy Hall | Yes _____ | No ✓ |
| (175) | Treshaun Hall | Yes _____ | No ✓ |
| (176) | Eric Hampton | Yes _____ | No ✓ |
| (177) | Mark Hansen | Yes _____ | No ✓ |
| (178) | Prosecutor Harp | Yes _____ | No ✓ |
| (179) | Bruce Hart | Yes _____ | No ✓ |
| (180) | Mark Hegwood | Yes _____ | No ✓ |
| (181) | Havis Hester | Yes _____ | No ✓ |
| (182) | Bill Hickman | Yes _____ | No ✓ |
| (183) | Dennis Holloman | Yes _____ | No ✓ |
| (184) | Glenda Holloway | Yes _____ | No ✓ |
| (185) | Linda Holloway | Yes _____ | No ✓ |
| (186) | Tasha Holloway | Yes _____ | No ✓ |
| (187) | Wendell Holt | Yes _____ | No ✓ |
| (188) | R. Hosack | Yes _____ | No ✓ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No ✓ |
| (190) | William James, M.D. | Yes _____ | No ✓ |
| (191) | Carlos Jasper | Yes _____ | No ✓ |
| (192) | Barbara Johnson | Yes _____ | No ✓ |
| (193) | Lee Jones | Yes _____ | No ✓ |
| (194) | Philip Jonio | Yes _____ | No ✓ |
| (195) | Tyrone Kilgore | Yes _____ | No ✓ |

23

| | | | |
|---|---|---|---|
| (196) | Charles P. Kokes | Yes _____ | No ✓ |
| (197) | David Kunkle | Yes _____ | No ✓ |
| (198) | Danny LaRue | Yes _____ | No ✓ |
| (199) | Linda Law | Yes _____ | No ✓ |
| (200) | Eric Lewis | Yes _____ | No ✓ |
| (201) | Officer Lorenzen | Yes _____ | No ✓ |
| (202) | Officer Debbie Lowery | Yes _____ | No ✓ |
| (203) | Officer Lumley | Yes _____ | No ✓ |
| (204) | Shanyce Matthews | Yes _____ | No ✓ |
| (205) | Dawn Maxon | Yes _____ | No ✓ |
| (206) | Dorothy McCalvin | Yes _____ | No ✓ |
| (207) | R.S. McCullough | Yes _____ | No ✓ |
| (208) | Alex H. McGlinchey | Yes _____ | No ✓ |
| (209) | William J. Meredith | Yes _____ | No ✓ |
| (210) | Detective S. Miller | Yes _____ | No ✓ |
| (211) | James R. Moneypenny | Yes _____ | No ✓ |
| (212) | Albert Moore | Yes _____ | No ✓ |
| (213) | Jamie Morrow | Yes _____ | No ✓ |
| (214) | Officer E. Murry | Yes _____ | No ✓ |
| (215) | Kim Newsome | Yes _____ | No ✓ |
| (216) | Mindy Newsome | Yes _____ | No ✓ |
| (217) | Reverend Willie Norful | Yes _____ | No ✓ |
| (218) | Pamela Palmer | Yes _____ | No ✓ |
| (219) | Nita Patel | Yes _____ | No ✓ |
| (220) | Vanessa Patterson | Yes _____ | No ✓ |
| (221) | Dorothy Pearson | Yes _____ | No ✓ |
| (222) | Officer Phillips | Yes _____ | No ✓ |
| (223) | J. Plunkett | Yes _____ | No ✓ |
| (224) | Michael S. Pouche | Yes _____ | No ✓ |
| (225) | Danny Price | Yes _____ | No ✓ |
| (226) | Donald W. Ramsey | Yes _____ | No ✓ |
| (227) | Future Rayford | Yes _____ | No ✓ |
| (228) | Calvin Rayfus | Yes _____ | No ✓ |
| (229) | Sgt. Richards | Yes _____ | No ✓ |
| (230) | Detective Riggins | Yes _____ | No ✓ |
| (231) | John Paul Rios | Yes _____ | No ✓ |
| (232) | Dennis J. Roberts | Yes _____ | No ✓ |
| (233) | Ricky Roberts | Yes _____ | No ✓ |
| (234) | Detective Captain Roper | Yes _____ | No ✓ |
| (235) | Richard Roper | Yes _____ | No ✓ |
| (236) | Officer Sanders | Yes _____ | No ✓ |
| (237) | LaTosha Savage | Yes _____ | No ✓ |
| (238) | Stella Savage | Yes _____ | No ✓ |
| (239) | Lakeshia Schultz | Yes _____ | No ✓ |
| (240) | James Scott | Yes _____ | No ✓ |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No ✓ |
| (242) | Lieutenant J. Seamans | Yes _____ | No ✓ |
| (243) | Dorene Sheridan | Yes _____ | No ✓ |
| (244) | Derek Sherman | Yes _____ | No ✓ |
| (245) | Barbara M. Sherver | Yes _____ | No ✓ |
| (246) | Officer B. Simmons | Yes _____ | No ✓ |
| (247) | Officer P. Silas | Yes _____ | No ✓ |
| (248) | Sgt. Simonds | Yes _____ | No ✓ |
| (249) | Cindy Slaughter | Yes _____ | No ✓ |
| (250) | Officer B. Slocum | Yes _____ | No ✓ |
| (251) | Billy Wayne Smith | Yes _____ | No ✓ |
| (252) | Veda Smith | Yes _____ | No ✓ |
| (253) | Sgt. M. Snyder | Yes _____ | No ✓ |
| (254) | Kenyatta Sparks | Yes _____ | No ✓ |
| (255) | Officer R. Spriggs | Yes _____ | No ✓ |
| (256) | Sgt. M. Stanfield | Yes _____ | No ✓ |
| (257) | Gene Stewart | Yes _____ | No ✓ |
| (258) | Deshon L. Stokes | Yes _____ | No ✓ |
| (259) | Detective Sgt. Stout | Yes _____ | No ✓ |
| (260) | Ingrid Stumberger | Yes _____ | No ✓ |
| (261) | William Q. Sturner | Yes _____ | No ✓ |
| (262) | Kesha Swartz | Yes _____ | No ✓ |
| (263) | John Sweeney | Yes _____ | No ✓ |
| (264) | Captain Houston Talley | Yes _____ | No ✓ |
| (265) | R. Taylor | Yes _____ | No ✓ |
| (266) | Tony Taylor | Yes _____ | No ✓ |
| (267) | Officer Bill Tenison | Yes _____ | No ✓ |
| (268) | Thomas Terry | Yes _____ | No ✓ |
| (269) | Maxie Thomas | Yes _____ | No ✓ |
| (270) | Dora Turkman | Yes _____ | No ✓ |
| (271) | Hicham Turkman | Yes _____ | No ✓ |
| (272) | Taylor Ubanks | Yes _____ | No ✓ |
| (273) | George VanHook | Yes _____ | No ✓ |
| (274) | Amy S. Vaughan | Yes _____ | No ✓ |
| (275) | Jimmy Watts | Yes _____ | No ✓ |
| (276) | Beatrice Webster | Yes _____ | No ✓ |
| (277) | David Webster | Yes _____ | No ✓ |
| (278) | Mark Webster | Yes _____ | No ✓ |
| (279) | Willie Lee Webster | Yes _____ | No ✓ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No ✓ |
| (281) | Cornelius Westmoreland | Yes _____ | No ✓ |
| (282) | Billy White | Yes _____ | No ✓ |
| (283) | Jackie Wiley | Yes _____ | No ✓ |
| (284) | Bernard Willis | Yes _____ | No ✓ |
| (285) | Jeren Willis | Yes _____ | No ✓ |

