# EXHIBIT 29

**12**

**42**

## PLEASE PRINT YOUR ANSWERS

### PERSONAL

1. NAME: _Gregory_ _Allen_ _Perry_
   (first)      (middle)      (last)      (maiden, if applicable)

   DATE OF BIRTH: ▮▮▮▮▮   AGE: _36_   SEX: _M_   RACE: _White_

   BIRTHPLACE: _Booneville_   _MO_   SSN: ▮▮▮▮▮
   (city / town)      (state)

2. ADDRESS: _4117 Grace Ln_   _Grapevine_   _76051_
   (number and street)      (city / town)      (zip)

   HOME PHONE: (_817_) _354-9597_   BUSINESS PHONE: (_214_) _269-3589_
   _7571_

3. LENGTH OF TIME AT PRESENT ADDRESS: _2 ½ yrs_

4. SINCE 1980 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU LIVE IN EACH CITY? _Converse, TX through Jan 87 and Mililani, HI from 1987 through Dec 92_

### EMPLOYMENT

5. PLACE OF EMPLOYMENT: _Hensley Field, NAS Dallas, Dallas, TX 75211_

6. JOB TITLE OR DESCRIPTION: _Environmental Engineer_

   BUSINESS HOURS: _0630-1715_ LENGTH OF PRESENT EMPLOYMENT: _2 ½ yrs_

   SUPERVISOR: _Major Jill Collins_

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10) YEARS: _Employed full time with the Texas Air National Guard for the past 2½ yrs and active duty Air Force for 10 yrs prior to that._

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? _No other full time employment._

2

If you could change your profession, what would you change it to? _Other use of my civil engineering degree_

## FAMILY

9.  MARTIAL STATUS: (circle appropriate answer(s))

    (a). Married    b). Single    c). Separated  d). Divorced  e). Spouse Deceased

    f).  Previously Divorced (how many times ___)    g).  Living With Someone

10. NAME OF SPOUSE: _Lennes_ _M._ _Perry_ _Hile_
    (first)        (middle)      (last)      (maiden, if applicable)

11. SPOUSE'S EMPLOYER: _U.S. Dept of Agriculture_

    Job Title Or Description: _Office Manager_

    Length Of Present Employment: _2½ yrs_

    What Other Types Of Jobs Has Your Spouse Held? _D.o.D. Civil Service Secretary_

12. PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
    Under $10,000 _____     $10,000 to $30,000 _____
    $30,000 to $50,000 _____     $50,000 to $70,000 _____
    $70,000 to $100,000 _✓_____     Over $100,000 _____

13. PLEASE  PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| Name | Sex | Age | School or Occupation |
|---|---|---|---|
| a. Jason A Lord | M | 19 | Jr College |
| b. Jarrod A Lord | M | 17 | High School |
| c. | | | |
| d. | | | |

3

e. _____

f. _____

14.   IF YOU HAVE GRANDCHILDREN, HOW MANY? _____

15.   PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | Willis E. Perry | 71 | Glasgow, MO | Yes | Business Owner |
| Mother: | Mary Lou Perry | 73 | Glasgow, MO | Yes | Business Owner |
| Stepfather: | | | | | |
| Stepmother: | | | | | |

Were Your Parents Ever Divorced? __No__

16.   PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Joetta Gebhardt | F | 46 | Business Owner |
| b. | Duane Perry | M | 44 | Computer Operator |
| c. | Donna Perry | F | 41 | Secretary |
| d. | Kristi Perry | F | 38 | Personnel Mgt |
| e. | Kurt Perry | M | 34 | Construction |
| f. | | | | |

## EDUCATION

17.   PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PLEASE INCLUDE HOW FAR YOU WENT IN SCHOOL; THE NAMES OF ANY TECHNICAL OR TRADE SCHOOLS ATTENDED; ANY COLLEGE AND GRADUATE SCHOOLS YOU HAVE ATTENDED,

Case 2:20-cv-00599-JPH-DLP    Document 1-31    Filed 11/12/20    Page 5 of 30 PageID #: 760

TOGETHER WITH MAJOR SUBJECT AND DEGREES RECEIVED, IF ANY: _____
_Central Michigan University, Masters Degree, General Administratio_
_University of Missouri, Columbia, Bachelor of Science, Civil Engineering_

18.  PLEASE GIVE YOUR SPOUSE'S EDUCATIONAL BACKGROUND:
_2 yr degree in Secretarial and some Accounting_

19.  ARE YOU OR YOUR SPOUSE PRESENTLY ENROLLED AS A STUDENT?  IF SO, PLEASE GIVE DETAILS: _No_

## MILITARY

20.  HAVE YOU EVER SERVED IN THE MILITARY? _Yes_  IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:  Branch _USAF_, Years of Service _1982-1992_, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _Captain (O-3)_
Duties: _Civil Engineer_

Did you serve in combat? _No_  Year Discharged? _1992_
Type of Discharge: _Honorable_  Did you participate in any Courts Martial? _No_  Please Explain: _Except as a witness in a Courts Martial in the Air Nat'l Guard (1994)_
Did you ever serve in the military police? _No_

21.  HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? _No_ IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:  Branch _____, Years of Service _____, Enlist? _____, Re-enlist? _____ Highest grade or rank attained: _____
Duties: _____

Did he/she serve in combat? _____  Year Discharged? _____
Type of Discharge: _____ Did he/she participate in any Courts Martial? _____  Please Explain: _____

Did he/she ever serve in the military police? _____

5

## RELIGION

22.  RELIGIOUS PREFERENCE: __None__
     Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: _____

     _____

     Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? __No__

     _____

23.  HOW OFTEN DO YOU ATTEND? __N/A__    Past or present church offices held: _____
     Other than attendance, what activities do you participate in at your church?

