# EXHIBIT 35

ORIGINAL

U. S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

SEP 7

NANCY DOHERTY, CLERK

By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:94-CR-121-Y |
| | § | |
| ORLANDO CORDIA HALL (2) | § | |

ORDER DENYING MOTION TO DISMISS REQUEST FOR DEATH PENALTY
BECAUSE OF RACIAL DISCRIMINATION IN CAPITAL CHARGING

Pending before the Court is defendant Orlando Cordia Hall's Motion to Dismiss the Government's Request for the Death Penalty Because of Racial Discrimination in Capital Charging by the Government and Request for Discovery of Information Pertaining to the Government's Capital Charging for Purposes of an Evidentiary Hearing, which was filed in the above-styled and numbered cause on June 30, 1995. With leave of the Court, the government filed a response in opposition to the motion on September 20. After consideration of the motion, the response thereto, and the applicable law, the Court finds that the motion should be denied for the reasons urged in the government's response to the motion.

It is, therefore, ORDERED that Defendant's Motion to Dismiss the Government's Request for the Death Penalty Because of Racial Discrimination in Capital Charging by the Government and Request for Discovery of Information Pertaining to the Government's Capital

357

Charging for Purposes of an Evidentiary Hearing [documents number 187-1 and 187-2] is hereby DENIED in its entirety.

SO ORDERED.

SIGNED September **27**, 1995.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE