UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| ORLANDO CORDIA HALL, <br><br> Petitioner, <br><br> v. <br><br> T.J. WATSON, <br><br> Respondent. | ) <br> ) <br> ) No. 2:20-cv-599 <br> ) <br> ) **DEATH PENALTY CASE** <br> ) <br> ) **EXECUTION DATE:** <br> ) **November 19, 2020** <br> ) <br> ) <br> ) <br> ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Kaitlyn A. Golden** respectfully requests entry of an

Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of

**Orlando Cordia Hall** in the above-styled cause only.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an

attorney) in the following United States court(s) and/or state's highest court(s):

- United States District Court for the District of Columbia, 2020

- United State Court of Appeals for the Third Circuit, 2019

- Supreme Court of the United States, 2019

- District of Columbia Court of Appeals, 2016

- Washington State Supreme Court, 2015

2.  I have never been disbarred or suspended from practice before any court, department, bureau

or commission of any state or the United States. I have never received a reprimand or been subject to

other disciplinary action from any such court, department, bureau or commission pertaining to conduct

or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 12, 2020              Respectfully submitted,

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 12, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by Federal Express, postage prepaid and properly addressed to the following:

T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Jonathan Bradshaw
DEPARTMENT OF JUSTICE
1100 Commerce Street
Suite 300
Dallas, TX 75242

Kaitlyn A. Golden
HOGAN LOVELLS US LLP

555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com