UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ORLANDO CORDIA HALL, <br><br>                  Petitioner, <br><br>        v. <br><br>T.J. WATSON, <br><br>                  Respondent. | ) <br> ) <br> )  No. 2:20-cv-599 <br> ) <br> )  **DEATH PENALTY CASE** <br> ) <br> )  **EXECUTION DATE:** <br> )  **November 19, 2020** <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Kaitlyn A. Golden, counsel for

Orlando Cordia Hall, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com

Dated: _____

_____
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004