**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

ORLANDO CORDIA HALL,

*Petitioner*,

v.

T.J. WATSON, in his official
capacity as Complex Warden of U.S.P,
Federal Correctional Complex (FCC) Terre
Haute,

*Respondent*.

**No. 2:20-cv-599**

**DEATH PENALTY CASE**

**EXECUTION DATE:
November 19, 2020**

## PLAINTIFF ORLANDO HALL'S MOTION FOR A STAY OF EXECUTION

Plaintiff Orlando Cordia Hall ("Mr. Hall") respectfully requests a stay of execution pending the Court's consideration of his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. As set forth more fully in the accompanying memorandum of law, Mr. Hall's petition raises serious constitutional claims as to the jury selection process at his trial and racial bias in the application of the federal death penalty, in general and specifically as applied to him. A stay should be granted because: (1) Mr. Hall is likely to succeed on the merits of these claims, (2) Mr. Hall will be irreparably injured absent a stay, (3) the Government will not be injured by entry of a stay, and (4) the public interest favors a brief stay of Mr. Hall's execution. Accordingly, the Court should grant Mr. Hall's motion and enter a stay of execution pending the Court's consideration of the constitutional claims regarding the imposition of his death sentence.

1

## ARGUMENT

Mr. Hall brings two claims involving racial bias, each of which merits a stay of execution. First, Mr. Hall, who is Black, was sentenced to death by an all-White jury after the government's attorneys impermissibly struck four of five qualified Black jurors on the basis of race from Mr. Hall's jury in violation of *Batson v. Kentucky*, 476 U.S. 79 (1986). In the years after Mr. Hall's trial and post-conviction proceedings concluded, one of the Assistant United States Attorneys who picked Mr. Hall's jury, Paul Macaluso, has twice been adjudicated—including once by the United States Supreme Court—to have violated *Batson*. The same evidence that led these courts to conclude that Macaluso violated *Batson* in those cases applies equally to Mr. Hall's case. Second, new evidence—including a statistical analysis that did not become available until August 2020— demonstrates that the application of the federal death penalty writ large, and as applied to Mr. Hall, is impermissibly influenced by race, in violation of the Fifth and Eighth Amendments, as well as the Federal Death Penalty Act.

A motion for stay of execution requires consideration of the following factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Purkey v. United States*, 964 F.3d 603, 618 (7th Cir. 2020) (quoting *Nken v. Holder*, 556 U.S. 418, 434 (2009)). As set forth more fully in the memorandum of law accompanying this motion, Mr. Hall satisfies each of these requirements.

## CONCLUSION

For the foregoing reasons, this Court should grant a brief stay of execution to permit Mr. Hall to pursue the constitutional claims he has raised in his § 2241 petition.

Dated:  November 12, 2020

Respectfully submitted,

By:  */s/  Kaitlyn A. Golden*
Kathryn M. Ali (*pro hac vice* pending)
Kaitlyn A. Golden (*pro hac vice* pending)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.ali@hoganlovells.com
kaitlyn.golden@hoganlovells.com
david.victorson@hoganlovells.com

Pieter Van Tol (*pro hac vice* pending)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Petitioner Orlando Hall*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System.  I further certify that service was made via Federal Express on the following:


T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Jonathan Bradshaw
DEPARTMENT OF JUSTICE
1100 Commerce Street
Suite 300
Dallas, TX 75242

Dated:  November 12, 2020

Respectfully submitted,

By:  */s/  Kaitlyn A. Golden*
Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com