**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| ORLANDO CORDIA HALL,<br><br>　　　　　　　　　　*Petitioner*,<br><br>　　　v.<br><br>T.J. WATSON, in his official<br>capacity as Complex Warden of U.S.P,<br>Federal Correctional Complex (FCC) Terre<br>Haute,<br><br><br>　　　　　　　　　　*Respondent*. | **No. 2:20-cv-599**<br><br><br>**DEATH PENALTY CASE**<br><br>**EXECUTION DATE:**<br>**November 19, 2020** |

**PETITIONER ORLANDO HALL'S MOTION FOR ORAL ARGUMENT**

Petitioner Orlando Cordia Hall ("Mr. Hall"), by counsel, pursuant to Local Rule 7-5, respectfully requests that the Court schedule oral argument on his Motion for a Stay of Execution. In support of this request, counsel states as follows:

1.　　　Mr. Hall is scheduled to be executed by the federal government on November 19, 2020.

2.　　　Mr. Hall has filed a Petition for Writ of Habeas Corpus (the "Petition") presenting compelling allegations that his death sentence is unconstitutional. The Petition involves complex and novel legal issues, as well as highly fact-intensive claims that arise out of a federal capital trial that was prosecuted in the United States District Court for the Northern District of Texas.

3.　　　Mr. Hall has also filed a Motion for a Stay of Execution (the "Motion"), requesting that his execution be stayed pending the Court's consideration of his Petition for Writ of Habeas Corpus.

1

4.      Given the complex legal and factual issues presented by the Motion, as well as the gravity of the claims brought in the Petition, Mr. Hall requests oral argument so that the parties may be fully heard regarding these issues, and so that the Court may make any inquiries, as needed.

5.      Mr. Hall estimates that oral argument in this matter would take approximately one hour (thirty minutes per side).

6.      This request for oral argument has been filed simultaneously with the Motion.


Dated:  November 12, 2020                            Respectfully submitted,

                                      By:    */s/  Kaitlyn A. Golden*
                                             Kathryn M. Ali (*pro hac vice* pending)
                                             Kaitlyn A. Golden (*pro hac vice* pending)
                                             HOGAN LOVELLS US LLP
                                             555 Thirteenth Street, N.W.
                                             Washington, D.C. 20004
                                             Telephone: (202) 637-5600
                                             Facsimile: (202) 637-5910
                                             kathryn.ali@hoganlovells.com
                                             kaitlyn.golden@hoganlovells.com

                                             Pieter Van Tol (*pro hac vice* pending)
                                             HOGAN LOVELLS US LLP
                                             390 Madison Avenue
                                             New York, NY 10017
                                             (212) 918-3000
                                             (212) 918-3100 (fax)
                                             pieter.vantol@hoganlovells.com

                                             *Counsel for Petitioner Orlando Hall*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System. I further certify that service was made via Federal Express on the following:


T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Jonathan Bradshaw
DEPARTMENT OF JUSTICE
1100 Commerce Street
Suite 300
Dallas, TX 75242

Dated: November 12, 2020

Respectfully submitted,

By: */s/  Kaitlyn A. Golden*
Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com

3