UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00599-JPH-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER SETTING BRIEFING SCHEDULE
ON MOTION FOR STAY OF EXECUTION**

Orlando Cordia Hall, a federal inmate, is scheduled for execution on November 19, 2020. On November 12, 2020, he filed a petition for a writ of habeas corpus and a motion for stay of execution. The respondent shall have **until 5:00 p.m. on Monday, November 16, 2020**, to file a response, and Mr. Hall shall have **until noon Tuesday, November 17, 2020**, to file a reply.

**SO ORDERED.**

Date: 11/13/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
kaitlyn.golden@hoganlovells.com

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov

Timothy Wayne Funnell
UNITED STATES ATTORNEY'S OFFICE
tim.funnell@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov