**Exhibit A**

**Certification of Kathryn M. Ali**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Kaitlyn A. Golden of the law firm Hogan Lovells US LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

- Supreme Court of the United States, 2015

- United States Court of Appeals for the Fourth Circuit, 2012

- United States Court of Appeals for the Fifth Circuit, 2015

- United States Court of Appeals for the Sixth Circuit, 2016

- United States Court of Appeals for the Ninth Circuit, 2012

- United States Court of Appeals for the Tenth Circuit, 2020

- United States Court of Appeals for Eleventh Circuit, 2013

- United States Court of Appeals for the District of Columbia Circuit, 2013

- District Court for the Northern District of California, 2013

- District Court for the Eastern District of California, 2014

- District Court for the District of Columbia, 2014

- District Court for the Southern District of Illinois, 2014

- District Court for the Northern District of Illinois, 2014

- District Court for the Southern District of California, 2017

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or

been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: November 13, 2020

Respectfully submitted,

_____

Kathryn M. Ali
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.ali@hoganlovells.com