# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,

     *Petitioner*,

   v.

T.J. WATSON, in his official
capacity as Complex Warden of U.S.P,
Federal Correctional Complex (FCC) Terre
Haute,

     *Respondent*.

**No.: 2:20-cv-599-JPH-DLP**

**DEATH PENALTY CASE**

**EXECUTION DATE:**
**November 19, 2020**

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Kaitlyn A. Golden of the law firm Hogan Lovells US LLP seeking an Order granting Kathryn M. Ali of Hogan Lovells US LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kathryn M. Ali
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.ali@hoganlovells.com

  Dated: _____

_____
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Kathryn M. Ali
    HOGAN LOVELLS US LLP
    555 Thirteenth Street, N.W.
    Washington, D.C. 20004