**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| ORLANDO CORDIA HALL, <br><br> *Petitioner*, <br><br> v. <br><br> T.J. WATSON, in his official capacity as Complex Warden of U.S.P, Federal Correctional Complex (FCC) Terre Haute, <br><br><br> *Respondent*. | No.: **2:20-cv-599-JPH-DLP** <br><br> <u>**DEATH PENALTY CASE**</u> <br><br> **EXECUTION DATE:** <br> **November 19, 2020** |

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY PIETER VAN TOL**

Kaitlyn A. Golden of the law firm Hogan Lovells US LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Pieter Van Tol of Hogan Lovells US LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Pieter Van Tol as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Pieter Van Tol leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 13, 2020

Respectfully submitted,

*Kaitlyn Golden*

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Pieter Van Tol was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on November 13, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Pieter Van Tol was mailed, by Federal Express, postage prepaid and properly addressed to the following:

T.J. Watson, Warden
United States Penitentiary Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Jonathan Bradshaw
DEPARTMENT OF JUSTICE
1100 Commerce Street
Suite 300
Dallas, TX 75242

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com