**Exhibit A**

**Certification of Pieter Van Tol**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Kaitlyn A. Golden of the law firm Hogan Lovells US LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

- U.S. District Court for the Southern District of New York        1996

- U.S. Court of Appeals for the Second Circuit        2004

- United States Supreme Court        2007

- U.S. District Court for the Eastern District of New York        2008

- U.S. District Court for the Western District of New York        2017

- U.S. Court of Appeals for the First Circuit        2019

- U.S. Court of Appeals for the D.C. Circuit        2019

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: November 13, 2020

Respectfully submitted,

Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com