**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

ORLANDO CORDIA HALL,

                        *Petitioner*,

          v.

T.J. WATSON, in his official
capacity as Complex Warden of U.S.P,
Federal Correctional Complex (FCC) Terre
Haute,

                    *Respondent*.

**No.: 2:20-cv-599-JPH-DLP**

**<u>DEATH PENALTY CASE</u>**

**EXECUTION DATE:**
**November 19, 2020**

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

      This cause has come before the Court upon the motion of Kaitlyn A. Golden of the law firm Hogan Lovells US LLP seeking an Order granting Pieter Van Tol of Hogan Lovells US LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

      Applicant's contact information should be entered as follows:

Pieter Van Tol
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

     Dated: _____

                                  _____

                                  United States District Court
                                  Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
       Pieter Van Tol
       HOGAN LOVELLS US LLP
       390 Madison Avenue
       New York, NY 10017