UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00599-JPH-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter has come before the Court on motion of Kaitlyn A. Golden

seeking an order granting leave to appear *pro hac vice* for the purpose of appearing

as counsel on behalf of the Plaintiff, Orlando Cordia Hall, in the above-styled cause

only, Dkt. [2]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlyn.golden@hoganlovells.com

Applicant shall register for electronic filing, as required by Local Rule 5-3,

within ten (10) days of the entry of this Order.

So ORDERED.

Date: 11/13/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004