IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,
                    Petitioner,

v.                                                          No.    2:20-CV-00599-JPH-DLP

T.J. WATSON,
                    Respondent.

## NOTICE OF APPEARANCE

The signed attorneys below give notice of their appearance in this case on behalf

of Respondent, T.J. Watson.

Respectfully submitted,

Josh J. Minkler
United States Attorney

*s/ Leigha Simonton*
Leigha Simonton
Special Assistant United States Attorney
Texas Bar No. 24033193

*s/ Brian McKay*
Brian McKay
Special Assistant United States Attorney
Texas Bar No. 24046395

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

Attorneys for Respondent

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 16, 2020, this notice was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

<u>*s/ Jonathan Bradshaw*</u>
Jonathan Bradshaw
Special Assistant United States Attorney

2