**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| ORLANDO CORDIA HALL, <br><br> *Petitioner*, <br><br> v. <br><br> T.J. WATSON, in his official capacity as Complex Warden of U.S.P, Federal Correctional Complex (FCC) Terre Haute, <br> *Respondent*. | ) <br> ) <br> ) Civil Action No. 2:20-cv-599-JPH-DLP <br> ) <br> ) **DEATH PENALTY CASE** <br> ) <br> ) **EXECUTION SCHEDULED:** <br> ) **November 19, 2020** <br> ) <br> ) **EXPEDITED HEARING REQUESTED** <br> ) |

**PETITIONER ORLANDO HALL'S NOTICE OF CORRECTED FILING**

Plaintiff Orlando Cordia Hall respectfully notifies this Court that in his filing Reply Memorandum in Support of Petition and Motion for Stay of Execution, ECF No. 15, there were two inadvertently highlighted citations on pages 3 and 7. Attached to this Notice is a corrected reply brief.

Plaintiff therefore respectfully asks this Court to accept this Notice of Corrected Filing and the attached Corrected Reply Memorandum in Support of Petition and Motion for Stay of Execution.

Dated: November 17, 2020

Respectfully submitted,

By: */s/ Kaitlyn A. Golden*
Kathryn M. Ali (admitted *pro hac vice*)
Kaitlyn A. Golden (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.

1

Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.ali@hoganlovells.com
kaitlyn.golden@hoganlovells.com

Pieter Van Tol (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Plaintiff Orlando Hall*