IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,

Petitioner,

v.                                                          No.     2:20-CV-00599-JPH-DLP

T.J. WATSON,

Respondent.

**NOTICE OF APPEARANCE**

The signed attorneys below give notice of their appearance in this case on behalf of

Respondent, T.J. Watson.

Respectfully submitted,

Josh J. Minkler
United States Attorney

*s/ Leigha Simonton*
Leigha Simonton
Special Assistant United States Attorney
Texas Bar No. 24033193

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838

*s/ Brian McKay*
Brian McKay
Special Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  (214) 659-8600
brian.mckay@usdoj.gov

Attorneys for Respondent

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 17, 2020, this notice was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

*s/ Brian McKay*
Brian McKay
Special Assistant United States Attorney
