**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |
|---|---|
| ORLANDO CORDIA HALL, <br><br> *Petitioner*, <br><br> v. <br><br> T.J. WATSON, in his official capacity as Complex Warden of U.S.P, Federal Correctional Complex (FCC) Terre Haute, <br> *Respondent*. | Civil Action No. 2:20-cv-599-JPH-DLP <br><br> **DEATH PENALTY CASE** <br><br> **EXECUTION SCHEDULED: November 19, 2020** |

**PLAINTIFF ORLANDO HALL'S NOTICE OF APPEAL**

Notice is hereby given this 17th day of November, 2020 that Plaintiff Orlando Hall hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of this Court entered on November 17, 2020, see ECF No. 18 (Order) (attached hereto), in which the Court denied Plaintiff's motion for a stay of execution pending resolution of his petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Dated:  November 17, 2020

Respectfully submitted,

By:    */s/  Kaitlyn A. Golden*
Kathryn M. Ali (admitted pro hac vice)
Kaitlyn A. Golden (admitted pro hac vice)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kathryn.ali@hoganlovells.com
kaitlyn.golden@hoganlovells.com

Pieter Van Tol (admitted pro hac vice)

HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 (fax)
pieter.vantol@hoganlovells.com

*Counsel for Petitioner Orlando Hall*