IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| ORLANDO CORDIA HALL, <br><br> *Petitioner*, <br><br> v. <br><br> T.J. WATSON, in his official capacity as Complex Warden of U.S.P, Federal Correctional Complex (FCC) Terre Haute, <br> *Respondent*. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:20-cv-599-JPH-DLP

**DEATH PENALTY CASE**

**EXECUTION SCHEDULED:**
**November 19, 2020**

## DOCKETING STATEMENT

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of Appeals for the Seventh Circuit, Petitioner-Appellant Orlando Cordia hereby submits his Docketing Statement:

### I.    Jurisdictional Statement

The United States District Court for the Southern District of Indiana had jurisdiction over this matter under 28 U.S.C. § 2241. This Court has jurisdiction under 28 U.S.C. § 1291. The date of entry of the judgment sought to be reviewed is November 17, 2020. The notice of appeal was filed November 17, 2020.

### II.    Prior or Related Appeals

The following prior or related appellate proceedings are listed as follows: 1) *United States v. Orlando Cordia Hall*, 152 F.3d 381 (5th Cir. 1998), *cert. denied* 526 U.S. 1117 (1999) (direct appeal); 2) *United States v. Hall*, 455 F.3d 508 (5th Cir. 2006), *cert. denied* 549 U.S. 1343 (2007) (denying appeal from denial of § 2255 motion); 3) *In re Orlando*

*Hall*, No. 16-10670, Doc. 00513555153 (5th Cir. June 21, 2016); 4) *In re: Hall*, ---F.3d--, No. 19-10345, 2020 WL 6375718 (5th Cir. Oct. 30, 2020).(denial of second successor habeas petition); 5) *In Re: Federal Bureau of Prisons' Execution Protocol Cases, Roane, et al., v. Barr, et al.*, No. 20-5329 (D.C. Cir., pending) (challenging vacatur of injunction relating to federal lethal injection protocol; 6) *Hall v. Watson*, No. 20-3216 (7th Cir.. pending) (appeal of § 2241 petition); 7) *Hall v. Barr,* No. 20-5340 (D.C. Cir., pending) (challenging notice and access to clemency proceedings).

## III.    Custodial Information

Mr. Hall is currently confined at the United States Penitentiary, Terre Haute. The current warden at USP-Terre Haute is T. J. Watson.


Dated:  November 17, 2020                                 Respectfully submitted,

By:    */s/  Kaitlyn A. Golden*
       Kathryn M. Ali (admitted pro hac vice)
       Kaitlyn A. Golden (admitted pro hac vice)
       HOGAN LOVELLS US LLP
       555 Thirteenth Street, N.W.
       Washington, D.C. 20004
       Telephone: (202) 637-5600
       Facsimile: (202) 637-5910
       kathryn.ali@hoganlovells.com
       kaitlyn.golden@hoganlovells.com

       Pieter Van Tol (admitted pro hac vice)
       HOGAN LOVELLS US LLP
       390 Madison Avenue
       New York, NY 10017
       (212) 918-3000
       (212) 918-3100 (fax)
       pieter.vantol@hoganlovells.com

       *Counsel for Petitioner Orlando Hall*