UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ORLANDO CORDIA HALL, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 2:20-cv-00599-JPH-DLP |
| T.J. WATSON, | ) ) ) |
| Respondent. | ) |

**ORDER DISMISSING ACTION AS MOOT**

Orlando Cordia Hall filed this habeas corpus petition challenging his federal convictions and death sentence. This Court denied Mr. Hall's motion to stay execution, and the Seventh Circuit affirmed. The government then executed Mr. Hall on November 19, 2020. There now is no relief available, so this action is moot. *See McClendon v. Trigg*, 79 F.3d 557, 559 (7th Cir. 1996) (habeas petition becomes moot with petitioner's death). The action is therefore **DISMISSED**. Final judgment shall enter.

**SO ORDERED.**

Date: 1/29/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kathryn M. Ali
HOGAN LOVELLS US LLP
kathryn.ali@hoganlovells.com

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
kaitlyn.golden@hoganlovells.com

Brian W. McKay
UNITED STATES ATTORNEY'S OFFICE
brian.mckay@usdoj.gov

Pieter Van Tol
HOGAN LOVELLS US LLP
pieter.vantol@hoganlovells.com