UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                )
                                    )
                Petitioner,         )
                                    )
        v.                          )       No. 2:20-cv-00599-JPH-DLP
                                    )
T.J. WATSON,                        )
                                    )
                Respondent.         )

## FINAL JUDGMENT

The Court now enters final judgment. The petition for a writ of habeas corpus is **DISMISSED**.

Date: 1/29/2021

Roger A.G. Sharpe, Clerk of Court

By: _Pam Pope_
     Deputy Clerk

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kathryn M. Ali
HOGAN LOVELLS US LLP
kathryn.ali@hoganlovells.com

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
kaitlyn.golden@hoganlovells.com

Brian W. McKay
UNITED STATES ATTORNEY'S OFFICE
brian.mckay@usdoj.gov

Pieter Van Tol
HOGAN LOVELLS US LLP
pieter.vantol@hoganlovells.com