25

| | | | |
|---|---|---|---|
| (286) | Jimmy Woodus | Yes _____ | No ✓ |
| (287) | B. Wyatt | Yes _____ | No ✓ |
| (288) | Tom Wynne | Yes _____ | No ✓ |
| (289) | Jeffrey Yates, D.O. | Yes _____ | No ✓ |
| (290) | Dr. Randy Price | Yes _____ | No ✓ |
| (291) | Dr. Linda Norton | Yes _____ | No ✓ |
| (292) | Dr. Lisa Clayton | Yes _____ | No ✓ |

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | ✓ | | | The death penalty is wrong. |
| B. | | | | | | ✓ | The death penalty is the best crime preventative. |
| C. | | | | ✓ | | | The death penalty is absolutely never justified. |
| D. | | | ✓ | | | | I think the death penalty is necessary. |
| E. | ✓ | | | | | | I wish the death penalty were not necessary. |
| F. | | | | | ✓ | | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | ✓ | | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | ✓ | | | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | ✓ | | | | | | The death penalty has never been effective in preventing crime. |
| J. | ✓ | | | | | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | ✓ | | The death penalty is not necessary to modern civilization. |
| M. | | | | ✓ | | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP   Document 30   #4752   Filed 11/12/20   Page 28 of 31 PageID

Case 2:20-cv-00590-JPH-DLP Document 1-30 Filed 11/12/20 Page 29 of 31 PageID #: 753

|  | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. |  |  |  | ✓ |  |  | Execution of criminals is a disgrace to a civilized society. |
| O. |  |  | ✓ |  |  |  | The death penalty gives the criminal what he deserves. |
| P. |  |  |  | ✓ |  |  | The State cannot teach the sacredness of human life by destroying it. |
| Q. |  |  | ✓ |  |  |  | It doesn't make any difference to me whether we have the death penalty or not. |
| R. |  |  | ✓ |  |  |  | The death penalty is justified only for premeditated murder. |

DIRECTIONS: Please mark the blank that best corresponds with your opinion as to each of the following statements.

|  | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. |  |  |  | ✓ |  |  | Black males commit most of the violent crimes in our society. |
| b. |  |  |  |  | ✓ |  | Today's welfare society is the major cause of crime. |
| c. |  |  |  |  |  | ✓ | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. |  |  |  |  | ✓ |  | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | | ✓ | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | | ✓ | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | | ✓ | | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | | ✓ | It is not wrong to lie if it is for a good reason. |
| i. | | | | | ✓ | | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | | | | ✓ | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | | | ✓ | | Parolees are the major cause of crime in today society. |
| l. | | ✓ | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | ✓ | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | ✓ | | | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races and religions. |
| p. | | | ✓ | | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | | ✓ | | | | Minorities blame too many problems on racial discrimination. |

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct.  Executed on September _22_ , 1995.

_____
Juror's Signature