     _____
     Have there been any recent changes in your religious activities? Yes _____
     No_____ Please explain: _____

24.  WERE YOU RAISED IN A RELIGION DIFFERENT FROM THE ONE YOU NOW PRACTICE? __Yes__ IF SO, PLEASE EXPLAIN: __Raised in a Catholic Family and attended church regularly through High School__

25.  DOES YOUR SPOUSE PRACTICE A RELIGION DIFFERENT FROM YOURS? __No__ IF SO, PLEASE EXPLAIN: _____

26.  DO YOU CURRENTLY, OR HAVE YOU IN THE PAST, SUPPORTED, OR ROUTINELY WATCHED OR LISTENED TO ANY RADIO OR TELEVISION MINISTRY? __No__ IF SO, PLEASE INDICATE WHICH MINISTRY:

     _____

27.  DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PESONAL PHILOSPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS? Yes_____ No __✓__ If yes, please state it: _____

     _____
     _____
     _____
     _____

## POLITICAL

28.  DO YOU HAVE A POLITICAL PREFERENCE? __No__
     Democrat _____    Republican_____
     Independent _____    Other_____
     Does your spouse have a different preference? _____ If so, please explain: __

6

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? IF SO, WHICH ONE?
Democrat _____          Republican _____
Independent _____          Other_____
Is your spouse a member or supporter of a different party? _____
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODER-ATE, OR LIBERAL? *Moderate* _____ Does your spouse have a different political philosophy? *No* _____ If so, please explain: _____

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? *No* _____
If yes, please give details: _____

32. HAVE YOU OR YOUR SPOUSE EVER WORKED IN A POLITICAL CAMPAIGN FOR A CANDIDATE OR FOR A POLITICAL GROUP, SEEKING CHANGE IN A LAW OR IN ENFORCEMENT OF A LAW? *No* _____
If so, please describe: _____

## PHYSICAL/MEDICAL

33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? *No* _____
If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP FOR YOU? *No* If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? *No* _____
If so, please give the name of the medication and the reason you take it: _____

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR JURY SERVICE? *No* _____
If so, please explain: _____

7

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS? *Yes* _____ If so, please give details (including the name of the hospital and/or doctor/counselor seen): *Marriage Counseling for 4 or 5 visits through Kaiser Permanente (Barbara Steen ??)*

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? *No*

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND? If so, please describe: *My sister-in-law was providing mental health counseling, but this was more than 5 yrs ago in Kansas.*

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION? If so, please describe: *~~Occaisional~~ Rare magazine article.*

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS? If so, please name: *No*

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY? If so, please describe: *Psychology 1 (Intro) in freshman year of college*

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? *No* If so, please explain: _____

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING? YES _____ NO _✓___

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?

8

YES ✓  NO ___  Please explain: As just punishment for particularly cruel crimes where there appears to be no chance for rehabilitation.

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY?  YES ✓  NO ___  If so, what purpose or purposes do you believe that it serves? As a deterant and as a means of punishment as descibed above.

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

a. "I believe that the death penalty is appropriate for all crimes involving murder."

(b.) "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

c. "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

d. "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

e. "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

f. None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE? Murder, when the perpetrator has shown a pattern of crime and a total disregard for human life.

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? About the same.

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?  YES ___  NO ✓  If yes, what position has it

9

taken? _____

Does this conflict with your own personal feelings regarding the death penalty?

_____

_____

50a. DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO ✓ IF YES, HOW DO THEY CONFLICT? _____

_____

_____

51. DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES _____ NO ✓ PLEASE EXPLAIN: _Although my knowledge of how it was applied more than ≈10 years past is admittedly limited._

52. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES_____ NO ✓ If yes, please explain: _____

_____

52a. IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH? YES ✓ NO _____ Please explain: _____

_____

_____

## PERSONAL

53. DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S). If so, what kind? _One Dog._

54. WHAT KIND OF VEHICLE DO YOU DRIVE? _Isuzu Pickup Truck_ WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? _Chevy S-10 Blazer_

55. TO WHICH CIVIC CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICES HELD, IF ANY: _National Guard Association of Texas_ _" " " of United States_

10

56. DO YOU CONTRIBUTE MONEY OR SERVICES TO ANY CHARITABLE ORGANIZA-
TION? If so, please describe: _Combined Federal Campaign thru work (Charities to fight Disease, United Way, etc.)_

57. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE, OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION? YES _____ NO _✓_ If yes, please describe: _____

58. WHAT ARE YOUR HOBBIES? _Sports, Woodworking, minor house repairs._

59. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER? YES _✓_ NO _____ If yes, which one(s): _Occaisionally read Fort Worth paper which is delivered to our home_

60. WHAT ARE YOUR FAVORITE MOVIES? _Too varied to list!_

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _Mad about You!, ER, Frazier, DateLine, 20/20_

62. WHAT WAS THE LAST BOOK YOU READ? _Rarely read books_

63. WHAT IS YOUR LEAST FAVORITE TYPE OF READING MATERIAL? _Books/Novel_

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL? YES _____ NO _✓_ Which book or trial? _____

65. WHAT IS YOUR FAVORITE RADIO STATION? _ARRO_

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES? YES _✓_ NO _____ If so, which one(s)? _Money_

11

67.    HAVE YOU EVER WRITTEN A LETTER TO THE EDITOR? YES _____ NO ✓ If so, about what subject? _____

68.    DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR? YES_____ NO ✓ If yes, what was the message: _____

69.    HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION? YES ✓ NO _____ If so, did you express your opposition?    Yes _____ No ✓ How? _____

70.    HAVE YOU EVER OWNED PERSONALIZED LICENSED PLATES? YES _____ NO ✓ If yes, what was the message: _____

71.    LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: _____

72.    HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERIENCE WITH A PERSON OF ANOTHER RACE? YES ✓ NO _____ If yes, please explain: *Family, friends and I have all had bad experiences with people both within and outside my race. None were ever life-threatening and none particularly associated with the race of the individual(s).*

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73.    HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY   MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.)   OF A CRIME OTHER THAN A TRAFFIC TICKET?   YES _____ NO ✓ If yes, please give details: _____

74.    HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?   YES ✓ NO _____ If yes, please give details and name of attorney: *I assume my wife ~~used~~ may have used an attourney in her divource. Details unknown to me.*

75.    DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY

12

FRIENDS WHO ARE ATTORNEYS?    YES _____ NO _✓_ If yes, please give attorneys' names and the types of practice they have: _____

_____

76.   WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? _They have_
_a tough job._____

77.   WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL?
_They use all the tools the law allows and if we're not_
_happy w/ that, we need change the laws and the tools they can use._

78.   PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

_____ For a jury to find a guilty person "not guilty;"
___✓_____ For a jury to find an innocent person "guilty."

79.   PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

____3____ Punishment/retribution
____1____ Deterrence/prevention
____2____ Rehabilitation/reform

80.   DO YOU KNOW ANYONE WHO HAS BEEN IN JAIL, OR WHO HAS BEEN TO PRISON, OR WHO IS IN PRISON? YES _____ NO _✓_ If yes, please give details:

_____

_____

81.   HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITA-TION OF PERSONS CONVICTED OF A CRIME? YES _____ NO _✓_ If yes, please give details: _____

_____

_____

82.   HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER OR CLOSE FRIEND EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (either personally or through the media)? YES _____ NO _✓_ If yes, please give details: _____

_____

83.   HAVE YOU EVER BEEN TO ANY OF THE FEDERAL, STATE, OR COUNTY

COURTHOUSES BEFORE?  YES __✓__  NO _____  If yes, for what reason: _____
_Observe a child custody hearing of a niece on my wife's side of the family._

84.  HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (for example: hot checks, child support)?  YES _____  NO __✓__  If yes, please give details: _____

85.  HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?  YES _____ NO __✓__  If yes, please give details: _____

86.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?  YES _____ NO __✓__  Who (i.e. you, your spouse, or both)? _____ When? _____  What type of case? _____  Were you/spouse the foreperson?  Yes _____  No _____  What Court was it in? _____  Did the jury assess damages?  Yes _____  No _____ Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case?  Yes _____  No _____  If yes, please give details: _____

87.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE? YES_____  NO __✓__  Who (i.e. you, your spouse, or both)? _____ _____  When? _____  What type of case? _____  Were you/spouse the foreperson?  Yes _____ No _____  What Court was it in? _____  Did the jury reach a verdict?  Yes _____  No _____  What was your verdict? _____ Was the jury called upon to assess punishment?  Yes _____  No _____  What was the punishment assessed: _____  Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes _____  No _____  If yes, please give details: _____

88.  HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION?  (Example:  city, county, state or federal police officer; constable; deputy sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such organization or agency?)  If so, please give name and describe: __No_____

14

89.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT? If so, please describe: _No_

90.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY? If so, please describe: _An uncle temporarily worked as a prison guard at a Minimum Security Facility._

91.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW? YES ____ NO _✓_ If yes, please give details: _____

92.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT?  YES ____ NO _✓_ If yes, please give details: _____

93.  HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE? If so, please give details: _See # 90._

94.  DO YOU HAVE ANY STRONG PERSONAL FEELINGS ABOUT LAW ENFORCE-MENT IN GENERAL, OR POLICE OFFICERS IN PARTICULAR?  YES _____ NO _✓_ If yes, please explain: _____

95.  WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? _There's a need to eliminate some loopholes and technicalities so the system can focus on dispensing justice._

96.  DO YOU BELIEVE THAT THERE ARE ANY CHANGES WHICH WE COULD MAKE IN OUR CRIMINAL JUSTICE SYSTEM WHICH WOULD MAKE IT MORE EFFICIENT IN DEALING WITH THE PROBLEM OF CRIME? YES _____ NO _✓_ If so, what changes could be made? _Nothing so complex could be answered in this space._

97. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES?  YES ✓ NO _____ What factors about the jury trial system make you feel this way? _____

_____

_____

98. DO YOU BELIEVE THE QUESTION OF PUNISHMENT, ONCE A PERSON HAS BEEN FOUND GUILTY OF A CRIME, SHOULD BE DECIDED BY A JUDGE OR BY A JURY? _Jury_____

99. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE ASSESSED BY A JUDGE OR BY A JURY? _Jury_____ Why do you believe this method is more appropriate? _Judges' would be studied and then sought/avoided by both sides based on their past history.

100. DO YOU BELIEVE THAT A PERSON WHO IS CHARGED WITH COMMITTING A VIOLENT CRIME SHOULD BE ALLOWED TO BE RELEASED FROM CUSTODY ON A REASONABLE BAIL PENDING THE TRIAL OF THAT CASE? _Yes_

_____

101. DO YOU BELIEVE THAT MOST PEOPLE CHARGED WITH HAVING COMMITTED A CRIME ARE ACTUALLY GUILTY OF THAT CRIME? _Yes, but whether it's 51% or 99% you still need to presume innocense_

102. DO YOU BELIEVE THAT MOST EYEWITNESSES TO VIOLENT CRIMES ARE GENERALLY RELIABLE IN THEIR RECOLLECTIONS OF THE FACTS? _In general, yes -- minute details, no._

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO? If yes, please explain: _No_____

_____

_____

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES ✓ NO _____ If yes, what was your impression? _I'd like to stay out._

_____

105. DO YOU BELIEVE OUR PENAL SYSTEM IS EVER SUCCESSFUL IN REHABILITAT- ING/REFORMING PERSONS CONVICTED OF CRIME? YES ✓ NO _____ Please

explain your answer: _Some people will avoid criminal behavior just to avoid their loss of freedom once released._

106. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? _I'm sure it's had to have happened, but not often._

107. DO YOU BELIEVE THAT THERE IS MORE, LESS, OR ABOUT THE SAME AMOUNT OF VIOLENT CRIME IN TARRANT COUNTY AS THERE WAS TEN YEARS AGO? _About the Same_ If you believe there is <u>more</u> or <u>less</u> crime now, for what reason do you believe there has been a change? _____

_____

## CASE SPECIFICS

108. DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _No_
If so, what facts or purported facts and from what source: _____

_____

109. DO YOU KNOW OR HAVE YOU HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, JEFFREY ALLEN KEARNEY or MICHAEL LOGAN WARE? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

_____

110. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, RICHARD ROPER, PAUL MACALUSO, CHRIS CURTIS or DELONIA WATSON? YES _____ NO _✓_ If yes, how do you know them or what have you heard about them?

_____

111. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, ORLANDO CORDIA HALL, OR ANY OF HIS FAMILY? YES _____ NO _✓_ If yes, in what capacity? _____

17

112. DID YOU KNOW LISA RENE DURING HER LIFETIME? YES _____ NO __✓__ If yes, in what capacity? _____

113. DO YOU KNOW ANY OF LISA RENE'S FAMILY MEMBERS? YES _____ NO __✓__ If yes, who and in what capacity? _____
_____

113a. HAVE YOU EVER BEEN TO OR RESIDED IN PINE BLUFF, ARKANSAS AND/OR EL DORADO, ARKANSAS? YES _____ NO __✓__ If yes, why, when, and how long were you at each place? _____
_____
_____
_____

114. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

115. DO YOU KNOW PAUL COGGINS, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____

116. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE? YES _____ NO __✓__ If so, please list their names and in what capacity you know them: _____
_____
_____
_____

117. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL? YES _____ NO __✓__ If yes, please explain: _____
_____

118. IF YOU HAVE ANY PLANS TO BE OUT OF THE FORT WORTH AREA DURING OCTOBER AND/OR EARLY NOVEMBER 1995, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE: _None_____
_____
_____

18

119. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET? _It's a pain, but I'm sure the answers provide needed info._

120. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE? YES _____ NO _✓_ Please explain what opinion you have: _____

121. DO YOU WANT TO SERVE AS A JUROR IN THIS CASE? YES _✓_ NO _____ Please explain: _I've always been curious of the system and believe I could be a fair juror._

122. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE? YES _____ NO _✓_ If yes, please explain: _____

123. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE? _No_____ If so, what reason is there? _____

124. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CAUSE:

| | | Yes | No |
|---|---|---|---|
| (1) | Tom Hayden | | ✓ |
| (2) | Sean L. Wheetley | | |
| (3) | Byron Nelson | | |
| (4) | Ingrid Stromberg | | |
| (5) | Sammie Riley | | |
| (6) | Greg Long | | |
| (7) | Paul E. Rios, Jr. | | |
| (8) | Lynette Dean | | |
| (9) | Thelma Laird | | |
| (10) | Steven Beckley | | |
| (11) | Trina Washington | | |
| (12) | John Stanton | | |
| (13) | Rachel Cherry | | |
| (14) | Officer William A. Sanders | | |
| (15) | Officer Rick Pritzen | | |

19

| | | | |
|---|---|---|---|
| (16) | Special Agent Todd McCall | Yes ____ | No ____ |
| (17) | Special Agent David Greenberg | Yes ____ | No ____ |
| (18) | Special Agent Bill Eppright | Yes ____ | No ____ |
| (19) | Stanfield Vitalis | Yes ____ | No ____ |
| (20) | Neil Rene | Yes ____ | No ____ |
| (21) | Lena Patel | Yes ____ | No ____ |
| (22) | Howard Williams | Yes ____ | No ____ |
| (23) | Mike Patel | Yes ____ | No ____ |
| (24) | Jay Patel | Yes ____ | No ____ |
| (25) | Demetrius Hall | Yes ____ | No ____ |
| (26) | Marvin Holloway | Yes ____ | No ____ |
| (27) | Latasha Holloway | Yes ____ | No ____ |
| (28) | Special Agent Eric Mason | Yes ____ | No ____ |
| (29) | Officer Ruben Puente | Yes ____ | No ____ |
| (30) | Special Agent Andy Farrell | Yes ____ | No ____ |
| (31) | Special Agent Steve Caruso | Yes ____ | No ____ |
| (32) | Craig Chandler | Yes ____ | No ____ |
| (33) | Greg Barber | Yes ____ | No ____ |
| (34) | James Bennett | Yes ____ | No ____ |
| (35) | Kenneth Bersano | Yes ____ | No ____ |
| (36) | Garrett O. Floyd | Yes ____ | No ____ |
| (37) | Jim Ford | Yes ____ | No ____ |
| (38) | Bob Oakley | Yes ____ | No ____ |
| (39) | Mike Davis | Yes ____ | No ____ |
| (40) | Pearl Rene | Yes ____ | No ____ |
| (41) | Agnes Rene | Yes ____ | No ____ |
| (42) | Bob Crewdson | Yes ____ | No ____ |
| (43) | Oscar T. Eubanks | Yes ____ | No ____ |
| (44) | Henry Byron | Yes ____ | No ____ |
| (45) | Charles Fields | Yes ____ | No ____ |
| (46) | LaShante Dones | Yes ____ | No ____ |
| (47) | Phyllis Carmen | Yes ____ | No ____ |
| (48) | Sylvia Henry | Yes ____ | No ____ |
| (49) | LaTonya Anders | Yes ____ | No ____ |
| (50) | Cassandra Ross | Yes ____ | No ____ |
| (51) | Jerry Ross | Yes ____ | No ____ |
| (52) | Augustus Lee | Yes ____ | No ____ |
| (53) | Erma Willis | Yes ____ | No ____ |
| (54) | Lakeisha Schultz | Yes ____ | No ____ |
| (55) | Kenyatta Silas | Yes ____ | No ____ |
| (56) | Geren Willis | Yes ____ | No ____ |
| (57) | Dexter Smart | Yes ____ | No ____ |
| (58) | Rico Jackson | Yes ____ | No ____ |
| (59) | Trinity Travis | Yes ____ | No ____ |
| (60) | Terry Johnson | Yes ____ | No ____ |

20

| (61)  | Tim Ford                  | Yes _____ | No _____ |
| (62)  | Officer Gary Cardinale    | Yes _____ | No _____ |
| (63)  | Doris Cable               | Yes _____ | No _____ |
| (64)  | Larry Nichols             | Yes _____ | No _____ |
| (65)  | Hayward Alexander         | Yes _____ | No _____ |
| (66)  | Rhonda Shipp              | Yes _____ | No _____ |
| (67)  | Darryl Hensiek            | Yes _____ | No _____ |
| (68)  | Hope Arredondo            | Yes _____ | No _____ |
| (69)  | Special Agent Gil Torrez  | Yes _____ | No _____ |
| (70)  | Tonya Smart               | Yes _____ | No _____ |
| (71)  | Officer D. Lowrey         | Yes _____ | No _____ |
| (72)  | Danny Bruce               | Yes _____ | No _____ |
| (73)  | Kermit B. Channell        | Yes _____ | No _____ |
| (74)  | Lisa D. Sakevicius        | Yes _____ | No _____ |
| (75)  | Shawna Maynard            | Yes _____ | No _____ |
| (76)  | Benny Brumley             | Yes _____ | No _____ |
| (77)  | Lt. Carolyn Dykes         | Yes _____ | No _____ |
| (78)  | Orlando Stewart           | Yes _____ | No _____ |
| (79)  | Nelson Post               | Yes _____ | No _____ |
| (80)  | Wendel Holden             | Yes _____ | No _____ |
| (81)  | David Kellog              | Yes _____ | No _____ |
| (82)  | Gerald Gardner            | Yes _____ | No _____ |
| (83)  | David Butler              | Yes _____ | No _____ |
| (84)  | Curtis Lewis              | Yes _____ | No _____ |
| (85)  | Charles Skinner           | Yes _____ | No _____ |
| (86)  | Richard Jones             | Yes _____ | No _____ |
| (87)  | Richard McKinnon          | Yes _____ | No _____ |
| (88)  | Mary Nelson               | Yes _____ | No _____ |
| (89)  | Officer K. Cooper         | Yes _____ | No _____ |
| (90)  | Shannon Strobel           | Yes _____ | No _____ |
| (91)  | John Bitton               | Yes _____ | No _____ |
| (92)  | Aline Patrick             | Yes _____ | No _____ |
| (93)  | Steven F. Hoida           | Yes _____ | No _____ |
| (94)  | A. Shelton                | Yes _____ | No _____ |
| (95)  | Barbara Kelley            | Yes _____ | No _____ |
| (96)  | Bodil B. Hewitt           | Yes _____ | No _____ |
| (97)  | Gary Burke                | Yes _____ | No _____ |
| (98)  | Officer Joel Stephenson   | Yes _____ | No _____ |
| (99)  | Officer Mike Phillips     | Yes _____ | No _____ |
| (100) | Officer Paul Ramsey       | Yes _____ | No _____ |
| (101) | Barbara Snyder            | Yes _____ | No _____ |
| (102) | Chris Allen               | Yes _____ | No _____ |
| (103) | Melisa Smrz               | Yes _____ | No _____ |
| (104) | David Lloyd               | Yes _____ | No _____ |
| (105) | Mike Smith                | Yes _____ | No _____ |

21

| | | | |
|---|---|---|---|
| (106) | Dr. Frank Peretti, Jr. | Yes _____ | No _____ |
| (107) | Mike Wieners | Yes _____ | No _____ |
| (108) | Bruce Hall | Yes _____ | No _____ |
| (109) | Hal Deadman | Yes _____ | No _____ |
| (110) | James Corby | Yes _____ | No _____ |
| (111) | Patricia Eddings | Yes _____ | No _____ |
| (112) | Robert P. Rooney | Yes _____ | No _____ |
| (113) | Ron Allen | Yes _____ | No _____ |
| (114) | Latanya Anders | Yes _____ | No _____ |
| (115) | Detective Ayala | Yes _____ | No _____ |
| (116) | David W. Baker | Yes _____ | No _____ |
| (117) | Margie Baker | Yes _____ | No _____ |
| (118) | Rachel Balero | Yes _____ | No _____ |
| (119) | Patricia Barnum | Yes _____ | No _____ |
| (120) | R.V. Benz | Yes _____ | No _____ |
| (121) | Mark Bramelett | Yes _____ | No _____ |
| (122) | Mary C. Breashears | Yes _____ | No _____ |
| (123) | James L. Brown | Yes _____ | No _____ |
| (124) | Robert D. Brown | Yes _____ | No _____ |
| (125) | Brad Buerger | Yes _____ | No _____ |
| (126) | Patrick Caffey, PhD. | Yes _____ | No _____ |
| (127) | Phyllis Callaway-Silas | Yes _____ | No _____ |
| (128) | Marianne Cesery | Yes _____ | No _____ |
| (129) | Officer Chashire | Yes _____ | No _____ |
| (130) | Megan Clement | Yes _____ | No _____ |
| (131) | Cheryl Cochran | Yes _____ | No _____ |
| (132) | Bruce Collins | Yes _____ | No _____ |
| (133) | Pat J. Compton | Yes _____ | No _____ |
| (134) | Danny O. Coulson | Yes _____ | No _____ |
| (135) | Tomeka Curry | Yes _____ | No _____ |
| (136) | Anita Davis | Yes _____ | No _____ |
| (137) | James Davis | Yes _____ | No _____ |
| (138) | Kacy Davis | Yes _____ | No _____ |
| (139) | Michael Davis | Yes _____ | No _____ |
| (140) | Floyd Day | Yes _____ | No _____ |
| (141) | Rolando De La Pena | Yes _____ | No _____ |
| (142) | Larry Dennis | Yes _____ | No _____ |
| (143) | Carol Dice | Yes _____ | No _____ |
| (144) | Larry Doll | Yes _____ | No _____ |
| (145) | Steve Dollar | Yes _____ | No _____ |
| (146) | Mike Dominque | Yes _____ | No _____ |
| (147) | R. Dorman | Yes _____ | No _____ |
| (148) | William Eppright | Yes _____ | No _____ |
| (149) | Neal Fernell | Yes _____ | No _____ |
| (150) | Officer T. Files | Yes _____ | No _____ |

22

| | | | |
|---|---|---|---|
| (151) | Alfred Finch | Yes _____ | No _____ |
| (152) | Tim Ford | Yes _____ | No _____ |
| (153) | Tena Francis | Yes _____ | No _____ |
| (154) | Officer Franklin | Yes _____ | No _____ |
| (155) | Daisy Frazier | Yes _____ | No _____ |
| (156) | Anne Funderberg | Yes _____ | No _____ |
| (157) | Officer J. Gaddy | Yes _____ | No _____ |
| (158) | Matthew Garrett | Yes _____ | No _____ |
| (159) | Everett Goldman | Yes _____ | No _____ |
| (160) | Ronald Goodwin | Yes _____ | No _____ |
| (161) | John M. Graves | Yes _____ | No _____ |
| (162) | Neal Greer | Yes _____ | No _____ |
| (163) | David G. Guntharp | Yes _____ | No _____ |
| (164) | A.J. Hall | Yes _____ | No _____ |
| (165) | Betty Hall | Yes _____ | No _____ |
| (166) | Jack Hall | Yes _____ | No _____ |
| (167) | Keith Hall | Yes _____ | No _____ |
| (168) | Orlando Hall | Yes _____ | No _____ |
| (169) | Orlando Hall, Jr. | Yes _____ | No _____ |
| (170) | Pam Hall | Yes _____ | No _____ |
| (171) | Scott Hall | Yes _____ | No _____ |
| (172) | Shountay Hall | Yes _____ | No _____ |
| (173) | Tasha Hall | Yes _____ | No _____ |
| (174) | Tracy Hall | Yes _____ | No _____ |
| (175) | Treshaun Hall | Yes _____ | No _____ |
| (176) | Eric Hampton | Yes _____ | No _____ |
| (177) | Mark Hansen | Yes _____ | No _____ |
| (178) | Prosecutor Harp | Yes _____ | No _____ |
| (179) | Bruce Hart | Yes _____ | No _____ |
| (180) | Mark Hegwood | Yes _____ | No _____ |
| (181) | Havis Hester | Yes _____ | No _____ |
| (182) | Bill Hickman | Yes _____ | No _____ |
| (183) | Dennis Holloman | Yes _____ | No _____ |
| (184) | Glenda Holloway | Yes _____ | No _____ |
| (185) | Linda Holloway | Yes _____ | No _____ |
| (186) | Tasha Holloway | Yes _____ | No _____ |
| (187) | Wendell Holt | Yes _____ | No _____ |
| (188) | R. Hosack | Yes _____ | No _____ |
| (189) | Sgt. Jeffrey Hubanks | Yes _____ | No _____ |
| (190) | William James, M.D. | Yes _____ | No _____ |
| (191) | Carlos Jasper | Yes _____ | No _____ |
| (192) | Barbara Johnson | Yes _____ | No _____ |
| (193) | Lee Jones | Yes _____ | No _____ |
| (194) | Philip Jonio | Yes _____ | No _____ |
| (195) | Tyrone Kilgore | Yes _____ | No _____ |

23

| | | | |
|---|---|---|---|
| (196) | Charles P. Kokes | Yes _____ | No _____ |
| (197) | David Kunkle | Yes _____ | No _____ |
| (198) | Danny LaRue | Yes _____ | No _____ |
| (199) | Linda Law | Yes _____ | No _____ |
| (200) | Eric Lewis | Yes _____ | No _____ |
| (201) | Officer Lorenzen | Yes _____ | No _____ |
| (202) | Officer Debbie Lowery | Yes _____ | No _____ |
| (203) | Officer Lumley | Yes _____ | No _____ |
| (204) | Shanyce Matthews | Yes _____ | No _____ |
| (205) | Dawn Maxon | Yes _____ | No _____ |
| (206) | Dorothy McCalvin | Yes _____ | No _____ |
| (207) | R.S. McCullough | Yes _____ | No _____ |
| (208) | Alex H. McGlinchey | Yes _____ | No _____ |
| (209) | William J. Meredith | Yes _____ | No _____ |
| (210) | Detective S. Miller | Yes _____ | No _____ |
| (211) | James R. Moneypenny | Yes _____ | No _____ |
| (212) | Albert Moore | Yes _____ | No _____ |
| (213) | Jamie Morrow | Yes _____ | No _____ |
| (214) | Officer E. Murry | Yes _____ | No _____ |
| (215) | Kim Newsome | Yes _____ | No _____ |
| (216) | Mindy Newsome | Yes _____ | No _____ |
| (217) | Reverend Willie Norful | Yes _____ | No _____ |
| (218) | Pamela Palmer | Yes _____ | No _____ |
| (219) | Nita Patel | Yes _____ | No _____ |
| (220) | Vanessa Patterson | Yes _____ | No _____ |
| (221) | Dorothy Pearson | Yes _____ | No _____ |
| (222) | Officer Phillips | Yes _____ | No _____ |
| (223) | J. Plunkett | Yes _____ | No _____ |
| (224) | Michael S. Pouche | Yes _____ | No _____ |
| (225) | Danny Price | Yes _____ | No _____ |
| (226) | Donald W. Ramsey | Yes _____ | No _____ |
| (227) | Future Rayford | Yes _____ | No _____ |
| (228) | Calvin Rayfus | Yes _____ | No _____ |
| (229) | Sgt. Richards | Yes _____ | No _____ |
| (230) | Detective Riggins | Yes _____ | No _____ |
| (231) | John Paul Rios | Yes _____ | No _____ |
| (232) | Dennis J. Roberts | Yes _____ | No _____ |
| (233) | Ricky Roberts | Yes _____ | No _____ |
| (234) | Detective Captain Roper | Yes _____ | No _____ |
| (235) | Richard Roper | Yes _____ | No _____ |
| (236) | Officer Sanders | Yes _____ | No _____ |
| (237) | LaTosha Savage | Yes _____ | No _____ |
| (238) | Stella Savage | Yes _____ | No _____ |
| (239) | Lakeshia Schultz | Yes _____ | No _____ |
| (240) | James Scott | Yes _____ | No _____ |

24

| | | | |
|---|---|---|---|
| (241) | FBI Agent Seabrook | Yes _____ | No _____ |
| (242) | Lieutenant J. Seamans | Yes _____ | No _____ |
| (243) | Dorene Sheridan | Yes _____ | No _____ |
| (244) | Derek Sherman | Yes _____ | No _____ |
| (245) | Barbara M. Sherver | Yes _____ | No _____ |
| (246) | Officer B. Simmons | Yes _____ | No _____ |
| (247) | Officer P. Silas | Yes _____ | No _____ |
| (248) | Sgt. Simonds | Yes _____ | No _____ |
| (249) | Cindy Slaughter | Yes _____ | No _____ |
| (250) | Officer B. Slocum | Yes _____ | No _____ |
| (251) | Billy Wayne Smith | Yes _____ | No _____ |
| (252) | Veda Smith | Yes _____ | No _____ |
| (253) | Sgt. M. Snyder | Yes _____ | No _____ |
| (254) | Kenyatta Sparks | Yes _____ | No _____ |
| (255) | Officer R. Spriggs | Yes _____ | No _____ |
| (256) | Sgt. M. Stanfield | Yes _____ | No _____ |
| (257) | Gene Stewart | Yes _____ | No _____ |
| (258) | Deshon L. Stokes | Yes _____ | No _____ |
| (259) | Detective Sgt. Stout | Yes _____ | No _____ |
| (260) | Ingrid Stumberger | Yes _____ | No _____ |
| (261) | William Q. Sturner | Yes _____ | No _____ |
| (262) | Kesha Swartz | Yes _____ | No _____ |
| (263) | John Sweeney | Yes _____ | No _____ |
| (264) | Captain Houston Talley | Yes _____ | No _____ |
| (265) | R. Taylor | Yes _____ | No _____ |
| (266) | Tony Taylor | Yes _____ | No _____ |
| (267) | Officer Bill Tenison | Yes _____ | No _____ |
| (268) | Thomas Terry | Yes _____ | No _____ |
| (269) | Maxie Thomas | Yes _____ | No _____ |
| (270) | Dora Turkman | Yes _____ | No _____ |
| (271) | Hicham Turkman | Yes _____ | No _____ |
| (272) | Taylor Ubanks | Yes _____ | No _____ |
| (273) | George VanHook | Yes _____ | No _____ |
| (274) | Amy S. Vaughan | Yes _____ | No _____ |
| (275) | Jimmy Watts | Yes _____ | No _____ |
| (276) | Beatrice Webster | Yes _____ | No _____ |
| (277) | David Webster | Yes _____ | No _____ |
| (278) | Mark Webster | Yes _____ | No _____ |
| (279) | Willie Lee Webster | Yes _____ | No _____ |
| (280) | Willie Lee Webster, Jr. | Yes _____ | No _____ |
| (281) | Cornelius Westmoreland | Yes _____ | No _____ |
| (282) | Billy White | Yes _____ | No _____ |
| (283) | Jackie Wiley | Yes _____ | No _____ |
| (284) | Bernard Willis | Yes _____ | No _____ |
| (285) | Jeren Willis | Yes _____ | No _____ |

| (286) | Jimmy Woodus | Yes _____ | No ___ |
| (287) | B. Wyatt | Yes _____ | No ___ |
| (288) | Tom Wynne | Yes _____ | No ___ |
| (289) | Jeffrey Yates, D.O. | Yes _____ | No ___ |
| (290) | Dr. Randy Price | Yes _____ | No ___ |
| (291) | Dr. Linda Norton | Yes _____ | No ___ |
| (292) | Dr. Lisa Clayton | Yes _____ | No ___ |

26

Case 2:20-cv-00599-JPH-DLP    Document 1-31    Filed 11/12/20    Page 27 of 30 PageID #: 782

DIRECTIONS:    Below, you will find a number of statements expressing different attitudes toward the Death Penalty.  Place a check in one of the spaces next to each statement indicating  your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| A. | | | | | ✓ | | The death penalty is wrong. |
| B. | | | ✓ | | | | The death penalty is the best crime preventative. |
| C. | | | | | | ✓ | The death penalty is absolutely never justified. |
| D. | | ✓ | | | | | I think the death penalty is necessary. |
| E. | | ✓ | | | | | I wish the death penalty were not necessary. |
| F. | | | | | | ✓ | Any person (man or woman; young or old) who commits murder should pay with his own life. |
| G. | | | | | | ✓ | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | | ✓ | | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | ✓ | | The death penalty has never been effective in preventing crime. |
| J. | | ✓ | | | | | We must have the death penalty for some crimes. |
| K. | | | | | ✓ | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | | ✓ | | The death penalty is not necessary to modern civilization. |
| M. | | | | | ✓ | | Life imprisonment is more effective than the death penalty. |

27

Case 2:20-cv-00599-JPH-DLP   Document 1-31   Filed 11/12/20   Page 28 of 30 PageID #: 783

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | | | ✓ | | Execution of criminals is a disgrace to a civilized society. |
| O. | | | ✓ | | | | The death penalty gives the criminal what he deserves. |
| P. | | | | | ✓ | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | | ✓ | | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | | | | ✓ | | The death penalty is justified only for premeditated murder. |

DIRECTIONS: Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | ✓ | | | | Black males commit most of the violent crimes in our society. |
| b. | | | | | ✓ | | Today's welfare society is the major cause of crime. |
| c. | | | | | | ✓ | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | | | | ✓ | Death by lethal injection is too good/easy for people convicted of capital murder. |

28

Case 2:20-cv-00599-JPH-DLP   Document 1-31   Filed 11/12/20   Page 29 of 30 PageID #: 784

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| e. | | ✓ | | | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | ✓ | | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | | ✓ | | | Police officers must be obeyed without question because they have society's best interests at heart. |
| h. | | | | | ✓ | | It is not wrong to lie if it is for a good reason. |
| i. | | | | | ✓ | | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | | | | ✓ | | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | | | ✓ | | Parolees are the major cause of crime in today's society. |
| l. | | ✓ | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | ✓ | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | | | | ✓ | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races, and religions. |
| p. | | | | ✓ | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | | ✓ | | | | Minorities blame too many problems on racial discrimination. |

29

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct.  Executed on September _22_, 1995.

_Gregory A Perry_
Juror's Signature